JAN 31 2024 PM1:50
FILED-USDC-NDTX-FW

On and for all Public and Private records,
for all courts, and for the House of Arnold

---

**Document Created By /**
**Record Returned to:**
c/o non-post location
Deuntavious-Decorey: Arnold
1234 Your Address Street
City / Town, State [12345]
In the matter of;
DEUNTAVIOUS DECOREY ARNOLD
ARNOLD, DEUNTAVIOUS DECOREY
And all other derivations thereof by sole
lawfully appointed, absolute, general,
instituted, rightful Executor of the same.

**LAWFUL CLAIM OF TITLE, WILL,**
**EXECUTION OF WILL,**
**DECLARATION OF STATUS,**
**APPOINTMENT OF TRUSTEES,**
**STANDING ORDERS FOR THE SAME**

Case No.: For all cases, causes, and hearings
regarding DEUNTAVIOUS DECOREY
ARNOLD, DEUNTAVIOUS D. ARNOLD,
and all other derivative names, *idem sonans*,
and spellings thereof.

---

Date: <u>January 29, 2024</u>

## 4-24CV-099-P

## LAWFUL CLAIM OF TITLE, WILL, EXECUTION OF WILL, DECLARATION OF STATUS, APPOINTMENT OF TRUSTEES, AND STANDING ORDERS FOR THE SAME

COMES NOW Deuntavious-Decorey: Arnold, hereinafter "Claimant", a Man, who is found to be living, of the legal age of majority, fully competent to state his legal affairs, and one of the People of the state of Texas, upon this LAWFUL CLAIM OF TITLE, WILL, EXECUTION OF WILL, DECLARATION OF STATUS, APPOINTMENT OF TRUSTEES, AND STANDING ORDERS FOR THE SAME, which is in the form of a lawful juristic act of Claimant's voluntary free will, an establishment of a freehold under the common law, the appointment of Trustees by offer of contract that is tacit, implied, bilateral, and formal in nature to all appointed trustees listed herein, a covenant under Seal, the continued wish and will which contains a list of executive orders under Seal, hereinafter "Claim", bearing consideration of over twenty (20) dollars.

The duly authenticated title / warehouse receipt, also known as a birth certificate, attached to Claim, bears an Indorsement from Claimant which claims and demands the return of all property and res regarding DEUNTAVIOUS DECOREY ARNOLD to Claimant as the donor, grantor, owner, settlor, testator, sole lawfully appointed rightful Executor, sole lawful, general, forced, testamentary, unconditional Hæres / Heir and Beneficiary of all trusts, lands, infants, persons, vessels, bodies, estates, *cestui que vie* trusts, and fictions of law that are named or known as

DEUNTAVIOUS DECOREY ARNOLD, DEUNTAVIOUS D. ARNOLD, and all other derivatives and spellings of said name, hereinafter "Estate", that were created, berthed, or established on or after the birth date and registered with the Department of Public Safety for the STATE OF GEORGIA or the COUNTY OF FULTON, the United States, or the D.T.C.C., and possibly other unknown parties on or after the registration date without the consent of Claimant.

Claimant now of his own volition, free will, act, and deed declares, orders, executes, admits, offers, acknowledges, appoints, claims, and establishes on and for all public and private records and for all Courts in all seas and realms under penalty of perjury the foregoing and the following so that no further administration of the Estate or Trust(s) occurs at any time by any trustee named herein or by any other third party in or at any location, land, realm, sea, or jurisdiction without the signed and sealed consent of Claimant as revealed herein:

1) Claimant demands that all others come forward and state a superior claim under oath, affirmation, and penalty of perjury against or to the Estate or Trust(s) or forever let go **by right of their own** any hold, appropriation, administration, use, right, ability to tax, easement, security interest, jurisdiction, or claim over the Estate. Claimant also demands that all others immediately come forward and state a superior claim under oath, affirmation, and penalty of perjury against or to any and all trusts derived from Estate regardless of what said Trust(s) are named, have been named, or may be named and regardless of what jurisdiction of law they were formed under or forever lose **by right of their own** any hold, appropriation, administration, use, right, ability to tax, easement, security interest, jurisdiction, or claim over the same.

   a) Claimant hereby instantly and irrevocably claims and exercises Claimant's birthright as sole lawful living Hæres of said Estate and claims Claimant's entire inheritance, rebuts and annuls any presumption or statement of death, abandonment, abeyance, infancy, charge, claim, lien, abatement, lapse, error in descent, extinguishment, pledge, adoption, contract, letter or the like that could be used or has been used to deny, to abridge, to diminish, to pledge, to refuse, to alter, to disavow, to disparage, or to contradict Claimant's sole lawful claim upon and to the Estate and Trust(s). Claimant claims the entire Estate and Trust(s) and all legacies connected thereto and irrevocably appoints Claimant as sole lawful absolute general instituted rightful Executor of, to, and for the said Estate and Trust(s) and for all other estates that Claimant may be an heir of, and to, by descent to any degree of consanguinity for life and has done so by formal appointment on the public record by will.

   b) Claimant's life depends upon the Estate and Trust(s) which includes but is not limited to everything stated in List below in section 10) g). The noble goal of Claimant by

coming upon, recording, and serving Claim, upon all appointed trustees herein is to have a full accounting, delivery, and livery of seisin of the Estate and Trust(s), to settle the entire gross Estate stated herein, to have full redemption of the same for Claimant and any other estate which Claimant be heir to regardless to what degree of consanguinity, to have absolute dominion over everything stated in List below regarding the Estate and Trust(s) to settle and collapse or terminate the Trust(s) and any other trust connected, bound, or related to the Estate and/or that is derived from said Estate or Claimant after a full accounting and livery has been performed by the Bound Trustee(s) regarding the same to return Claimant and the Estate to a proper state of dignity as soon as can be accomplished for the betterment of Claimant and to have acknowledgment and understanding by all that an establishment of a Freehold in law by operation of law and by the common law rights of blood and kinship that can never be destroyed by any Roman civil law nor any other law has been created, ordained, and established so that no further unwanted administration of the Estate, Trust(s), or Claimant occur at any time.

### Others Vested with Power to Enforce Claim in the Absence of Claimant

2) If for any reason Claimant is incapacitated or unable to enforce any part of Claim against anyone, then the following officers shall all be vested with the power and right to enforce any part of Claim and any arbitration award or court judgment based on any dispute arising from Claim. Officers are:
Claimant's lawfully appointed special masters, counsel, marshals, court clerk, and any member of Claimant's own House, hereinafter "Claimant's Officer" or "Claimant's Officer(s)", all of whom must have a signed and sealed letter of appointment from Claimant in order to carry out said enforcement.

### Appointment of Trustees List

3) Claimant NOW by the rights of blood and kinship, the common law, the law declared in this Claim, the Powers of Appointment Act of 1951 [Title 26 U.S.C. § 2514 (b)(d)], and all other applicable law hereby appoint the following enumerated in i) through xxxiii) below as trustee(s) of the Estate and Trust(s), hereinafter "appointed trustee" or "appointed trustee(s)" or "trustees":

    i.      all courts, corporate or otherwise, all 501(c)3 organizations, independent school districts, not including Claimant's own Superior Court of Record nor Claimant's probate court;

    ii.     the STATE OF TEXAS, all fifty States in the Union, all States, all states not including Claimant;

    iii.    UNITED NATIONS, the U.N.;

iv.   UNITED STATES, UNITED STATES FEDERAL CORPORATION, U.S., the UNITED STATES;

v.    the United States / the united states;

vi.   the United States of America, the United States of America in congress assembled;

vii.  the DISTRICT OF COLUMBIA, Washington, D.C., the District of Columbia, D.C., all incorporated and unincorporated Governments not including the government of Claimant's own House;

viii. all military branches of all governments, the United States Military, the U.S. Department of Veterans Affairs, the Department of the Army, the Department of the Navy, the Department of the Air Force, the United States Marine Corps, the U.S. Department of Defense, D.A.R.P.A., the Defense Intelligence Agency (D.I.A.), all branches of the United States of America Military, the United States Coast Guard, the National Guard, all Special Forces of the United States of America Military;

ix.   all incorporated and unincorporated cities, townships, zones, states, provinces, territories, districts, regions, areas, sections, sectors, hamlets, counties, towns, turfs, villages, parishes, boroughs, manors, shires, municipalities, conclaves and enclaves;

x.    all police departments, all law enforcement agencies, INTERPOL;

xi.   all SHERIFFS, all Sheriffs, all Sheriff's departments and offices, all coroners;

xii.  all public and private Utility Companies, all public and private power companies;

xiii. all chartered and unchartered corporations, associations and companies;

xiv.  all B.A.R. Associations, all B.A.R. Foundations, the AMERICAN B.A.R. ASSOCIATION, LB.A., the Northern Trust Corporation, the City of London Corporation, the Temple Bar, the Crown, all inns of Court, all Temples, the American Law Institute (A.L.I.), the Knights Templars;

xv.   all bonding and holding companies, all insurance companies, all accounting firms and companies, the American Accounting Association, AMERICAN LLOYD'S, LLOYD'S OF LONDON, the Society of Lloyd's;

xvi.  all trust companies, all title companies, all clearinghouses, Cede & Co.;

xvii. the Depository Trust & Clearing Corporation (D.T.C.C.), the Depository Trust Company (D.T.C.), the Northern Trust Corp, the Central Trust Company of New York, the Corporation Trust Co., the Northern Securities Company;

xviii. all incorporated and unincorporated Banks, all Financial Service Companies, all debt collection agencies, all credit unions, all credit reporting agencies and bureaus, all consumer credit companies, all banking associations, all mortgage companies, all mortgage corporations, all mortgage servicing companies & corporations, all savings and loan companies and corporations, the Fair Isaac Corporation, Equifax, Transunion, Beacon, Experian, Dun & Bradstreet;

xix.    the INTERNATIONAL MONETARY FUND (I.M.F.), the WORLD BANK, the BANK OF INTERNATIONAL SETTLEMENTS (B.I.S.), the FEDERAL RESERVE, the Federal Reserve System, the Federal Deposit Insurance Corporation (F.D.I.C.), the Society for Worldwide Interbank Financial Telecommunication;

xx.    the Internal Revenue Service (I.R.S.), the Social Security Administration (S.S.A.), the International Association of Commercial Administrators (I.A.C.A.);

xxi.    the Department of the Treasury, the U.S. Department of the Treasury (U.S.D.T.), U.S. Secretary of the Treasury, the Office of the Comptroller of the Currency (O.C.C.), the Office of Budget and Management (O.M.B.), the National Association of Unclaimed Property Administrators, the Office of Alien Property Custodian, the National Association of State Treasurers, the Environmental Protection Agency (E.P.A.), the United States Department of Agriculture (U.S.D.A.), the Securities and Exchange Commission (S.E.C.);

xxii.    all intelligence agencies, services, alliances, corporations and organizations, the Central Intelligence Agency (C.I.A.), the National Security Administration (N.S.A.), the Federal Bureau of Investigation (F.B.I.), MI5, MI6, G.C.H.Q., Mossad, the K.G.B., the S.V.R., the F.S.B., Five Eyes (FVEY);

xxiii.    all technology companies and corporations, all social media companies and corporations, all internet search engines and all affiliate corporations, Google, Inc., Facebook, Twitter, SERCO Group, Instagram, Myspace, Microsoft Inc., Apple Inc., I.B.M. Inc., Hewlett-Packard (HP), Intel Inc.;

xxiv.    all federal law enforcement agencies and offices, the United States Marshal Service, U.S. Customs and Border Patrol (C.B.P.), Immigration and Customs Enforcement (I.C.E.), the U.S. Secret Service, the U.S. Alcohol Tobacco Firearms and Explosives (A.T.F.), the U.S. Department of Homeland Security (D.H.S.), the U.S. Transportation Security Administration (T.S.A.), the U.S. Drug Enforcement Administration (D.E.A.), the U.S. Department of Justice (D.O.J.), the United States Postal Inspection Service (U.S.P.I.S.), the Department of Natural Resources (D.N.R.);

xxv.    all prisons, all jails, all correctional facilities and institutions, the Federal Bureau of Prisons (F.B.O.P.), the National Institute of Corrections, the Corrections Corporation of America (C.C.A.), all prison corporations of America, the GEO Group Inc., Wackenhut, Group 4 Falck, Management and Training Corporation, Global Tel-Link;

xxvi.    the President of the United States of America, the President of the UNITED STATES;

xxvii.    the Vatican, Vatican City, the Pope, the Papal Carabinieri Corps, the Gendarmerie Corps of Vatican City State, the Black Pope, the Bishop of Rome, the Sovereign Knights of Malta, the Jesuits, the Holy See, all Apostolic Sees, all Orders, the

Roman Curia, all universities, all churches, synagogues, chapelries, chapters, diocese, archdiocese, basilicas, bishoprics, cathedrals, priests, archpriests, benefice, priors, friars, abbots, abbesses, deans, cardinals, clerics, appropriators, preachers, parsons, proctors, prelates, bishops, archbishops, pastors, deacons, sidesmen, sextons, archdeacons, rabbis, reverends, nuns, ministers, curators, curates, nuncius, nuncios, vicars, vestals, vestrymen, prophets, clergymen, clergywomen, ecclesiastics, monks, missionaries, proselytizers, zealots, saints, papal authorities, and servants of the same of all denominations;

xxviii. the United States Postal Service (U.S.P.S.), the United States Post Office, all postal service providers, all post offices, all delivery services;

xxix. all Emperor(s), Empress(es), King(s), Sultan(s), Datu(s), Queen(s), Monarch(s), Prince(s), Princess(es), Royal(s), Elector(s), Viceroy(s), Marchioness(s), Marquises(s), Count(s), Countess(es) Viscount(s), Archduke(s), Baron(s), Baroness(s), Margraves, Duke(s), Earl(s), Dame(s), Patrician(s), Lord(s), Knight(s), Aristocrat(s), Armiger(s), Esquire(s) and Sir(s), Capitan(s) del Barangay, Cabeza(s) de Barangay;

xxx. all hospitals, the Knights Hospitallers, all health clinics, all treatment and rehabilitation centers, the H.H.S., the National Institute of Health (N.I.H.), the Administration for Children and Families (A.C.F.), the Centers for Disease Control and Prevention (C.D.C.), all pharmaceutical companies, Bayer, Pfizer, GlaxoSmithKline, Merck & Co., Roche, Sanofi, Gilead Sciences Inc., AstraZeneca, Novartis, Johnson & Johnson, Novo Nordisk, Amgen, Bristol-Myers Squibb, all biotech companies, Bayer, Monsanto, Syngenta, B.A.S.F., Dow, DuPont, D.L.F., Sakata, K.W.S., Land O'Lakes, Inc., Limagrain, Corizon, the U.S. Public Health Service, the U.S. Surgeon General, the Food and Drug Administration (F.D.A.);

xxxi. all mental health facilities and institutions, all psychiatric facilities and institutions, all psychological programs, the U.S. Department of Education, the U.S. Department of Health and Human Services, the H.H.S., the Substance Abuse and Mental Health Services Administration, all schools;

xxxii. all established Houses of all civilizations, cultures and creeds, not including Claimant's own House or Hacienda; and

xxxiii. all the respective subsidiaries, franchises, relations, divisions, departments, precincts, principalities, princedoms, capitals, communities, agencies, associations, bureaus, federations, confederations, brotherhoods, sisterhoods, societies, groups, guilds, charities, organizations, institutes, institutions, task forces, units, squads, ensembles, S.P.V./S.P.E., offices, employees, plaintiffs, defendants, petitioners, respondents, litigants, declarants, beneficiaries, coparceners, part-owners, nonprofits, foundations, promoters, promisors, expromissors, debtors, stipulators, prosecutors, escheators, bondsmen, doctors,

nurses, psychologists, psychiatrists, therapists, presidents, vice presidents, generals, admirals, lieutenants, colonels, captains, sergeants, privates, corporals, rangers, majors, marshals, brigadiers, operatives, assassins, cleaners, administrators, special administrators, notaries, tribunals, administrations, spies, arbiters, arbitrators, negotiators, speakers, intermediaries, mediators, witnesses, conciliators, adjusters, authorities, incumbents, creditors, surrogates, secured parties, executives, executors, C.E.O.'s, C.F.O.'s, comitia, paterfamilias, materfamilias, participants, possessors, proprietors, advisors, receivers, feudatories, fiduciaries, criers, macebearers, bankers, constables, tellers, trustees, trustors, donors, settlors, grantors, grantees, testators, testatrixes, initiators, secretariats, secretaries, receptionists, receivers, realtors, mortgagors, thieves, principals, ministries, rectors, agents, officers, deputies, guards, soldiers, officeholders, bureaucrats, regulators, governors, lieutenant governors, attorneys, attorney generals, secretary generals, porters, gatekeepers, rulers, chiefs, assistants, aides, workers, masters, mistresses, merchants, patrons, paravails, privateers, registrars, bursars, carriers, stewards, ombudsmen, guardians, testamentary guardians, godparents, beadles, sentinels, monsignors, custodians, wardens, overseers, tutors, embassies, deputations, consulates, legations, legatees, delegations, superintendents, investigators, reeves, councils, counselors, committees, officials, clients, clergy, elites, treasurers, guarantors, accountants, auditors, underwriters, assessors, appraisers, cognisors, inspectors, sponsors, supporters, benefactors, financiers, applicants, aldermen, alderwomen, chairmen, chairwomen, nuntius, bookkeepers, abstractors, comptrollers, referees, servants, electors, electorates, landlords, landholders, lessors, lessees, tenants, occupants, occupiers, dwellers, directors, directorates, renters, services, servicers, leaseholders, interns, residents, citizens, actuaries, apprentices, analysts, anarchists, minions, cronies, sycophants, men, women, persons, managers, ephors, delegates, supervisors, envoys, envois, emissaries, heralds, process servers, couriers, messengers, spokespersons, stenographers, diplomats, consuls, ambassadors, guides, plenipotentiaries, boards, members, memberships, fellows, adherents, commissions, believers, devotees, followers, worshipers, parishioners, judges, associate judges, district judges, federal judges, magistrates, magisters, judiciaries, mayors, Lord Mayors, consorts, clerks, recorders, record-keepers, reporters, dicasteries, affiliates, partners, constituents, compadres, cavaliers, nobles, noblemen, marauders, seniors, autocrats, tyrants, dictators, conspirators, peers, proxies, successors, inheritors, progenies, offspring, spouses, solicitors, stockholders, investors, congregations, congress, cabals, debt collectors, congressmen, congresswomen, parliaments, legislatures, legislators, statesmen, personnel, retirees, contractors, sub-contractors, assigns, reps, vassals, and representatives thereof, whether said be quasi, real, fictional, *de jure, de facto,*

chartered, unchartered, incorporated, unincorporated, governmental, nongovernmental, official, or unofficial of and for everything listed and enumerated in i) through xxxii) above as if completely listed herein in all places where said trustees may be found or located.

**NOTICE:** All titles / names / appellations of all trustees listed in i) through xxxiii) above include but are not limited to any and all derivatives and variations in the spelling of said titles, offices, names, and appellations and are added as if fully listed herein.

Claimant is none of these listed in i) through xxxiii) above. Furthermore, the order of this list of trustees shall not be construed to indicate an order of precedence or importance. All appointed trustees are of equal standing and equally bound by all the terms and conditions herein upon their Binding Actions as stated in sections 4), 5), 6), 11), 13), 14), and 16) below.

### Arbitrator's Limited Immunity from Liability

Any arbitrator(s) appointed by Claimant that conduct any hearings or give any awards regarding any dispute arising from Claim in the immediate issue they are appointed to arbitrate are not included herein as a appointed trustee and do not need to post the stated bond in 12) a) below. Failure to stay within this limited scope at the Claimant's sole discretion shall result in the arbitrator also accepting and becoming party to this contract and all liability attached thereto and described herein.

### Binding Clauses of Appointed Trustees

4) The appointed trustee(s), according to their actions binding them to Claim as stated herein, fully agree to be fully bound by free assent and by their own accord to the various degrees of absolute obligations, duties, requirements, and warranties owed to Claimant under Claim. These degrees and various levels of Binding Actions and agreements are listed in the following Binding Clauses: Binding Clause One, Binding Clause Two, Binding Clause Three, and Binding Clause Four below. The binding clauses list the powers vested under good behavior from Claimant to the appointed trustee(s) and list the Clauses and duties owed to Claimant from the bound trustee(s).

### Binding Clause One - Trustee in Honor

5) Any administration of the Estate, Trust(s), or Claimant and/or any actions taken by the appointed trustee(s) herein for or against what is enumerated in List below including but not limited to any administration by court action regarding the Estate and Trust(s) by any appointed trustee(s) listed in i) through xxxiii) above or by any other third party whatsoever, herein "Binding Action One", will be their full binding agreement, free assent, and acceptance by their own accord of all that is stated in Claim. All the Clauses,

obligations, powers of attorney, executive orders, stipulations of facts, claims, decrees, sections, declarations, clauses, definitions, binding law, binding arbitration, court of record proceedings, warranties, terms and conditions stated in Claim, are herein referred to as "Clause" or "Clauses". Any appointed trustee who has bound themselves by performing any Binding Action stated herein, to any degree stated herein, shall herein be a "Bound Trustee" or "Bound Trustee(s)". Bound Trustee(s) agree to faithfully carry out and execute all Clauses stated herein within the terms stated herein after being served with Claim or having notice of Claim notwithstanding any request from a Bound Trustee for more time to perform said as stated herein. All appointed trustees who perform Binding Action One shall hereinafter be a "Trustee in Honor" or "Trustee(s) in Honor". Trustee(s) in Honor are vested by Claimant for one hundred and twenty (120) days with all the needed powers to fulfill all executive orders herein and other executive orders given to them by Claimant in addition to what is stated in Claim. A Trustee in Honor shall remain so until discharged by Claimant or until ninety (90) days of nonperformance of the Clauses they bind themselves to herein have passed. Furthermore, all Bound Trustee(s), until they are discharged by Claimant as stated in section 6) o) below, agree to be bound under absolute perfect obligation to perform and to obey all the Controlling Clauses listed in section 6) below, to stipulate to all the facts listed in section 7) below, to be fully bound to all law stated in section 8) below, and to understand all definitions listed in section 9) below. Bound Trustee(s) agree to all the terms of Binding Clause One listed in section 11) and elsewhere below unless otherwise stated herein. Any actions of dishonor or actions of default or any other Binding Action of administration as stated herein by any appointed trustees shall bind them to the respective Binding Clause as stated in Claim as well as all preceding Binding Actions and Clauses regardless of any other administration stated above. Furthermore, all Bound Trustee(s) agree that all Clauses in Claim are valid and enforceable against them and that all Clauses are owed unconditionally without any kind of offset, defense, or counterclaim on the part of any Bound Trustee regardless of which level of Binding Clause they have chosen to bind themselves to as stated in Claim.

### Controlling Clauses

6) All Trustee(s) in Honor agree to and shall be bound to perform, to execute, to understand, and to be dutifully bound to the following Controlling Clauses in 6) a) through 6) w) forever until discharged by Claimant as stated in 6) o) below.

   a) **Principal Perfect obligations of all Bound Trustee(s):** That the Principal Perfect obligations of all Bound Trustee(s) are to settle the entire gross Estate, to perform, and to give a full and complete accounting to Claimant of the same to the satisfaction of Claimant for all that is stated in List below that any appointed trustee has ever warehoused, appropriated, used, held, securitized, monetized, recorded, kept a record

of, accounted for, governed, administered, or is currently administering and to give full delivery of the same to Claimant as set out below herein. Bound Trustee(s) agree that this principal obligation of theirs is real, personal, and civil as defined herein under section 9) and is an obligation under the common law and is also a duty of theirs owed to Claimant by operation of law.

b) **Express Obligations of all Bound Trustee(s):** The full accounting, settlement, redemption, and delivery of all stated in List regarding the Estate and Trust(s) are also perfect implied obligations of all Bound Trustee(s) arising by operation of law under the common law as stated in Article 34-5 of the Magna Carta of 1215 and, therefore, are perfect implied obligations of all trustee(s) who bind themselves to any degree of Claim as stated herein.

c) **Acknowledgment of special administrators:** Claimant acknowledges and agrees appointed trustees were acting as special administrators under various presumptions of law and fact and were doing so to the best of their ability and in honor until Claimant was found to be living, had come of full age, claimed the Estate and Trust(s) entirely, had appointed Claimant as the sole lawful executor of the Estate and Trust(s), and had appointed trustees as trustees of the Estate and Trust(s) on the public record. Because of this, Claimant agrees to pay all trustees an administrative payment according to section 6) p) below.

d) **Revocation of all powers beyond Claim and other executive orders of Claimant:** Claimant hereby revokes any presumed or actual powers of the trustee(s) enumerated in i) through xxxiii) above or of any third party whatsoever not vested herein or vested in any other executive orders given to the appointed trustee(s) by Claimant to administer in any way the Estate, Trust(s), and all stated in List below regarding the same and any other thing belonging to the Estate or Trust(s) in any capacity and in any jurisdiction, realm, sea, or see for any reason whatsoever. Claimant specifically objects, denounces, rescinds, annuls, discharges, disavows, condemns, and reverses any actions or administration taken by any appointed trustee(s) or third parties that is contrary to Claim and/or any other orders which bear Claimant's said Seal, signature, and/or thumb print, and all said actions and administration are hereby abated in all jurisdictions forever. Furthermore, all Bound Trustee(s) shall recognize the same.

e) **Vested powers:** All powers herein vested in all Bound Trustees and all powers vested in all other executive orders regarding the Estate and Trust(s) from Claimant that are both signed and sealed as below are vested in Bound Trustees under good behavior and within the term of one hundred and twenty days (120) after being process served with Claim and/or having notice of Claim. All other powers over the Estate, Trust(s), and all stated in List not vested herein or in other Executive orders as stated are reserved to Claimant or Claimant's Officers absolutely.

f) **Faithful execution of all executive orders:** All Executive orders in Claim shall be faithfully executed by all Bound Trustee(s) as shall be for any past or future

instructions or orders that Claimant expressly gives, has given, or will give to any Trustee in Honor or to other third party that bear both Claimant's Seal and signature which are both affixed below.

g) **First Trustee(s) in Honor:** Claimant hereby appoints the State of Texas / STATE OF TEXAS and all officers, agencies, franchises, employees, and elected officials thereof as the first Trustee(s) in Honor. First Trustee(s) in Honor, in addition to agreeing to all that is stated in Binding Clause One, are also bound to perform the following: First Trustee(s) in Honor shall inform and give notice to all other appointed trustees of this Claim in writing and provide all of them with a copy of Claim at their expense. Furthermore, first Trustee(s) in Honor shall provide to Claimant unconditional letters of absolute executor in Claimant's proper name for and regarding the Estate and Trust(s) signed by a magistrate in good standing with and of said State or a county within the same. These said letters shall be given to Claimant within ninety (90) days from this appointment and shall originate from the probate court which shall be a court of record. Claimant may provide to said first Trustee in Honor and/or provide to the probate court these said letters. The clerk of the probate court shall accept the filing of the same into a formal probate case along with all documents given or served upon the First Trustee(s) in Honor by Claimant or Claimant's Officers regarding the Estate and Trust(s), and the said court shall find that all said documents filed by Claimant or Claimant's Officers listed herein are valid and enforceable and shall do so immediately with all haste. Said first Trustee(s) in Honor shall include but not be limited to all stated in xxxiii) above. All other Clauses in Claim apply to first Trustee(s) in Honor.

h) **Novation clause:** If any appointed trustee shall perform any Binding Action stated herein by way of occupation of an office and said trustee terminates the occupation of said office by term limitation or otherwise, then it shall be the duty of said trustee to inform the new holder and occupant of their former office of Claim before the new office holder is to officially take and hold said office. Failure to perform this order shall be an immediate forfeiture of the bond of the former office holder(s) / trustee(s) as stated in section 12) a) below to Claimant. This is for the protection of Claimant and the new office holder. All office holders are bound in perpetuity in the same manner and to the same degree as the trustee first served with or having notice of Claim that held that office. Any change in the man or woman who occupies said office will discharge the trustee that held the office and shall, by novation expromissio, transfer the said trustee appointment to the new holder of said office regardless if the new holder of said office has been served with Claim or not. The Claimant may alter this Claim at any time as Claimant sees fit to do so without the consent of any trustee or third party whatsoever and may re-file the same onto the public record at which time the new Claim shall stand as the new contract and bind all trustee(s) to the same from that point in time onward. Any and all who were bound

under any former version of Claim shall also be bound to any new version of Claim without any interruption in duty or obligation unless otherwise specified.

i) **Non-specific responses of trustees:** All Bound Trustee(s) agree that failure or refusal to respond to Claimant regarding Claim and/or failure to provide the requested and necessary accounting and livery as stated herein and/or to give a general response, a non-specific response, or to respond altogether with specificities and facts and conclusions of the common law and/or to provide the requested information and documentation that is required under Claim shall constitute a failure and a deliberate and intentional refusal to respond to Claimant and, as a result thereby and/or therein, shall constitute the consent and agreement by trustee(s) to all Clauses herein and shall be their binding agreement and free assent to all that is stated in Claim.

j) **Failure to respond within ninety days of being served with Claim:** All appointed trustees have ninety (90) days from being process served with or having notice of Claim to respond to Claimant at the address above with any corrections, questions, or challenges to Claim in writing point by point via registered mail and to provide proof of trustee's claim to the contrary under oath or attestation and behind the appointed trustee's full commercial liability and under penalty of perjury. A lack of response or a non-specific response that does not contain proof of Claimant's possible mistaken understanding regarding all that is stated herein shall be seen and agreed to by all Bound Trustee(s) as a full and complete agreement of Claimant's understanding of all that is contained in Claim. Failure to dispute all claims made herein will result in an automatic default judgment and permanent and irrevocable estoppel by acquiescence and tacit procuration on the part of all appointed trustees named herein and all third parties. If any appointed trustee performs Binding Action One, then Trustee in Honor will then agree to waive this section 6) j) forever and be bound to all that is stated in Claim regardless if they have sent the stated response or not.

k) **Understanding of words and final tribunal of Claim:** All appointed trustee(s), and all others who read, or have knowledge of this Claim, agree that all words in this Claim are as Claimant understands them, and that Claimant is the absolute and final tribunal of all that is stated and claimed herein.

l) **Continual providing of utilities:** The appointed trustees shall not under any circumstances disrupt any currently provided utility which Claimant, Estate, or Trust(s) now enjoys. All utility companies have been appointed trustee(s) of the Estate and Trust(s), and these trustee(s), in addition to all other Clauses stated herein, do hereby and henceforth, by taking Binding Action One, agree to be taxed by Claimant for the use of the easement upon Claimant's Allodial land at the exact rate and amount that the providing utility company charges Claimant or the Estate or the Trust for any utility now being provided to the same. The rate of tax shall always match the stated bill or statement provided by the said utility forever. Claimant decrees that no paper receipt to the said utility company regarding said tax is needed

as long as the said utility company updates their records to reveal this agreement and sends to Claimant proof of this update as shown on their records. This Clause shall apply to any and all utilities provided to the domicile of Claimant and the domicile of every member of Claimant's House forever. Any disconnection of any utility after service of Claim shall be deemed and seen and found to be a retaliatory action against Claimant as stated in Clause 13) below and shall then bind the retaliatory trustee to all the Clauses and obligations of sections 13), 14), and 15) under Binding Clause Three below. This Clause shall be enforced as stated herein.

m) **Supremacy clause:** All Clauses, words, law, maxims, decrees, executive orders, orders, facts, findings, definitions, rules, terms, conditions, agreements, obligations, statements of wish and will, protections, and means stated herein by Claimant regarding Claimant, the Estate, and Trust(s) supersede any and all other of the same or like kind by any appointed trustee, Bound Trustee, or third party at any time and place forever *nunc pro tunc et usque ad finem temporis*. Claim supersedes and predates as well as replaces any and all prior agreement(s) between Claimant and all trustee(s) and is binding on all parties and irrevocable. Furthermore, the parties to Claim agree from the moment of their Binding Actions as stated herein to the terms and conditions of Claim and agree that Claim supersedes and predates as well as replaces any other existing or future agreements, contracts, wills, pledges, oaths, rulings, court findings, claims, judgments, charges, hearings, orders, liens, fiduciary agreements, letters, administration, or vesting of power that contradict anything stated herein. All trustee(s) agree that all final judgments entered by Claimant's court of record and all arbitration awards given by an arbitrator regarding any dispute relating to Claim and all judgments entered on the same shall be binding on all trustee(s) in any and all jurisdictions shall be confirmed upon demand by any and all courts of Claimant's choosing and shall take precedence over all matters regarding the Estate and Trust(s) at present and forthwith from the date of entry of said final judgment and/or arbitration award and/or confirmation or judgment upon said award(s). All parties agree that a judgment of the court of Claimant's choice for any arbitration award given regarding Claim shall be entered upon the award made pursuant to the arbitration and that said judgment shall be entered upon the said award within one year after the award is made. Furthermore, all Bound Trustee(s) are estopped from maintaining and/or bringing forth any actions against Claimant, Claimant's heirs, and/or bringing forth the same against all that is stated in List regarding the Estate and Trust(s) permanently. Exceeding this estoppel shall be seen and determined by Claimant, Claimant's court of record, and all arbitrators as retaliation against Claimant.

n) **Severability clause:** If any Clause, provision, claim, statement, fact, section, condition, requirement, term, obligation, or condition of Claim is found by a common

law court of record to be unlawful, void, or unenforceable, the remaining of said shall remain in full force and effect and shall continue to be valid and fully enforceable.

o) **Claimant's obligation to discharge Trustees in Honor:** Trustees in Honor agree that they shall remain trustees until they fulfill all of the executive orders and instructions from Claimant stated herein as well as all other past and future orders from Claimant regarding everything stated in List within ninety (90) days of service of Claim. Once said executive orders are fulfilled to the satisfaction of Claimant, Claimant will, upon request from said trustee(s), send a signed and sealed letter of honorable discharge to any and all trustee(s) who perform the same to the satisfaction of Claimant. Failure by any Trustee in Honor to faithfully execute all Clauses herein within the terms stated shall result in a lawful default of the bond stated in section 12) a), and if in the event a trustee has failed to post a bond as stated herein, then an action of debt collection in a court of record and/or binding arbitration proceedings shall commence against all trustee(s) in default, and the stated amount of the bond and liens shall be placed on the property of trustee(s) as stated in section 12) c) and 14) e) for the same amount and kind as stated in the bond amount in 12) a) below, and furthermore, trustee(s) agree to forfeit the agreed distribution of Estate and Trust fund assets (compensation of Trustee(s) in Honor) as stated in 6) p) below forever.

p) **Trustee in Honor compensation clause:** Trustees in Honor shall be compensated by Claimant in the amount of 10% of whatever funds, financial instruments, bonds, accounts, and the like of a financial nature, herein "Estate and Trust funds", that they account for and deliver to Claimant as stated in List regarding the Estate and Trust(s). All of the Estate and Trust funds shall be converted into lawful and valuable consideration (gold or silver) before the 10% payment to the Trustees in Honor and shall be distributed to each Trustee in Honor who prove to the satisfaction of Claimant of the following: 1) that they have fulfilled the orders stated herein that require Trustee(s) in Honor to have a full accounting, settlement, delivery, recovery, and livery of seisin of that portion of the Estate and Trust funds that they have administered and that the Trustee in Honor shall have fulfilled their obligation to settle and/or terminate or collapse all Trust(s) that they are aware of as stated herein; and 2) that Trustees are to keep proper records of all transactions of the Estate and Trust, to keep proper records of all actions they take in regards to the Estate and Trust(s), and to deliver to Claimant those said records as part of the proof of their faithful execution of all Clauses that they are bound to herein to receive the distribution as stated above. Because the Estate and Trust funds are the sole lawful property of Claimant and the Bound Trustee(s) have a duty to return that which does not belong to them, the Bound Trustee(s) fully agree and stipulate to the fact that the 10% compensation to them as stated herein is, by intendment of law, to their advantage.

Said compensation shall be given upon request with letters of discharge from this trustee appointment as stated in section 6) o) after the Trustees in Honor faithfully execute their duties as set forth herein. For example, if a Trustee in Honor holds an account in the Estate name and performs as required and that account is in the amount of $1,000,000, then that Trustee in Honor shall be compensated in the amount of $100,000 converted into silver or gold at the current exchange rate. Any debts incurred by the Trustees in Honor against the Estate or Trust(s) prior to this audit will be deducted from the 10% settlement offer. If the debts accrued exceed the value of the 10%, no compensation will be provided and a bill shall, instead, be issued for the outstanding balance. Land titles, land rights, land, the bodies of Claimant, or members of Claimant's House or any other thing that would cause harm if divided shall not be part of the 10% payment nor be included in the calculation for the 10% payment.

q) **Non-aggression clause:** All trustees who bind themselves to Claim to any degree agree to be bound and adhere to the non-aggression principal of natural law at all times whilst under obligation to perform under Claim and to NOT cause any harm, coercion, theft, trespass, murder, rape, or human trafficking against Claimant or members of Claimant's House. Furthermore, Bound Trustees shall not trespass upon any rights of Claimant, or they will agree to be Trustee(s) in Default and thereby bind themselves to all the Clauses under Binding Clause Three.

r) **Help and support clause:** All trustees who bind themselves to Claim to any degree agree to be under absolute obligation to inform, teach, help, and support Claimant to settle the entire gross Estate at all times and to collapse the Trust(s) as stated herein until such time as said trustees are discharged from being a Trustee in Honor or other degree of trustee by Claimant as stated in section 6) o). Any failure to perform this absolute obligation will cause said trustees to agree to be bound to all the Clauses under a Trustee in Dishonor as set forth below.

s) **Inclusion of all trustees by employment or agency:** If any employee, agent, or member of any appointed trustee listed herein administers any aspect of the Estate or Trust(s) in any way, thereby binding them to Claim, all other employees, agents, contractors, men, and women of that same appointed trustee shall also agree to be bound to Claim in like kind and degree.

t) **Arbitration and court of record clauses regarding procedure of disputes arising from Claim:** ARBITRATION: Claim constitutes an agreement and a binding contract between Claimant and all Bound Trustee(s) (and third parties who bind themselves to Claim by performing any Binding Actions stated herein). In the event a Bound Trustee fails to perform as required under any Binding Clause, Claimant has the choice at that time to pursue all disputes related to Claim by binding arbitration or by a court of record as defined herein. If Claimant chooses binding arbitration, all Trustee(s) agree that the arbitrator to any dispute regarding claim shall be appointed

and chosen by Claimant and shall be the designated arbitrator for said dispute. In the event of non-acceptance of appointment as arbitrator and/or any physical or mental incapacity to act as arbitrator, the Claimant shall have the authority to select any neutral arbitrator(s) that qualify to handle any controversy or claim arising out of or relating in any way to Claim or with regard to its formation, interpretation, or breach, and any issues of substantive or procedural arbitration shall be settled in the manner previously stated. If Claimant chooses arbitration and not an action at law, the arbitrator may hear and decide the controversy upon evidence produced even if a party who was duly notified of the arbitration proceeding did not appear. The arbitrator will not and does not have the authority to disregard or to refuse to enforce the law decreed herein nor the law decreed by Claimant in any other paperwork regarding the Estate and Trust(s) which is submitted to the arbitrator. All disputes arising from Claim shall first be attempted to be solved by and through negotiations between Claimant and the appointed trustee(s). If the Claimant and any appointed trustee(s) cannot resolve a dispute through negotiations and the Claimant chooses to resolve the dispute by arbitration, the Claimant and all Bound Trustee(s) agree and consent to submit any and all disputes which could otherwise be submitted to a court of competent jurisdiction to arbitration. Arbitration hereunder these conditions said shall be the exclusive remedy of Claimant and all appointed trustee(s) or third parties, and the arbitrator is empowered under this Claim to make any or all necessary and appropriate order(s), pre-award ruling(s), and award(s) granting both legal, lawful, and equitable relief to enforce the terms and obligations of this Claim, including all matters relating hereto and arising therefrom. In the event of any conflict of laws, maxims, facts, provisions, terms, Clauses, conditions, definitions, orders, or rules regarding any arbitration dispute of Claim, the same stated in Claim shall govern. If Claimant chooses binding arbitration, all Bound Trustee(s), regardless of the degree to which they bind themselves to Claim, agree to enter into and consent to binding arbitration under the terms and conditions of Claim, and all Bound Trustee(s) of any degree waive all rights to vacate, modify, appeal, or collaterally attack the decisions, rulings, orders, remedies, and awards (both interim and final) of the arbitrator. All United States trustee(s) furthermore agree that transporting people or persons without their consent across State lines is human trafficking and evidences a transaction involving or affecting "commerce" within the meaning of Title 9 U.S.C. § 1. Furthermore, all Bound Trustee(s) agree that Claimant can secure restitution for damages via any and all actions under reservation of right of prosecution at any time for all injuries sustained and inflicted upon Claimant, the Estate, or Trust(s) for any wrongs committed against the same as set, established, agreed, and consented to herein by the Bound Trustee(s) by their Binding Actions to include but not to be limited to constitutional impermissible misapplication of statutes / laws regarding Claimant, the Estate, and Trust(s) which include but are not limited to alleged

criminal case / cause, trespass, false arrest, false imprisonment, fraud, conspiracy, theft, deprivation of rights, human trafficking, all tort claims, trespass of title, probate fraud, property, and the like and all other known and unknown trespasses and moral wrongs committed through ultra vires acts of all involved herein whether by commission or omission. Final amount of damages regarding said to be calculated prior to submission of said actions but is already estimated to be in excess of three hundred million dollars with or without notice to Bound Trustee(s) by invoice or true bill in commerce. Trustee(s) consent to and agree that Claim, all other executive orders hereafter served upon the said Bound Trustee(s), and the required bond that all Trustee(s) in Dishonor must post as stated herein becomes the security agreement between Claimant and said trustee(s) under commercial law. Trustee(s) consent to and agree that judgment shall be entered and confirmed on any arbitration award in favor of Claimant of any dispute regarding Claim and consent to and agree that they have no right, authority, or cause to attack or vacate the same by any means or for any reason.

u) **Settlement via Court of Record:** If Claimant chooses to settle any disputes arising from Claim by a court of record, then all Bound Trustees agree by tacit procuration to be tried under the common law, the law of Claimant's domicile as Claimant decrees the law to be, and any and all public law that Claimant decrees to be the law in a court of record under reservation of right of prosecution for any actionable offense and that said court of record will proceed according to the course of the common law with the rules of said court being whatever Claimant decrees them to be without having to be bound to follow any statutes, equity, or codes under military jurisdiction, ecclesiastical jurisdiction, Roman civil law, maritime admiralty jurisdiction, or any other jurisdiction save for the common law and the law of Claimant's domicile and that Claimant shall be the sole lawful tribunal of said court of record with the power to fine and imprison for contempt of court. If Claimant chooses to resolve any dispute arising from Claim in a court of record, then Claimant will demand payment for damages in the amount agreed to from said trustee(s) in 12) a) below as well as any other amount to be added as per Claimant's Affidavit of Fee Schedule if the said trustee(s) are in default of Claim as stated herein, and Claimant also shall demand and have the right to collect any and all punitive damage amounts as calculated and stated herein.

v) **Stipulation and binding agreement of trustee(s):** In accordance with and pursuant to the principles and doctrines of "clean hands", "agreement by performance", and "good faith", the actions of trustee(s) binding them to Claim, as stated in Claim, constitute a contractually binding agreement by free assent between the Claimant and the Bound Trustee(s) regarding all stated in Claim, and Bound Trustee(s) expressly consent to, stipulate, and affirm the truth and validity of the said facts listed herein and agree to be bound to the law listed herein and to understand the definitions listed

herein as they operate in favor of Claimant through tacit acquiescence. Any and all trustee(s) agree not to argue, controvert, oppose, misinterpret, misconstrue, dilute, or otherwise protest any of the facts, law, or definitions already agreed upon by the trustee(s) set and established herein or in any future proceedings / actions including but not limited to binding arbitration and/or any case or proceeding in any court of record at law or otherwise that are decreed and affirmed by Claimant.

Penalty for failure to appear: Any Bound Trustee(s) that cannot, will not, or fails to personally appear for any reason whatsoever before the arbitrator or court of record alongside its or his/her representative for any dispute or action arising from Claim either in part or in full agrees and consents to an irrevocable default judgment in favor of Claimant and waives any future standing or right to appeal or reopen any dispute regarding Claim for any reason whatsoever and agrees that they are instantly, automatically, and irrevocably bound to all of the terms and Clauses herein. Said Bound Trustee(s) shall give written, signed, and sealed notice to Claimant ten (10) days before any hearing that more time is required by the Bound Trustee to be able to appear, and no more than thirty (30) days shall be granted to the Bound Trustee(s) for rescheduling the appearance. Failure to send said notice shall be considered as failure to appear. The Arbitrator and/or Claimant shall not consider any extension of time asked unless said request is submitted less than ten (10) days in advance of the hearing, and said request shall not extend more than thirty (30) days beyond the original date of hearing.

### Bound Trustee(s) Stipulation of Declared Facts

7) All Bound Trustee(s) are hereby bound to and shall stipulate to the following declared facts until discharged by Claimant of their duties and obligations herein as stated in section 6) o) above. This is a Declaration of Facts made by Claimant under penalty of perjury to a candid universe. All facts declared herein must be rebutted by Bound Trustees within ninety (90) days of being served with Claim, or Bound Trustee(s) agree that all that is stated and decreed herein is true and correct to the best of their own knowledge as stated herein:

a) THAT Claimant is a man who has been found to be living and not dead, has come to/of full age, is of sound mind, memory, and judgment, is one of the people of Texas, is an American citizen as contemplated in an act concerning the Rights of American Citizens in foreign States of July 27, 1868, is not a citizen of the United States as contemplated in the 14th amendment of the Constitution of the United States, is a legitimate son of married parents, is fully emancipated, was born into the House of Arnold, was lawfully born on the land and soil of the Republic named or known as Georgia / America, is the donor, grantor, settlor, testator, sole lawfully appointed absolute general instituted rightful Executor, and sole lawful, general, forced, testamentary, unconditional Hæres / Heir of both DEUNTAVIOUS DECOREY

ARNOLD and any and all other derivative names and spellings thereof and all trusts that are derived from said Estate, regardless of what said trust(s) are named, have ever been named, may ever be named, or are numbered;

b) THAT Claimant is Sovereign and a holder of the office of the People and, therefore, is immune to all government control, corporate control, rules, statutes, acts, public policies, ordinances, regulations, codes, taxes, bylaws, laws, administration, inferior courts, supreme courts, administrative courts, and all other authority of any appointed trustee listed herein;

c) THAT Claimant is the sole tribunal in any court of record in which Claimant is the plaintiff, counter-plaintiff, claimant, accuser, or petitioner wherein a twelve member jury of the peerage cannot be found or if the defendant fails to demand a jury trial;

d) THAT all titles of all stated in List of land or otherwise are now by absolute right allodial and indefeasible;

e) THAT Claimant is now the sole lawful owner and holder of all titles of all stated in List and of the Estate and Trust(s);

f) THAT Claimant has the right to tax any appointed trustee and any third party for any use and any easement on any land that Claimant owns;

g) THAT Claimant has the right to open Claimant's own court of record in any place in America and to not be charged for doing so and has the right to appoint Claimant's own staff to run Claimant's court regarding any office or position ever created or used by anyone at any time in any court from time immemorial;

h) THAT Claimant has the absolute right to travel on any road, highway, toll road, path, or drive in the entire world by any means Claimant wishes without harassment, policing, or commercial enforcement forever;

i) THAT Claimant has never consented to be transferred to a foreign State as stated in Title 18 U.S.C. § 4108;

j) THAT all credit ever created by Claimant's own signature is by absolute right Claimant's property;

k) THAT Claimant is a member of the peerage as contemplated in the Magna Carta of 1215 and all organic laws of the United States of America;

l) THAT Claimant is not subject to any statute, act, ordinance, public policy, policy, regulation, wardship, guardian, control, law, by law, code, tax, legislation, letter, decree, order, appropriation, administration, or rule of any corporation or corporate government without the express consent of Claimant;

m) THAT Claimant is the sole lawful executor and sole lawful living Hæres / Heir of the Estate and Trust(s) which is the beneficiary of the social security account numbered 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

n) THAT all Trustees in Honor agree that they were acting as special administrators of the Estate and Trust(s) by operation of law up to the point of being served with Claim and having knowledge that the sole lawful Hæres / Heir of the Estate and Trust(s) has

been found to be living and is of sound mind and has come of full age, but now Trustees in Honor stipulate that they have no more power over the Estate and Trust(s) other than what Claimant wishes to vest to them;

o) THAT the Estate was registered without Claimant's consent;

p) THAT Claimant has been found to be living, has come of full age, is of sound mind, and is competent to handle his own affairs per public record;

q) THAT Claimant has by will come under the House of Arnold and official seal thereof;

r) THAT Claimant has claimed the entire Estate and all Trust(s) that stem therefrom as stated in Claim;

s) THAT Claimant has recorded a Common Law Copyright Affidavit with regards to DEUNTAVIOUS DECOREY ARNOLD and any/all derivative names and spellings thereof;

t) THAT Claimant has appointed Deuntavious-Decorey: Arnoldas an appointed absolute general instituted rightful Executor of the Estate and all Trust(s) that stem therefrom by will;

u) THAT Claimant has rescinded all powers of attorney and letters of attorney regarding the Estate and Trust(s) as per public record number **20232104999** filed with the clerk of Denver County Superior Court for the STATE OF **COLORADO**;

v) THAT Claimant's appointed trustee(s) agree that they shall be billed for any use of Claimant's Estate as per Claimant's Common Law Copyright Affidavit and Affidavit of Fee Schedule;

w) THAT Claimant is lawfully domiciled upon allodial land and soil as per public record number **24-0002586017** filed with the clerk of the Travis County Superior Court for the STATE OF TEXAS; and

x) THAT Claimant and Claimant's heirs are and shall be understood by all appointed trustee(s) as being of the highest order of diplomatic and ecclesiastical status forever.

## Binding Law

8) All Bound Trustee(s) shall agree to be bound to the following law:

a) the first lawful original Constitutions of every State admitted into the Union of the United States of America;

b) the Articles of Confederation;

c) the Declaration of Independence;

d) the Constitution for the United States of America;

e) the Kentucky and Virginia resolutions of 1798;

f) the entire Magna Carta of 1215 as it applies to Claimant being a member of the peerage spoken of in the same;

g) all maxims of law that Claimant decrees to be law in any court, proceeding, document, writ, motion, filing, notice, executive order, or other writing, shall proceed, predate and bind on all appointed trustee(s) forever;

h) the law of Claimant's Domicile, whatsoever Claimant declares said to be, at any time and place and in any document or instrument endorsed by Claimant in any proceeding of any court;

i) whatsoever Claimant decrees the law to be in any court of record which includes but is not limited to all the rules of said court and/or arbitration proceeding that Claimant is involved in no matter the jurisdiction;

j) "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves...." *CHISHOLM v. GEORGIA*, 2 Dall 419, 454, 1 L Ed 440, 455 @ DALL (1793) pp. 471-472;

k) "The very meaning of 'sovereignty' is that the decree of the sovereign makes law." *American Banana Co. v. United Fruit Co.*, 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047;

l) "Our government is founded upon compact. Sovereignty was, and is, in the people." *Glass v. Sloop Betsey*, Supreme Court, 1794;

m) "The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please... The sovereignty in every state resides in the people of the state and they may alter or change their form of government at their own pleasure." *Luther v. Borden*, 48 U.S. 1, 12 L.Ed. 581;

n) "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it. The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958);

o) "There is no such thing as a power of inherent sovereignty in the government of the United States ... In this country, sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld." *Julliard v. Greenman*, 110 U.S. 421;

p) "Thus, a person who enters on real property lawfully pursuant to a conditional or restricted consent and remains after his or her right to possession terminates and demand is made for his or her removal becomes a trespasser from the beginning, and the law will then operate retrospectively to defeat all acts done by him under color of lawful authority." *Williams v. Garnett*, 608 S.W.2d 794 (Tex. Civ. App. Waco 1980);

q) "To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial

agreement turns the concept of sovereignty on its head." *Merrion, Et Al, dba Merrion & Bayless, Et Al v. Jicarilla Apache Tribe, Et Al* (1982), 455 U.S. 130, pp. 144-148;

r) "Concealing a material fact when there is duty to disclose may be actionable fraud." *Universal Inv. Co v Sahara Motor Inn, Inc.*, 619 P 2d 485, 127 Ariz. 213. (Ariz. App 1980) "Where one under duty of trust or confidence exists between two parties so that one places peculiar reliance in trustworthiness of another, latter is under duty to make fully and truthful disclosure of all material facts and is liable for misrepresentation or concealment." *Stewart v Phoenix Nat. Bank*, 64 P 2d 101, 49 Ariz. 34. (Ariz. 1937);

s) "Henceforth nothing shall be given or taken for a writ of inquest in a matter concerning life or limb; but it shall be conceded gratis, and shall not be denied." Article 36 of the Magna Carta;

t) "No freeman shall be taken, or imprisoned, or disseized, or outlawed, or exiled, or in any way harmed-nor will we go upon or send upon him – save by the lawful judgment of his peers or by the law of the land." Article 39 of the Magna Carta;

u) "Our nation has thrived on the principle that, outside areas of plainly harmful conduct, every American is left to shape his own life as he thinks best, do what he pleases, go where he pleases." *Williams v. Fears*, 179 U.S. 270, 274, 21 S.Ct. 128, 45 L.Ed. 186. Id., at 197;

v) [28 U.S.C. § 1361.] Action to compel an officer of the United States to perform his duty: "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." (Added Pub. L. 87-748, § 1(a), Oct. 5, 1962, 76 Stat. 744.);

w) "The contract makes the law." Maxim of Law. See Black's Law. Dict. 10th Ed., page 1, 925. 25) "The contract gives the law." Maxim of Law. See Black's Law. Dict. 10th Ed., page 1, 926. 26) "That which does not appear to exist is to be regarded as if it did not exist." Maxim of Law;

x) Reservation of Sovereignty: "Even if the Tribe's power to tax were derived solely from its power to exclude non-Indians from the reservation, the Tribe has the authority to impose the severance tax. Non-Indians who lawfully enter tribal lands remain subject to a tribe's power to exclude them, which power includes the lesser power to tax or place other conditions on the non-Indian's conduct or continued presence on the reservation. The Tribe's role as commercial partner with petitioners should not be confused with its role as sovereign. It is one thing to find that the Tribe has agreed to sell the right to use the land and take valuable minerals from it, and quite another to find that the Tribe has abandoned its sovereign powers simply because it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept

of sovereignty on its head." *Merrion, Et Al, dba Merrion & Bayless, Et Al v. Jicarilla Apache Tribe, Et Al.* (1982) 455 U.S. 130, 131, 102 S.Ct. 894, 71 L.Ed.2d 21 (1981);

y) republican government: one in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; *Minor v. Happensett,* 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, 5th Ed. 626.];

z) a dollar as defined herein shall mean "Dollars and Units", each to be of the value of a Spanish milled dollar as the same is now current and to contain three hundred and seventy-one grains and four sixteenth parts of a grain of pure or four hundred and sixteen grains of standard silver. 1 U.S. Stat. 246, Sec. 9 (1792);

aa) "Federal reserve notes lack lawful consideration." [Credit River Township, Scott County, Minnesota case: [cf. *First National Bank of Montgomery Bank v. Jerome Daly,* 1968];

bb) "The right of blood and kindred cannot be destroyed by any civil law." Maxim of Law. See Black's Law. Dict. 10th Ed., pg. 1924.

### Stipulation and Understanding of Definitions

9) Bound Trustee(s) now agree to understand and to stipulate to the following definitions:

a) **Court of Record:** It is a judicial tribunal having the following attributes "(1)-(6)" defined below with authorities cited:

(1) It is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [*Jones v. Jones,* 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J., See also *Ledwith v. Rosalsky,* 244 N.Y. 406, 155 N.E. 688, 689] [Black's Law Dictionary, 4th Ed., page 425, 426].

(2) It proceeds according to the course of the common law. [*Jones v. Jones,* 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J., See also *Ledwith v. Rosalsky,* 244 N.Y. 406, 155 N.E. 688, 689] [Black's Law Dictionary, 4th Ed., pg. 425, 426].

(3) Its acts and judicial proceedings are enrolled or recorded for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; *Erwin v. U.S.,* D.C.Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis,* 96 Ohio St. 205, 117 N.E. 229, 231] [Black's Law Dictionary, 4th Ed., page 425, 426]

(4) It has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; *Erwin v. U.S.,* D.C.Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis,* 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., page 425, 426]

(5) It generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; *Erwin v. U.S.*, D.C.Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis*, 96 Ohio St. 205, 117 N.E. 229, 231.] [Black's Law Dictionary, 4th Ed., page 425, 426]

(6) It possesses the only valid seal of any court of record or of any other court in which Claimant is a plaintiff, counter-plaintiff, claimant, petitioner, accuser, or complainant is Claimant's own House Seal which is affixed below to Claim.

b) **Inferior Courts:** "Inferior courts are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; *Smith v. Andrews*, 6 Cal. 652

c) **Court:** "A court is an agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority." [*Isbill v. Stovall*, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Ed., page 425]

d) **Magistrate:** "The word 'magistrate' does not necessarily imply an officer exercising any judicial functions, and might very well be held to embrace notaries and commissioners of deeds." *Shultz v. Merchants' Ins. Co.*, 57 Mo. 336.

e) **Clause** (contracts): "a particular disposition which makes part of a treaty; of an act of the legislature; of a deed, written agreement, or other written contract or will. When a clause is obscurely written, it ought to be construed in such a way as to agree with what precedes and what follows, if possible." Vide Dig. 50, 17, 77; Construction; Interpretation.

f) **Condition** (contracts, wills): "In its most extended signification, a condition is a clause in a contract or agreement which has for its object to suspend, to rescind, or to modify the principal obligation; or in case of a will, to suspend, revoke, or modify the devise or bequest." 1 Bouv. Inst. n. 730. "A condition is any portion or agreement which regulates what the parties have a mind should be done, if a case they foresee should come to pass." Co. Litt. 201 a.

g) **Condition** (persons): "The situation in civil society which creates certain relations between the individual, to whom it is applied, and one or more others, from which mutual rights and obligations arise. Thus the situation arising from marriage gives rise to the conditions of husband and wife that of paternity to the conditions of father and child." Domat, tom. 2, liv. 1, tit. 9, s. 1, n. 8.
"2. In contracts, everyone is presumed to know the condition of the person with whom he deals. A man making a contract with an infant cannot recover against him for a breach of the contract, on the ground that he was not aware of his condition."

h) **Obligation:** "In its general and most extensive sense, obligation is synonymous with duty. In a more technical meaning, it is a tie which binds us to pay or to do something agreeably to the laws and customs of the country in which the obligation is made." Just. Inst. 1. 3, t. 14. "The term obligation also signifies the instrument or writing by which the contract is witnessed. And in another sense, an obligation still subsists, although the civil obligation is said to be a bond containing a penalty, with a condition annexed for the payment of money, performance of covenants or the like; it differs from a bill, which is generally without a penalty or condition, though it may be obligatory." Co. Litt. 172. "It is also defined to be a deed whereby a man binds himself under a penalty to do a thing. Com. Dig. Obligation, A. The word obligation, in its most technical signification, *ex vi termini*, imports a sealed instrument." 2 S. & R. 502; 6 Verm. 40; 1 Blackf. 241; Harp. R. 434; 2 Porter, 19; 1 Bald. 129. See 1 Bell's Com. b. 3, p. 1, c. 1, page 293; Bouv. Inst. Index, h. t.
"6. A **civil obligation** is one which has a binding operation in law, *vinculum juris*, and which gives to the obligee the right of enforcing it in a court of justice; in other words, it is an engagement binding on the obligor." 12 Wheat. It:. 318, 337; 4 Wheat. R. 197.
"14. A **principal obligation** is one which is the most important object of the engagement of the contracting parties."
"16. An **absolute obligation** is one which gives no alternative to the obligor, but he is bound to fulfill it according to his engagement."
"20. A **determinate obligation** is one which has for its object a certain thing; as an obligation to deliver a certain horse named Bucephalus. In this case, the obligation can only be discharged by delivering the identical horse."
"31. The obligation is both personal and real when the obligor has bound himself, and pledged his estate for the fulfillment of his obligation."
[emphasis added]

i) **Primary:** "that which is first or principal; as primary evidence, or that evidence which is to be admitted in the first instance, as distinguished from secondary evidence, which is allowed only when primary evidence cannot be had."
"2. A **primary obligation** is one which is the principal object of the contract; for example, the primary obligation of the seller is to deliver the thing sold, and to transfer the title to it. It is distinguished from the accessory or secondary obligation to pay damages for not doing so." 1 Bouv. Inst. n. 702.
[emphasis added]

j) **Term** (contracts): "This word is used in the civil law to denote the space of time granted to the debtor for discharging his obligation; there are express terms resulting from the positive stipulations of the agreement; as, where one undertakes to pay a certain sum on a certain day and also terms which tacitly result from the nature of the things which are the object of the engagement, or from the place where the act is

agreed to be done. For instance, if a builder engages to construct a house for me, I must allow a reasonable time for fulfilling his engagement. 2. A term is either of right or of grace; when it makes part of the agreement and is expressly or tacitly included in it, it is of right when it is not part of the agreement, it is of grace; as if it is not afterwards granted by the judge at the requisition of the debtor." Poth. on Oblig. P. 2, c. 3, art. 3; 1 Bouv. Inst. n. 719 et seq.

k) The term **"records"** shall mean all records, system of records, library catalogs, lists, files, optical, handwriting, typewriting, printing, photostating, photographing, photocopying, electronic and physically stored information, and every other means of recording including letters, words, pictures, sounds, or symbols or combinations thereof as well as papers, maps, magnetic or paper tapes, photographic films or prints, microfilm, microfiche, magnetic or punched cards, discs, drums, or other means of recording or retaining meaningful content.

l) **Estate:** "1. In its most extensive sense, it is applied to signify everything of which riches or fortune may consist and includes personal and real property; hence we say personal estate, real estate." 8 Ves. 504. "2. An estate, in common law, is the net worth of a man at any point in time living or dead. It is the sum of a man's assets - legal rights, interests and entitlements to property of any kind - less all liabilities at that time. 3. All that a man owns in law."

m) **Freehold** (estates): "An estate of freehold is an estate in lands or other real property, held by a free tenure, for the life of the tenant or that of some other person; or for some uncertain period. It is called *liberum tenementum*, frank tenement or freehold; it was formerly described to be such an estate as could only be created by livery of seisin, a ceremony similar to the investiture of the feudal law. But since the introduction of certain modern conveyances, by which an estate of freehold may be created without livery of seisin, this description is not sufficient."
"2. There are two qualities essentially requisite to the existence of a freehold estate. 1. Immobility; that is, the subject-matter must either be land, or some interest issuing out of or annexed to land. 2. A sufficient legal indeterminate duration; for if the utmost period of time to which an estate can last, is fixed and determined, it is not an estate of freehold. For example, if lands are conveyed to a man and his heirs, or for his life, or for the life of another, or until he shall be married, or go to Europe, he has an estate of freehold; but if such lands are limited to a man for one hundred or five hundred years, if he shall so long live, he has not an estate of freehold." Cruise on Real Property t. 1, s. 13, 14 and 15 Litt. 59; 1 Inst. 42, a; 5 Mass. R. 419; 4 Kent, Com. 23; 2 Bouv. Inst. 1690, et seq. "Freehold estates are of inheritance or not of inheritance." Cruise, t. 1, s. 42.

n) **Freeholder:** a person who is the owner of a freehold estate.

o) **Freeman:** one who is in the enjoyment of the right to do whatever he pleases, not forbidden by law; one in the possession of the rights enjoyed by, the people generally.

p) **Shall:** used to express a command or exhortation; used in laws, regulations, contracts, or directives to express what is mandatory.

q) **Dollars** as defined herein shall mean each to be of the value of a Spanish milled dollar as the same is now current and to contain three hundred and seventy-one grains and four sixteenth parts of a grain of pure or four hundred and sixteen grains of standard silver as per 1 U.S. Stat. 246, Sec. 9 (1792).

r) **Sovereignty:** "the union and exercise of all human power possessed in a state; it is a combination of all power; it is the power to do everything in a state without accountability; to make laws, to execute and to apply them: to impose and collect taxes, and, levy, contributions; to make war or peace; to form treaties of alliance or of commerce with foreign nations, and the like." Story on the Const. § 207

## Standing Executive Orders for Bound Trustees and All Third Parties

10) All Bound Trustee(s) are under absolute obligation to faithfully carry out and execute the following:

a) Claimant NOW, by Executive Order, forgives, discharges, cancels, abates, revokes, annuls, terminates, dismisses and disavows any juristic act, charge, libel, lien, receivership, bailment, appropriation, letter, indictment, order, law, decree, sentence, statute, act, case, ordinance, code, action, droit, accusation, complaint, debt, tax, compact, contract, policy, or bill against the Estate and Trust(s) by any appointed trustee or third party *nunc pro tunc et usque ad finem temporis* and demands all Bound Trustee(s) to do the same regarding the Estate and Trust(s). These specific orders in 10) a) do not require Trustee(s) in Honor to post the bond stated in section 12) a) below nor indemnify Claimant for the same.

b) All Bound Trustees shall update and correct the status of Claimant upon all records kept by same to reveal the following Binding Clauses 1)-3). Failure to do so immediately upon being served with Claim, Bound Trustees agree to be a Trustee in Default and to be bound to Binding Clauses One, Two and Three:

1) THAT Claimant is permanently exempt from all federal, state, and local taxes, property taxes and taxes on land for the rest of Claimant's natural lifespan without exception forever;

2) THAT Claimant is one of the People of Claimant's respective state, is an American citizen, and is not a citizen of the United States nor subject to the jurisdiction thereof; and

3) THAT all land claimed by Claimant and that Claimant be heir to, regardless of the degree of consanguinity, that has been purchased with lawful consideration, claimed by Claimant, or has been or shall be given or willed to Claimant by any means is allodial forever.

c) Bound Trustee(s) shall give full immunity to Claimant regarding all statutes, acts, ordinances, codes, bylaws, public policies, taxes, rules and regulations of all governments, appointed trustees, and corporations forever.

d) Trustees in Honor who are also employees of the government of the United States, the United States of America, and all State governments shall provide to Claimant documentation in the form of a passport, a diplomatic identification card, or the equivalent that reveals on the record all of what is stated in section 10) b) and c) above and shall do so within ninety (90) days of being served with Claim or agree to be a Trustee in Dishonor and to be bound to all the Clauses stated thereunder. All Bound Trustee(s) shall agree to recognize as valid any private identification that Claimant makes with Claimant's own hand and records onto any public record as having the same force and effect as any identification issued from any appointed trustee or third party regarding Claimant's status.

e) All Bound Trustee(s) are to immediately prepare and to deliver to Claimant a full forensic accounting and audit of everything listed in 10) g) below in List regarding both the Estate and the Trust within ninety (90) days from being served with or having notice of Claim or within ninety (90) days from performing Binding Action One. Failure to meet this term results in that trustee agreeing to be a Trustee in Dishonor and to be bound thereby accordingly as stated herein.

f) All Bound Trustees of any degree are to gather, assign, transfer, and deliver to Claimant all original records pertaining to all that is stated in List in section 10) g) below that trustee(s) have ever held or now hold regarding the Estate and Trust(s) to the address below at their expense. After said delivery is accomplished to the satisfaction of Claimant, Bound Trustee(s) shall immediately expunge and destroy any and all criminal court records in their entirety that reference Claimant, the Estate, the Trust(s) and all stated in List including but not limited to any and all variations in spelling and alphanumerical identifiers assigned to the same.

g) Bound Trustee(s) of all degrees and all third parties, upon Claimant's authority, demand, and executive order, shall compile, give a full description, disclose the true and complete facts of, and give a full and complete accounting for all the original records of all stated in List below of every particular of the Estate and Trust(s) as said relates to, is connected to, is a part of, belongs to, is registered or recorded under, or is being held in the name of the Estate and Trust(s) that the Bound Trustee(s) have a record of, have ever warehoused, have ever appropriated, used, held, know about, have known about, securitized, monetized, recorded, accounted for, assigned anything to, governed, have ever administered or are currently administering, and/or sworn to under penalty of perjury, and shall send said by certified mail to the address above to Claimant within ninety (90) days from having notice of or of being served with Claim. If any Bound Trustee fails to accomplish this absolute obligation within the said term, the Bound Trustee(s) agree to be a Trustee in Dishonor as stated herein and

agree to be bound to all the Clauses thereunder. The following is the said List to be accounted for: any bond, record, list, file, master file, period of dormancy, extradition, injury, remedy, investigation, inquiry, summary, annulment, conflict, decision, financing statement, UCC-1, prescription, proposal, offer, counter-offer, termination, dispute, petition, audit, tag, extension, basis, remittance, entitlement, ticket, compensation, transmission, production, correction, storage, delivery, livery, determination, abeyance, supplement, ademption, redemption, prize, booty, treasure-trove, plunder, enrollment, enrollment, scutage, exhibit, footnote, escheat, recording, collection, evidence, connivance, harm, emolument, recognizance, restitution, recompense, probate, fault, alias, guardianship, disbursement, remission, possession, repossession, reinstatement, lis, reinsurance, remuneration, profile, case, scan, caveat, writ, estoppel, interrogation, trade, codex, cession, posit, concession, fraud, collation, discovery, receivable, recaption, speculation, forbearance, bail, bailment, unit, representation, description, employment, punishment, occupation, equity, car, vehicle, redress, technology, conduit, recovery, volition, detriment, reparation, clearance, draft, redraft, overdraft, damage, addition, reference, mystery, codicil, transfer, wire, defect, resignation, rent, admission, retribution, FOP, social security, deduction, inventory, preferment, identification, concurrence, transcript, script, interview, Numident, surveillance, code, book-land, boc, devolution, extract, estreat, amercement, excise, impost, enfranchisement, post, poll, deed, deed poll, patrimony, residue, allonge, force, table, correspondence, surplus, overplus, duty, debt, award, stamp, antinomy, contract, clause, agreement, agenda, book, position, plea, pleading, option, put, call, inurement, proposition, asset, adventure, misadventure, C.U.S.I.P., notice, rescript, classification, lease, division, leasehold, lestage, surety, suretyship, retainer, collateral, dollar, amount, qualification, decedent, indemnity, unity, payment, guarantee, coverage, donation, patent, abuse, distraint, claim, deal, commise, conveyance, custom, bill of lading, bill of exchange, lading, unlading, bargain, fraction, simulation, annex, article, intelligence, incorporation, merger, import, importation, export, droit, droit in admiralty, exportation, portion, arbitrament, dowry, specie, ingress, egress, regress, passage, interest, intrusion, cause, effect, citation, attaint, obligation, debenture, diversion, true bill, consignment, divestiture, aventure, depreciation, deprivation, tort, monition, franchise, land, real estate, estate, chattel, casualty, credit, cash, annuity, income, yield, stipend, impropriation, appropriation, presentment, collusion, affirmation, fruit, T.R.O., T.R.P., allowance, disallowance, rebate, intestacy, reprieve, consolidation, infamy, roll, expense, licitation, solicitation, package, tariff, inducement, increment, offense, exemplification, scholarship, funding, net, gross, revenue, fundraiser, exploit, usufruct, misfortune, document, thing, shipment, promise, confederacy, injunction, property, *cestui que vie* trust, *cestui que* trust, *cestui que vie*, *cestui que* use, pledge, accident, F.O.I.A. request, registry, novation, plan, voyage, discussion, deposition,

care, recognition, conspiracy, drug, authorization, infraction, interpretation, motive, summons, duplicate, impediment, justification, publication, submission, indemnification, library catalog, alpha numerical identifier, parcel, damnification, specification, admittance, treatment, negligence, due, availment, theft, compromise, immunity, modification, addendum, mandamus, encumbrance, token, ware, good, stowage, capacity, advance, reply, plot, attachment, assurance, enumeration, relief, conversion, discharge, charge-off, filing, parole, probation, contact, garnishment, amendment, assessment, non-disclosure agreement (N.D.A.), recognizance, oath, accrual, levy, fine, permit, trespass, application, accommodation, response, accusation, alteration, amnesty, procedure, confinement, investment, ratification, presumption, divestment, sale, project, revision, covin, clearance, motion, adjudication, answer, declaration, charter, operation, mortgage, design, tax, lien, letter, letters, penalty, fee, fief, feod, feoh, feudum, feoffment, fiefdom, fidei-commissum, parturition, suspension, sea-letter, muster-roll, charter party, interference, caution, cautio, approval, approvement, improvement, tenure, feudal tenure, avowry, socage, tenancy, assent, law, private law, schedule, forfeiture, seizure, factor, fiction of law, abstract, chain of title, appendant, allegation, detainment, detention, pardon, sentence, asseveration, ruling, testament, embezzlement, warning, device, devise, attempt, coordination, transgression, ward, infant, coverture, arrearage, location, accumulation, seck, writing, testamentary, inheritance, seisin, accessory, hereditament, avail, aval, accretion, repertory, appurtenance, energy, life, illustration, aggregate, compulsion, ordinance, statute, regulation, rule, legislation, commodity, money, money of exchange, money of account, account number, liability, pawn, pignus, spell, curse, magic, witchcraft, dry-craft, liblac, conjuration, society, rate, R.E.M.I.C., departure, acceptance, pass, pass-book, sea-letter, sea-brief, registration, subpoena, documentation, capers, hypothecation, popular action, spelling, abolition, treaty, discount, comities, partition, legacy, doctrine, tenement, bequest, conquest, pic, picture, photo, photograph, tape, error, act, juristic act, confirmation, lapse, relapse, rescission, revocation, detainer, interrogatory, easement, breach, weapon, arm, endowment, reward, settlement, stop, email, fax, antichresis, body, check, cheque, license, vestige, imprisonment, incarceration, communication, negotiation, idem sonans, name, judgment, cargo, sequence, salvage, certification, juridification, manifest, journal, log, logbook, ledger, alert, fortune, muniment, stipulation, vessel, write off, shutoff, listing, map, plat map, blueprint, chart, graph, order, issue, flag, entry, charge, product, substance, video, sketch, audio, x-ray, disruption, nomination, draw, withdraw, drawback, action, dismissal, indenture, concord, accord, embargo, stoppage, proclamation, deprivation, comprehensive annual financial report (C.A.F.R.), panel, opinion, right, style, stile, form, print, purchase, republication, violation, interruption, last, exception, tail, defamation, surrender, release, protection, demand, deviation, acquisition, slander,

recommendation, testimony, coalition, deficit, merchandise, statement, advice, dominion, pact, perk, convention, entail, freeze, royalty, currency, bullion, affidavit, receipt, nullity, necessity, indorsement, value, endorsement, crypto currency, seigniorage, exhortation, requisition, gift, compact, valuable, injections, tribute, assignment, bona, allocution, constitution, transportation, deputation, share, decree, covenant, title, paper, soul, spirit, mandate, proceeding, appraisal, prohibition, will, children, warranty, attachment, hold, copy, copyright, trademark, preemption, infringement, custody, skip, transaction, information, reservation, privilege, suit, default, acknowledgment, relocation, responsibility, administration, indictment, management, term and condition, for all persons, People, people, beneficiary, benefactors, heirs, executors, executrixes, men, women, infants, minors, animals, and sureties for the Estate and Trust(s) whether said be a related performance or burden for Claimant, hereinafter "List". Trustee(s) shall account for and disclose the true and complete facts, the full accounting, and the details for all res, balance, wealth, payment, remainder, rider, yield, severance, refund, sum, or reversion including but not limited to any and all subject, matter, issue, person, character, instrument, negotiable instrument, saving, salary, pay, wage, earnings, revenue, profit, sharing, return, bonus, invoice, derivative, gain, contribution, honorarium, commission, coupon, book, title, paper, deferment, consideration, trust, credit, note, bank note, freeze-out, promissory note, gift, stock, bond, backbond, dividend, bill, grant, transaction, certificate, benefit, transcript, capital, insurance, policy, account, covenant, security, social security, deposit, loan, pension, fund, cash flow, retirement plan be it positive, dispositive, appointive, electronic, nominative, or other owed to and owed from the Estate and Trust(s) for all stated in List for the Estate and the Trust(s) which shall include but not be limited to the following types, descriptions, classifications and variations, of all that is stated in List positive and negative, static and mobile, divisible and indivisible, official and unofficial, active and passive, net and gross, owed to and owed from, current and fixed, direct and indirect, real, public, private and personal, tangible and intangible, modal and pecuniary, clean and fouled, enumerated and un-enumerated, actual and constructive, liquid, future, hypothecary, absolute and doubtful, possessory and non-possessory, corporal and incorporeal, residuary and complete, general and specific, assets and liabilities, past, present, future, legal, equitable, mixed, vested, contingent, per and post assets and liabilities wherever located and however held whether said be community property or property held in Trust whether said trust be spendthrift, *cestui que vie, cestui que,* or pension trusts regarding the Estate and Trust(s). Trustee(s) shall consolidate, merge, settle, liquidate, sell, and convert everything of a financial nature stated in List into lawful dollars as defined herein or into gold bullion. Furthermore, Trustees in Honor shall contact Claimant for an appointment to deliver the same by bonded courier to the address that Claimant provides and bring forth, deliver, and satisfy livery of seisin all

other physical, corporal, and incorporeal objects, things, titles, lands, issues, bodies, rights, immunities, souls, effects, papers, children and the like as stated in List to Claimant within one hundred and twenty (120) days of being served with Claim or having notice of Claim. Attachments to Claim list the children to be returned (if there are any). It is deemed, ordained, established, and forever held that the situs of all stated in List, Claimant, and all of the Estate and Trust(s) stated herein shall now forever be exempt as stated herein, nontaxable as stated herein, and shall not at any point and/or manner, past, present, and/or future be construed otherwise. Furthermore, the seignior, absolute owner, master, and ruler of all lands stated in List shall be Claimant, all goods and chattels stated in List are the absolute property of Claimant, and all Bound Trustee(s) of any degree shall correct their records, both public and private, to reveal this change of situs, transfer, change of seigniory, change of owner, change of dominion, accounting, exempt status, settlement, delivery, and livery of seisin of all stated in List for and to Claimant and Claimant's House.

h) All Trustee(s) of any degree shall agree that no taxes are owed on all that is stated in List forever.

i) If any Bound Trustee requires anything from Claimant in order other than what is decreed, stated, and ordered herein to accomplish and faithfully execute any order or Clause stated herein. It is the wish of Claimant that the Bound Trustee send a written list of what they need or require from Claimant to accomplish all that is decreed, stated, and ordered herein, and it is the wish of Claimant that the trustee(s) do so within thirty (30) days from having knowledge of, being served with, or having been given notice of Claim. If any counter offer from any appointed trustee(s) or other third party is included with said written list from any of the appointed trustee(s), it will be seen and understood as an attempted fraud upon Claim and be seen as an attempted administration upon the Estate, and if said condition is met by any Bound Trustee, they agree to be bound to Binding Clause Three (Trustee in Default). Furthermore, if Bound Trustee(s) fail to send this request to Claimant within ninety (90) days of being served with Claim or having notice of Claim, then said trustees agree that no other instructions or orders are needed from Claimant to perform, fulfill, or accomplish their obligations under Claim.

j) Trustee(s) in Honor may be granted more time to perform the stated executive orders if they send a written, signed, and sealed request to Claimant for more time to perform said with an explanation as to why they need more time that is to the satisfaction of Claimant before the said term of ninety (90) days expire.

k) Trustees in Honor, after a full accounting and livery of all stated in List for the Estate and Trust(s) has been completed as stated herein, shall collapse all Trust(s) and send to Claimant at the address above proof that said Trust(s) have been collapsed and are no more within ninety (90) days of being served with Claim. If Trustees in Honor fail to accomplish this obligation and executive order within ninety (90) days from being

served with Claim, then Trustees in Honor agree to be Trustees in Dishonor and agree to all Clauses under Binding Clause Two herein.

### Mandatory Agreement of Bound Trustees to Affirmative Relief

l) Claimant, the Estate, the Trust(s), Claimant's immediate family, and Claimant's Heirs-at-Law that are confined in any jail, prison, detention center, penal institution, correctional institution, mental institution, psyche ward, black site, or any other form of official or unofficial detention under the authority of any state, territory, possession, federal agency, department of the United States, state, or any appointed trustee listed herein or under any court bond shall be unconditionally discharged from any such detention or bond and set free immediately and without further delay.

m) All pending legal actions and open cases and adjudicated cases against Claimant, Estate, Trust(s), and Claimant's Heirs-at-Law by the United States of America, states, territories, United States, possessions of the United States, or any appointed trustee(s) against Claimant and Claimant's Heirs-at-Law whether criminal, civil, administrative, sounding in tort, or otherwise are vacated and dismissed for cause without dishonor and with prejudice being void *ab initio* and are of no further force and effect as of the date of this Claim and retroactively applied to the day preceding the initial filing of any such suit or action.

n) Any and all stated in List that was seized, forfeited, or taken by legal process or otherwise by the United States of America, state, territory, United States, possessions of the United States, state, or any appointed trustee(s) for any reason from Claimant or Claimant's Heirs-at-Law are to be immediately returned to Claimant. Any property that is not able to be returned in as close to its original form shall be redressed by compensation in an amount of dollars, "dollars" as defined in 9) q) above to Claimant that is equal to the highest reasonable value of said property.

o) Claimant shall be issued a full process patent by the United States trustee with a proper meets and bounds land survey to the proper real correct meridian, and the title to the same shall be held in allodium by Claimant for any land or real property purchased, ceded, or released via quitclaim stated in List or otherwise and all Trustee(s) who bind themselves to Claim to any degree and are able to fulfill said issuance shall do so without delay. Furthermore, all Bound Trustee(s) shall fully recognize and obey all declarations of allodial lands recorded by Claimant to the same and recognize Claimant as the absolute owner, ruler, master, seignior, and sovereign over and of said lands forever. Claimant has the right to pass said allodial land onto another by descent of heirs and/or by deed.

### Mandatory Prohibitory Relief for Claimant by Bound Trustees

Bound Trustees are herein bound by the following executive orders regarding the foregoing immediate relief for Claimant and others stated:

p) Claimant, Estate, Trust(s), and Claimant's Heirs-at-Law are extended absolute immunity from all criminal, civil, military, ecclesiastical, and chancery jurisdictions and from all administrative laws and public policy of the United States of America, state, territory, United States, possessions of the United States, or Bound Trustee(s) even after trustee discharge, and no court or tribunal of the United States, state, State, Territory, or Possession of the United States or Bound Trustee(s) shall have authority to exercise jurisdiction over the prosecution or litigation against Claimant, Estate, Trust(s), nor Claimant's Heirs-at-Law for offenses and violations of said laws or policies.

q) Bound Trustee(s) shall not prosecute a criminal or civil offense against Claimant, the Estate, or Trust(s) for any violations or offenses against the laws of the United States, territories, possessions of the United States, state, or any trustee(s) that were allegedly committed prior to or after the date of this Claim.

r) Unclaimed Moneys: The Secretary of the Treasury of the United States trustee shall transfer to Claimant from the Treasury trust fund receipt account, "Unclaimed Moneys of Individuals Whose Whereabouts are Unknown", that part of the balance of that account that is owed to Claimant for Claimant has now been found to be living and Claimant's whereabouts are now known.

s) All Bound Trustee(s) and third parties are prohibited from appropriating, using, trading, selling, holding, or otherwise acquiring for their own benefit without the signed and sealed consent of Claimant all stated in List regarding the Estate and Trust(s) forever.

### Terms of Binding Clause One

11) All Trustees in Honor shall perform the foregoing Executive orders within ninety (90) days of being served with or having notice of Claim. An additional term of sixty (60) days shall be granted by Claimant if any Trustee in Honor requests said time bank in writing, and the same is mailed to Claimant within sixty (60) days of being served with or having notice of Claim as stated herein. Failure to meet these terms on the part of any Trustee in Honor shall place that said Trustee in Honor into the position of Trustee in Dishonor, and the Trustee in Dishonor shall, then, agree to be further bound to Claim under all that is stated under Binding Clause Two below. The terms of Binding Clause One include but are not limited to section 10) i) above.

### Binding Clause Two - Trustee in Dishonor

12) If any Trustee in Honor has met any condition above or takes any Binding Action that binds them to be a Trustee in Dishonor which are sections 6) r), 10) d), 10) e), 10) g), and

section 11), herein "Binding Action Two", the said Trustee in Dishonor shall agree to be further bound to the following Binding Clauses:

a) Trustee(s) in Dishonor agrees to post a bond in the amount of three hundred million dollars to indemnify Claimant for any loss, mismanagement, or malfeasance of all stated in List regarding the Estate or Trust, send signed and sealed proof of the posting of said bond, including the requisite information needed to place a claim on said bond, and shall contact Claimant for an appointment to deliver the same by bonded courier to the address Claimant provides, by bonded courier, within thirty (30) days of performing Binding Action Two.

b) Trustee(s) in Dishonor agrees to indemnify Claimant for the same amount and kind as stated in the bond amount in 12) c) below unless Claimant has discharged the Bound Trustee.

c) Trustee(s) in Dishonor agrees that all real, personal, private, and estate property of any Trustee in Dishonor shall be subject to actions of debt, liens, mortgage of lands, and binding arbitration and/or court of record actions as stated herein as well as collection actions taken upon the same after one hundred twenty (120) days of non-performance beginning from the date of the service of Claim or upon the date of having notice of Claim up to but not exceeding the stated bond amount in 12) a) above unless the amount is raised by punitive damages having been agreed to by Bound Trustee(s) and awarded or given by a court of record or by a binding arbitration award according to the calculations stated in Claim.

d) Trustee(s) in Dishonor agrees to be billed by Claimant according to any lawfully recorded Fee Schedule regarding the Estate, Trust(s), Claimant, and/or any members of Claimant's House and to tender said debts accrued thereby to Claimant in the amounts stated therein within ninety (90) days of being presented with a true bill for same.

e) **Irrevocable Durable Special Power of Attorney Coupled with Interest:** Appointment: Upon any Binding Actions of any Trustee in Dishonor regarding their administration of the Estate or Trust(s) as stated in Claim, Claimant shall, to facilitate Bound Trustees(s) strict compliance with the Clauses of Claim, any award, judgment, confirmation of judgment, proceeding, decree, paper, document, or offer of settlement regarding Claim and the enforcement thereof, all said Trustee(s) in Dishonor authorize Claimant to sign for them in a representative capacity an IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST on the said Trustee(s) behalf which shall authorize Claimant to sign on behalf of the said Trustee(s) in a representative capacity in all future matters, issues, disputes, cases, papers, orders, and documents regarding Claim, the Estate, and the Trust(s), and said Trustee(s) further agree that all signatures of Claimant on the said Trustee(s) behalf are valid, irrevocable, and enforceable to the same extent as if the said

Trustee(s) signed and executed the said irrevocable durable special power of attorney coupled with interest or any other matter, proceeding, issue, dispute, case, paper, order, or document regarding Claim, the Estate, and the Trust(s). The authorizing language of the IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST which shall be signed by Claimant on the said Trustee(s) behalf and may be filed onto public record is shown below in its accurate form with names and offices and addresses left blank until such time as the said Trustee(s) agree by their Binding Actions of administration as stated herein to be bound to Claim. This IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST may be changed without the consent of any appointed trustee(s) or third party at any time and may be filed separate from Claim onto the public record and shall be served onto or mailed to the said Trustee(s): **SELF-EXECUTING IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST.** To facilitate the Bound Trustee(s) strict compliance with the terms of Claim, any arbitration award, confirmation of arbitration award, or final judgment of a court of record in favor of Claimant regarding any dispute involving Claim and any matter regarding the Estate and/or the Trust and the enforcement thereof, all Bound Trustee(s), by their Binding Actions as stated in Claim, give to Claimant or Claimant's Officers as stated herein the Irrevocable Durable Special Power of Attorney Coupled with Interest. Claimant and others stated thereby have the power to sign and execute for all Bound Trustee(s) and on behalf of any agents of Bound Trustee(s) anything regarding the enforcement of their obligations under Claim any arbitration award in favor of Claimant regarding any dispute involving Claim, any matter regarding the Estate and/or the Trust(s), and any Offer of Settlement and Stipulation Agreement from Claimant to Bound Trustee(s) regarding the Claim, the Estate, or the Trust(s). Bound Trustee(s) instruct and authorize Claimant or Claimant's officers as stated herein to execute the signature of Bound Trustee(s) and/or Bound Trustee(s) agent's signature(s) in a representative capacity on a Self-Executing Irrevocable Durable Power of Attorney document and all matters with respect to Claim, the Estate, and the Trust(s) and any proceedings related thereto.

1) THEREFORE, KNOW ALL MEN BY THESE PRESENTS, that: I, any trustee in the preceding list of appointed trustees, by virtue of my Office as title of officer, referred to herein as "Principal", my place of business being located at name of county, name of state, designate, appoint, and assign Claimant to serve as my Agent and Attorney in Fact, referred to herein as "Agent", to act in my name ex officio and for Claimant's benefit and to exercise the powers set forth below.

   a) **Effective Date:** This Power of Attorney is self-executing, irrevocable, durable, and effective upon signing of this document and remains in effect through the satisfaction

of all obligations as stated in Claim for any arbitration award, final judgment, default judgment, or Offer of Settlement and Stipulation Agreement in a court of record in favor of Claimant regarding Claim, the Estate, and the Trust(s) including any and all necessary matters directly relating thereto.

b) **Construction:** This instrument is to be construed and interpreted as an Irrevocable Durable Special Power of Attorney Coupled with Interest. The enumeration of specific items, acts, rights, or powers herein does limit the powers granted to my Agent.

c) **Scope of Authority:** My Agent shall have the authority customarily granted in a Power of Attorney Coupled with Interest limited to the following purposes:

   (1) the settlement, prosecution, defense, and/or initiation of all claims and litigation strictly limited to the enforcement of obligations under Claim, any arbitration award in favor of Claimant regarding Claim, the Estate, and the Trust(s), and any Offer of Settlement and Stipulation Agreement regarding the same, and/or any ancillary matters directly related thereto and no other; and,

   (2) the signing and execution of any and all contracts, agreements, settlements, and stipulations directly relating to the enforcement of the obligations under Claim, any arbitration award in favor of Claimant regarding Claim, the Estate, and the Trust(s), and any Offer of Settlement and Stipulation Agreement regarding the same, and/or any ancillary matters directly related thereto and no other.

d) **Revocation:** This Durable Special Power of Attorney Coupled with Interest is binding and irrevocable.

e) **Confirmation of Agent's Acts:** I hereby ratify and confirm all that my Agent shall lawfully do or cause to be done by this Irrevocable Durable Special Power of Attorney Coupled with Interest and the rights and powers granted herein.

f) **Indemnification of Acts of Agent while Carrying out Authority:** I hereby bind myself and my office to indemnify my Agent against any and all claims, demands, orders, losses, damages, actions, and causes of action including expenses, costs, and reasonable agent's fees which my Agent at any time may sustain or incur in connection with their carrying out the orders and authority granted them in this binding and irrevocable Durable Special Power of Attorney Coupled with Interest.

g) **Headings:** The headings used throughout this instrument have been inserted for administrative convenience only and do not constitute matters to be construed in interpreting this Irrevocable Durable Special Power of Attorney Coupled with Interest.

h) **Signature of Agent for identification purposes:** There will, then, be an example of the signature of Agent for identification purposes upon the document.

i) **Witness quorum and/or notary signature:** The SELF-EXECUTING IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST will, then, be signed by a witness quorum and/or signed and sealed by a notary public and be signed and sealed by Claimant. [This now concludes the list of terms, conditions and sections of the SELF-EXECUTING IRREVOCABLE DURABLE SPECIAL POWER OF ATTORNEY COUPLED WITH INTEREST.] **(End of Example POA)**

### Binding Clause Three - Trustee in Default

13) If any appointed trustee(s) takes any of the following actions in this section, 13) a-g), or has met any condition above that binds them to be a Trustee in Default, herein "Binding Action Three", they shall be bound and fully agree to be a Trustee in Default and fully agree to be bound to all the additional following Clauses under section 14):

   a) Takes any retaliatory actions against Claimant, the Estate, or the Trust(s) in any area of Meta, Soma, Veta, or any other.

   b) Destroys, secretes, removes, or alters any records or documents regarding Claimant, the Estate, or the Trust(s) before said records have been given to Claimant as stated herein or that alteration is in excess of the executive orders stated herein.

   c) Administers or attempts to control anything listed in List regarding the Estate, the Trust(s), or Claimant against the wish and will of Claimant or that exceeds the executive orders stated herein whilst brandishing a deadly weapon at any time. Trustees are allowed to deliver all stated in List under protection to Claimant.

   d) Fails to perform all stated under Binding Clause One and Binding Clause Two within one hundred and twenty (120) days of being served with or having notice of Claim.

   e) Exceeds the Executive Orders listed in Binding Clause One or Binding Clause Two.

   f) Files any action, droit, complaint, libel, lien, bond, charge, order, document, record or injunction against Claimant, the Estate, and/or the Trust(s) any time after having been served with Claim or having notice of Claim that contradicts anything stated herein.

   g) Performs any act of contamination, degradation, waist, trespass, harm, or other negative action that causes any harm to Claimant, members of Claimant's House, and all stated in List in regards to the Estate and Trust(s).

14) If any appointed trustee has met any condition that binds them to be a Trustee in Default, then they agree to be further bound to the additional following Binding Clauses a) - i) below:

   a) Trustee(s) in Default agree to instantly post a bond as stated in and in compliance with section 12) a) of Claim.

   b) Trustee(s) in Default agree to tender payment of any true bill or invoice presented from Claimant regarding any recorded Fee Schedule on the public record that applies to Claimant, the Estate, the Trust(s), or members of Claimant's House to which

Bound Trustee(s) have agreed to be bound to by their actions listed in said Fee Schedule within ninety (90) days of being presented with said true bill or invoice.

c) Trustee(s) in Default agree to forfeit the bond stated in section 12) a) to Claimant.

d) Trustee(s) in Default agree to indemnify Claimant for the same amount and kind as stated in the bond amount in 12) a).

e) Trustee(s) in Default agree to the revocation of all vested powers stated herein from Claimant.

f) Trustee(s) in Default agree that Claimant can and shall place liens on all property and mortgage all lands belonging to any Trustee in Default to pay for said bond in section 12) a) before or after any arbitration award or court of record judgment is awarded or given.

g) Trustee(s) in Default agree to give up the 10% compensation to Trustees in Honor for proper performance of their obligations under section 6) p) forever.

h) Trustee(s) in Default agree to binding arbitration and/or suits at law in a court of record being filed against all Trustees in Default as stated herein.

i) Trustee(s) in Default agree to apply and to extend all immunities, stipulations of facts, law, maxims, definitions, and all other Clauses spoken of in Claim to Claimant, all members of Claimant's House, and any other man or woman that Claimant decrees shall have the same as set forth herein in all sections of Claim.

15) **Arbitrators and courts calculation for punitive damages:** If any of the appointed trustees has performed any of the following actions in section 13) above, then they fully agree to be bound to pay Claimant three times the bond amount stated in section 12) a) above for punitive damages. The stated court of record or arbitrator shall use this calculation to determine punitive damages for any award in favor of Claimant if any trustee is found to have taken any of these actions against Claimant, the Estate, or the Trust(s):

a) any action that is stated in 13) a), what is stated in 13) b), what is stated in 13) c), what is stated in 13) e), what is stated in 13) f), and what is stated in 13) g).

**Binding Clause Four - Trustee in Default of Judgment or Arbitration Award**

16) If any appointed trustee(s) takes any of the following actions in this section or has met any condition above that binds them to be a Trustee in Default of Judgment or arbitration award, herein "Binding Action Four", then they shall be bound and fully agree to be a Trustee in Default of judgment or arbitration award and fully agree to be bound to and to be in accordance with all of the additional following Clauses under this section:

a) If any Trustee in Default fails to uphold, obey, and perform as required under any binding arbitration award or judgment stemming from Claim or any dispute thereunder, then they agree to be bound to sections 16) c), 16) d), and 16) e).

is the right of claimant as one of the People of Claimant's respective state to alter or to abolish it. Claimant finds it necessary for Claimant's life to solemnly declare, decree, and publish everything stated herein upon the public and private record to a candid universe so that these protections, appointments, claims, orders, instructions, and agreements be decreed, ordained, established, created, recorded, and served to the trustees named herein in a manner that will secure the inalienable rights of Claimant and Claimant's Heirs-at-law and will recover and protect all that is stated in List regarding the Estate and Trust(s) and that all shall be done to secure the same rights for whatever shall be Claimant's private and real property in the future. Furthermore, Claimant declares, proclaims, ordains, decrees, and defines that it is absolutely necessary for the salvation of Claimant to be subject only to natural law and the dictates of Claimant's own conscience because Claimant is what Claimant said Claimant is herein. Furthermore, Claimant does not consent to be bound by any revealed or unrevealed contracts, trusts, bonds, documents, codes, rules, regulations, canons, bulls, acts, statutes, ordinances, laws, bylaws, pledges, oaths, service contracts, *fideicommissums*, or presumptions that would deny, contradict, overturn, alter, change, diminish, deplete, disparage, dissuade, or supersede anything contained herein by Executive Order and Claimant's own volition, free will, act, and deed wheretofore abolishes, discharges, wholly revokes, renounces, rescinds, disavows, rejects, cancels, annuls, and terminates the same *nunc pro tunc et usque ad finem temporis.*

## Witness Quorum and Acknowledgment

We, living soul(s) manifest, now bear witness with our own eyes and attest through our own hand(s), the perfect free will writing of Claimant signed this **29th** of **January, 2024.** We, the undersigned people of our respective states, having personal knowledge of the Claimant's identity, knowing that Claimant has come to/of full age and that Claimant is one of the people of Texas, finding said Claimant to be living, and being familiar with Claimant, are hereby witnesses to the execution of Claim. Witnesses hereby verify, acknowledge, validate, and certify the free will act and deed,  the authenticity of the signatures herein and the identities of the people so signed and that Claimant executed the same in the capacity herein stated for the purposes herein contained and do hereby covenant and agree, under the pains and penalties of perjury, above the laws of the United States of America and under the common law that this Claim is of Claimant's own free will act and deed and hereby assure all who these presents may reach that this Claim is executed without concealment, vexation, or intent to defraud the Estate or Trust(s) stated herein. Signed and sealed this **29th of January, 2024** by the sovereign authority of Claimant and the undersigned witnesses.

**Signature of Witness**

Elina Guffie

**Printed Name**

**Signature of Witness**

Jimmy Hawkins ©

**Printed Name**

## ACCEPTANCE

Duly authenticated, verified, acknowledged, ordained, established, decreed, and executed under Seal on this 29th of January, 2024 by the hand and under the Seal of Claimant by Claimant's sovereign authority as one of the People of Texas, Claimant verifies and gives oath above the laws of the United States of America and under the common law and the natural law that the foregoing is true, correct, and not misleading.

House of Arnold

c/o non-post location
3104 Yeltes
Grand Prairie, Texas [75054]

By: _____
Executor Deuntavious-Decorey: Arnold
Heir – Estate Dignitary – Paterfamilias
One of the People of Texas
Movant of the Court – Claimant

# JURAT

On this 29th of January, 2024, before me, the undersigned, a Notary Public in and for Tarrant County, personally appeared the above-signed, known to me to be the one whose name is sealed by Autograph on this instrument, and has acknowledged to me that he has executed the same.

Notary Signature: _____

Printed Name: _____

> MONIQUE ARMON
> Notary Public, State of Texas
> Comm. Expires 04-16-2024
> Notary ID 132439253

Seal: _____

Title Holder: Arnold, Deuntavious-Decorey©™; a Moor
US DOT NUMBER 4144539
Traffic Stop LAWFUL Notice - Affidavit for Truth

## US DOT NUMBER 4144539

Arnold, Deuntavious-Decorey©™; a Moor
Non-Domestic Mail
c/o 3104 Yeltes
Grand Prairie, TEXAS Republic
Non-domestic

# Traffic Stop LAWFUL Notice
# Affidavit of Truth

Dear Police Officer, Code Enforcement Officer, Government Agent, Sheriff, Law Enforcement Officer, or Peace Officer, please, take notice of the Affidavit below, before you presume '**Contract Jurisdiction**' and attempt to **Engage** this Common Law Private Sovereign American into Statutory Law, i.e.: Public Policy Enforcement.

The 'Sovereign American Traveler' honorably and passively, presenting this knowledge to you, is doing so in an attempt to **protect** you **from yourself.**

I have a great deal of respect for the 'Public Service' you are committed to, and understand how difficult it is to seek out and prosecute criminals. However, this Document is presented at a 'traffic stop', **and therefore is a mandatory part of the** Official Record **of any ensuing action, and MUST be introduced as** *prima facie* Discovery Evidence **in said action.**

It will be noted that willful suppression of 'Evidence' is a 'Felony'. Any cause of action will result in a lawsuit under USC Title 18, Title 28, and Title 42, 1983.

This "NOTICE" has been submitted upon DEMAND of a *'DRIVER'S LICENSE,'* 'Registration,' 'Proof of Insurance,' or ANY other State issued *Privilege*, Permit or License **(of which NONE of these** Statutes **this** Sovereign American Traveler is Liable or Contracted to).

The U.S. Supreme Court ruled: 'The unalienable "RIGHT" to travel **is a part of the liberty of which the** American Citizen **cannot be deprived without due process of the law under the 5th Amendment.'** *See: Kent v. Dulles, 357 U.S. 116, 125.*

Please, be informed that this Traveler is a "Secured Party creditor" **First Class** Private Sovereign American, **and NOT a Second Class** Public 'Federal US citizen', **and, as such, has served your** Administrative Agency, 'Lawful Public Notice' **of his** 'Secured Party Status' **in the Community.**

Traffic Stop LAWFUL Notice - Affidavit for Truth
Page 1
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of
the Title Holder.---------------------------------------------------Title Holder : Arnold, Deuntavious-Decorey©™; a
Moor                                                                                          with the Copy-Claim

Title Holder: Arnold, Deuntavious-Decorey©™; a Moor
US DOT NUMBER 4144539
Traffic Stop LAWFUL Notice - Affidavit for Truth

This 'Certified Lawful Notice' of his 'UCC-1 Filing' was recorded with the TARRANT COUNTY RECORDER as amended.

As a 'Private Sovereign American, inhabiting the land of TEXAS nearby Dallas, TEXAS, this Sovereign American, has Constitutional protection.

The most important Constitutional Protection being the Fifth Amendment Right: "To Remain Silent" (Miranda Warning).

Do not take offense or be insulted because I choose to 'Plead the Fifth', i.e.: Remain Silent and NOT be compelled to co-operate with your 'verbal interrogation'.

"The Fifth Amendment provides that no person shall be compelled in any criminal case to be a witness against himself in a criminal prosecution but also privileges him not to answer Official questions put to him in any other proceeding, civil or criminal, formal or informal, where the answers might incriminate him in future criminal proceedings." LEFKOWITZ v. TURLEY, 94 S. CT. 316, 414 U.S. 70 (1973)

Due to this Sovereign American's past naivety with Statutory Law, this Traveler has since learned that one cannot listen oneself into trouble. This Traveler now realizes it is a Public Official's Intent to lure one into a Verbal, then Written, CONTRACT. Therefore, this Traveler must inform you of his Rights and not help you to coerce him into some Statute of which he is NOT Liable to.

This Traveler does not willfully choose to Consent to your "Offer To Contract" nor to be 'compelled' to Incriminate himself by answering ANY questions and, thereby, entering into ANY sort of Verbal Agreement.

Unless you have a Warrant for this Sovereign American's Arrest, i.e.: a 'Valid Sworn Claim of Liability', or have seen this Sovereign American Commit a Felony, you have NO Probable Cause to detain him as he has the "Right to Free Travel".

If you are Arresting this 'Secured Party' Sovereign American Without A Warrant, you must IMMEDIATELY take him before a Judicial Officer of competent jurisdiction to determine whether the Arrest was lawful or if there was 'Probable Cause' for the Arrest, or you will be held personally liable and accountable for False Arrest (Kidnapping) and Sued in your Official Capacity. The arrest shall not be based upon hearsay unless supported by a Warrant accompanied by a Bona Fide Affidavit. Said 'Warrant' and 'Affidavit' must be based upon first-hand knowledge of the Affiant who has a Claim against him, charging him with a Felony or other infamous crime. This Secured Party' Sovereign American must be allowed the right to face his accuser.

If you deny this 'Secured Party' Sovereign American that right, it will be a violation of the Sixth Amendment, and if you act unreasonably in your investigation or use excessive force, it will be a violation of the Fourth Amendment. This 'Constitutional Rightful Demand' must be met prior to booking. If you do not comply with this 'Rightful Demand', You Will Be Sued.

Please also be informed that under the Rules of the "Uniform Commercial Code", this First Class Sovereign American is NOT engaged in ANY COMMERCIAL Activity (STATUTORY LAW) where MOTOR VEHICLE Licensing is mandatory. This 'First

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------Title Holder : Arnold, Deuntavious-Decorey©™; a Moor

with the Copy-Claim

Title Holder: Arnold, Deuntavious-Decorey©™; a Moor
US DOT NUMBER 4144539
Traffic Stop LAWFUL Notice - Affidavit for Truth

Class Sovereign American' is a "Free-Born and Natural Sovereign American", "riding a motor bike" or "traveling for pleasure in an Automobile", and this "Conveyance" form of "Locomotion" is his "Private Property" for private use only.

This 'First Class Sovereign American' is NOT "DRIVING OR OPERATING A Public Property 'MOTOR VEHICLE' and therefore NOT Engaged in the 'Activity of Commerce', and thereby NOT Liable under the "MOTOR VEHICLE STATUTORY LAW" or subject to your Jurisdiction.

If a 'Public Official' 'assumes Jurisdiction' and insists in his/her pursuit in engaging a 'Private Sovereign American' without a "Viable Sworn Claim of Liability", i.e.: 'Affidavit' or a 'Warrant' , s/he is "trespassing" and is therefore no longer 'immune to prosecution' and will be 'held personally accountable' in his/her 'Private Capacity' for acting outside of his/her 'Official Capacity' and will thereby be 'charged' with a 'Hostile Act of Official Aggression' in an Article 3 Court.

(The Supreme Court has held that the courts are open twenty-four hours a day, seven days a week, three hundred sixty-five days per year.)

Where a Secured Party' Sovereign American is detained without a Warrant and without having committed a crime (traffic infractions are not crimes), the detention is a false arrest and false imprisonment.

Damages awarded; TREAEVANT v. CITY OF TAMPA, 241F2D.336 (11TH CIR.1984) Motorist illegally held for 23 minutes in a traffic charge was awarded $25,000 in damages. The above case sets the foundation for $75,000 dollars per hour, or $1,800,000 dollars per day.

The privilege is not ordinarily dependent upon the nature of the proceeding in which the testimony is sought or is to be used. It applies alike to civil and criminal proceedings, wherever this might tend to subject to criminal responsibility on him who gives it. The privilege protects a mere witness as fully as it does one who is a party defendant." MC CARTHY v. ARNDSTEIN, 266 U.S. 34, 40, 45 S.CT. 16, 17, 69 L.ED. 158 (1924)

Please BE FOREWARNED IF you choose to Commit these FELONIES yourself by DEMANDING one Surrender one's DRIVER'S LICENSE and/or REGISTRATION without one's willful consent, and you persist with: 1) Armed Assault (physically threaten one), 2) Extortion (Enter one into Contract by Writing a Complaint or Levying Fines without one's permission), and 3) Identify Theft (one's NAME is one's private property, and you may not take this 'Secured Party' American Citizen's property or wrongfully convert any of one's property such as this Sovereign American's personal photograph or fingerprints without Written Authority which is granted only after an adversary proceeding which complies completely with the Fifth Amendment due process rights, concluded with a signed order by a Judicial Officer of competent jurisdiction ordering the taking of said property), or 4) Kidnapping (Arrest without a Warrant), You will Be Held Personally Accountable, Liable, and Sued for Damages; BOTH under

Page 3
Traffic Stop LAWFUL Notice - Affidavit for Truth

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------Title Holder : Arnold, Deuntavious-Decorey©™; a Moor

with the Copy-Claim

*your OFFICIAL and Individual Capacities for your "Hostile Act of Official Aggression".*

**If a 'Public Official' wishes to communicate with this 'Secured Party', s/he can do so through correspondence by mail to the address of:**

`Paul Kenneth Duhy (Secured Party)`

`Non-Domestic Mail`

`Care of:   66 Page Road, Campton, New Hampshire republic`

**Let this 'Notice' serve as a mandatory part of the 'Official Record' of any ensuing action and, therefore, Must be introduced as *prima facie* evidence in said action. It will be noted that willful suppression of evidence is a felony.** Any cause of action will result in a lawsuit under USC Title 18, Title 28, and Title 42, 1983.

> "...there can be no doubt that the Fifth Amendment privilege is available outside of criminal court proceedings and serves to protect persons in all settings in which their freedom of action is curtailed in any significant way from being compelled to incriminate themselves." MIRANDA v. ARIZONA, 86 S. CT. 1602, 384 U.S. 436 (1966)

**In Hale v. Henkel, the united States supreme Court spoke on the "Law of the Land". The opinion of the court stated:**

*"The individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors, to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State since he receives nothing therefrom beyond the protection of his life and property."*

*"His rights are such as existed by the Law of the Land (Common Law) long antecedent to the organization of the State and can only be taken from him by due process of law and in accordance with the Constitution.*

*"He owes nothing to the public so long as he does not trespass upon their rights."*

> "...where the Fifth Amendment privilege against self-incrimination is involved...the court has always construed its protection to ensure that an individual is not compelled to produce evidence which later may be used against him as an accused in a criminal action... The protection does not merely encompass evidence which may lead to criminal conviction but includes information which would furnish a link in the chain of evidence that could lead to prosecution as well as evidence which an individual reasonably believes could be used against him in a criminal prosecution." HOFFMAN v. UNITED STATES, 341 U.S. 479, 486, 71 S.CT.814, 95L.Ed. 1, 18 (1951)

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.---------------------------------------------------------------------------------------Title Holder : Arnold, Deuntavious-Decorey©™ ; a Moor

with the Copy-Claim

"In KASTIGAR v. UNITED STATES, 406 U.S. 441, 92 S. CT. 1653, 32 L. Ed. 212(1972), we recently reaffirmed the principle that the privilege against self-incrimination can be asserted in any proceeding, civil or criminal, administrative or judicial, investigatory, or adjudicatory." Id., at 444, 92 S. Ct. AT 1656; LEFKOWITZ v. TURLEY, 414 U.S. 70, 94 S. CT.316, 322, 38 L. Ed. 274 (1973).

"WE have recently noted that the privilege against self-incrimination --- the essential mainstay of our adversary system—is founded in a complex of values... To maintain a fair state individual balance, to require the government to shoulder the entire load... to protect the inviolability of the human personality, our accusatory system of criminal justice demands that the government seeking to punish an Individual produce the evidence against him by its own independent labors, rather than by the cruel, simple expedient of compelling it from his own mouth... In sum, the privilege is fulfilled only when the person is guaranteed the right to remain silent unless he chooses to speak in the unfettered exercise of his own will."

Please also NOTE: the above, as stated by the Supreme Court, are rights and privileges as guaranteed by the Constitution, and anyone (including judges) who knowingly violates those rights may be civilly and criminally liable under several federal statutes. Please see: United States Code, Title 18 Section 241 (Conspiracy against Rights), and Section 242 (Deprivation of Rights under Color of Law); Title 42 Section 1983, 1985, 1986 (Civil Rights) .

Any violation of My Rights or failure to Stop another from violating them by a Public Servant who has the Legal Duty and Power to Protect those rights shall constitute a Crime.

IF YOU **CHOOSE TO IGNORE THESE WARNINGS, it will show bad faith on** your **part and** prima facie evidence **of your deliberate indifference to Constitutionally mandated rights. A copy of this instrument will be** prima facie evidence **of your bad faith. YOU Will Be Held** Personally **Accountable,** Liable, **and** Sued for Damages; **BOTH under your** OFFICIAL **and** Individual **Capacities.**

Remember, YOU Are "**D**oing **B**usiness **A**s" A Public Servant and, as such, you are expected to treat me with due respect as I respectfully thank you for reading this NOTICE OF INTENT. .

Officer, I cannot and will not Offer you any information that may later be used against me in a Civil or Criminal proceeding. This includes producing documents that may or may not be in my possession. If there is some important information that you wish to impart upon me, please do so in a respectful manner. I do hope you will have a good day.

Traffic Stop LAWFUL Notice - Affidavit for Truth
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------Title Holder : Arnold, Deuntavious-Decorey©™; a Moor
with the Copy-Claim

Title Holder: Arnold, Deuntavious-Decorey©™; a Moor
US DOT NUMBER 4144539
Traffic Stop LAWFUL Notice - Affidavit for Truth

Respectfully submitted,

ARNOLD, DEUNTAVIOUS-DECOREY©™, and all derivatives thereof
My Copyright

By: _____

Arnold, Deuntavious-Decorey©™; sui juris
sovereign living soul, holder of the office of "the People"
inhabitant of the land of TEXAS

## ACKNOWLEDGEMENT

As an *ex officio* Notary Public and an officer of the court for the Republic of TEXAS, I,
_____Monique Armon_____ hereby certify that Arnold, Deuntavious-
Decorey©™, who is known to me as a sovereign living soul, an inhabitant of the land of
Texas, and a holder of the office of "the People", appeared before me and executed the
foregoing on this ___1___ day of ____November_____, in the year of our Lord, Two
Thousand and Twenty Three.

_____Monique Armon_____
**Notary Name**

_____Monique Armon_____
**Notary Signature**

**(seal)**

MONIQUE ARMON
Notary Public, State of Texas
Comm. Expires 04-16-2024
Notary ID 132439253

## Private and non-negotiable between the parties

Page 6                                                    Traffic Stop LAWFUL Notice - Affidavit for Truth
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of
the Title Holder.-----------------------------------------------------------------------------Title Holder : Arnold, Deuntavious-Decorey©™ ; a
Moor
                                                                              with the Copy-Claim

# US DOT NUMBER 4144539

5 USC 552a (e)(3) authorizes a sovereign natural person ("Citizen") to use this form to collect information from the Public Servant to determine whether to divulge information to the Public Servant and employing Agency. Public Law 93-579 states: *"The purpose of this Act is to provide certain safeguards for an individual against invasion of personal privacy requiring Federal agencies... to permit an individual to determine what records pertaining to him are collected, maintained, used or disseminated by such agencies..."*

## PUBLIC SERVANT'S QUESTIONNAIRE (Refer to Privacy Act of 1974)

| | | | |
|---|---|---|---|
| Public Servant Full Name | | ID # ☐ Refused? | |
| Driver License # ☐ Refused? | | Badge # ☐ Refused? | |

| | | | | |
|---|---|---|---|---|
| Residence Address | Street | City | State | Zip |
| Office Mail Address | Street | City | State | Zip |

| | |
|---|---|
| Employing Agency or Dept | Supervisor's Name |

1. Will Public Servant uphold the Constitution of the United States of America (required by USA & State Constitution & Law)? ☐Yes ☐No

2. Will Public Servant furnish a copy of the law or regulation which authorizes this investigation (5 USC 552a (e) (3) (A))? ☐Yes ☐No

3. Will Public Servant read aloud that portion of the law authorizing the questions Public Servant will ask (5 USC 552a (e) (3) (A))? ☐Yes ☐No

4. What prerogative does Citizen have in giving answers to Public Servant questions (5 USC 552a (e) (3) (A))? ☐Voluntary ☐Mandatory

5. What basis exists for asking the intended questions (5 USC 552a (d) (5), (e) (1))? ☐Specific law or regulation ☐Used as a discovery process

6. What nature does this investigation have (5 USC 552a (e) (3) (A))? ☐General (multiple people involved) ☐Special (one person involved)

7. Does Public Servant reasonably anticipate that any information sought or collected in this investigation will form the basis of or lead to criminal action against Citizen or any other entity? ☐Yes ☐No

8. Will Public Servant guarantee only the department employing Public Servant will use the information or derivative thereof supplied by Citizen in this investigation (5 USC 552a (e) (10))? ☐Yes ☐No

9. Name all files of records, information, or correspondence related to Citizen that Agency maintains (PL 93-579 (b) (1))?   ➔   ☐None

10. Give the full name of the person in government requesting that Public Servant conduct this investigation (PL 93-579 (b) (1))   ➔   ☐No One

11. Name and identify all third parties Public Servant consulted, questioned, interviewed, or received information from any third party relative to this investigation (5 USC 552a (e) (2), (d) (5)).   ➔   ☐None

12. Name all other agencies or government sources that supplied any information pertaining to Citizen (PL 93-579 (b) (1))?   ➔   ☐None

13. May Citizen have a copy of all information pertaining to Citizen that other agencies or government sources supplied (5 USC 552a (d) (1))? ☐Yes ☐No  (If no, state authority for withholding info)   ➔   ☐No Authority

14. What other uses may be made of this information (5 USC 552a (e) (3) (B), (e) (3) (C))?   ➔   ☐None

15. What other agencies may have access to this information (5 USC 552a (e) (3) (B), (e) (3) (C))?   ➔   ☐None

16. What will be the effect upon Citizen if Citizen should choose not to answer any part of these questions (5 USC 552a (e) (3) (D))?   ➔   ☐None

Public Servant Affirmation:  I swear or affirm under penalty of perjury that I have answered the foregoing questions correctly and completely in every particular.   ➔   Wet ink signature of Public Servant          Date

Citizen's Witnessing Name and Signature   ☐Administered Oath   Date   |   Witness Name and Signature          Date

Note:  Citizen may administer oath to Public Servant if no one else exists to witness Public Servant affirmation.

1) For the record, may I get your name and badge number and 3 forms of ID?

2) Peace Officer_____
   Badge/ID_____, is there a recording being made of this encounter?

   (a) Is that recording comprised of both audio and video?
   (b) Are you relatively certain that your recording equipment is functioning properly for the purposes of making this recording?
   (c) Is your body microphone and camera, if any, turned on and function properly to best of your knowledge?

3) Peace Officer_____ Badge/ID_____, what is the emergency and how can I help?

4) Peace Officer_____ Badge/ID_____, what facts or information are you alleging gave you probable cause to stop and accost me?

5) Peace Officer_____ Badge/ID_____, do you have a property signed and issued warrant authorizing you to search me or my property?
   (a) [If yes] Officer_____, Badge/ID_____, do you currently have that alleged warrant in your possession, if so I would like to see it?

6) Policy Officer_____, Badge/ID _____, do you have a properly signed and issued warrant of arrest that accurately describes or names me as the 'person' to be arrested?

7) FOR THE RECORD, I am not "operating" in a "for hire" capacity by engaging in any form of "transportation" or other commercial use of the highways. Policy Officer_____, Badge/ID_____, please acknowledge that you have been so informed, put on NOTICE.

8) Policy Officer_____, Badge/ID_____, am I under custodial arrest?

9) If I am not under custodial arrest than am I free to go?

10) Policy Officer_____, Badge/ID_____, what is the articulable probable cause that leads you to believe that I have committed or am about to crime that authorizes you to stop and detain or arrest me?

11) FOR THE RECORD Policy Enforcer_____, Badge/ID_____, in order to protect my rights and not waive any by error or accident, I wish to clarify my legal understanding of the situation:
    (a) You said that I am not free to go, so I must conclude that I am in custodial arrest and not simply an investigative detention.
    (b) Therefore, I am invoking all my fundamentally protected Rights, including my right to remain silent and my Right to assistance of counsel.
    (c) From this pint forward I do not consent to providing you with any information or documents that could or will be used against me in a court of law or to possibly incriminate me, so do not ask me to produce anything and give it to you.
    (d) From this point forward do not ask me to answer any questions or to perform any form of test relating to any matter whatsoever.

    (e) Policy Enforcer_____, Badge/ID_____, do you intend to harm, injure, or punish me by any method of assault, arrest and/or incarceration because I have invoked these fundamentally protected Rights? [Invoking and refusing to waive your fundamental rights is not and cannot be converted into a crime]

12) FOR THE RECORD Policy Enforcer_____, Badge/ID_____, no law/policy/statute is valid if it requires me in any way to waive any fundamentally protected right in order exercise any other Right or alleged privilege. And no Law can convert the free exercise of any right into a crime. I have repeatedly informed you that I choose not to waive any of my fundamentally protected Rights.

13) So, I ask you again Policy Enforcer_____, Badge/ID_____, do you intend to harm, injure, steal my property, or otherwise punish me for invoking my fundamentally protected Rights?

    (a) Policy Officer_____, Badge/ID_____, due to your attitude, demeanor, and your continuous threats to falsify charges and commit acts of violence against me and my while displaying a deadly weapon(s), I feel physically threatened and if fear for my life. I demand that you cease and desist and request the immediate presence of a supervisor. I do not consent to any of your actions, the user of force against me or my property, or to being forced to exit my automobile, [If you do, NOTICE TO PRINCIPAL IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPAL. THIS IS A SELF EXCUTING CONTRACT. BY FORCING ME THROUGH DURESS AND COECERION TO COMPLY TO ANY OF YOUR REQUEST, YOU AGREE TO THE TERMS HEREIN; YOU AGREE TO PAY A FEE OF 5000.00 IN LAWFUL CURRENCY, GOLD AND/OR SILVER FOR THE FIRST OCCURANCE AND 2000.00 PER HOUR FOR ALL TIME AFTERWARDS. YOU HAVE BUT PUT ON NOTICE. DO AS YOU WILL.] for any purpose, especially so that you may attempt to steal my property and/or assault, injure or kill me.

14) Policy Enforceer_____, Badge/ID_____, you are fully aware that I have already invoked my fundamentally protected Rights to remain silent. Do you intend to continue in your unlawful efforts to violate my Rights?

    (a) It is my belief that the information you are demanding may possibly be used against me in a court of law or in an attempt to incriminate me.

15) Policy Officer_____, Badge/ID_____, I am asking you again, do you intend to continue to deny me in my Rights and to falsely imprison me or am I free to go?

16) POLICY ENFORCEER_____, Badge/ID_____, you statement is patently false and an outright lie. Are you now trying to fabricate probable cause by making false statements into the record and false allegations against me?

    (a) Even if they threaten to have a canine unit report to the scence [you don't have to wait for a canine unit by law] or break out your windows. Tell the Policy officer: I DO NOT CONSENT TO BEING DETAINED FOR ANY ADDITIONAL TIME OR PURPOSES. AM I FREE TO GO OR ARE YOU GOING TO CONTINUE TO ILLEGALLY TERRORIZE, THREATEN AND FALSELY IMPRISON ME BEYOND THE TIME NEEDED TO CONCLUDE THIS ALLEDGED "TRANSPORTATION STOP?"

# Cover Letter

From:
Secured Party/Creditor
Deuntavious- DeCorey: Arnold
c/o 3104 Yelpes
Grand Prairie, Texas [ 75054 ]
Non-Domestic / Non-Assumpsit

Date: 01-25-2024

To:
Office of the Commissioner
Social Security Administration
6401 Security Blvd
Baltimore, Md. 21235-0001

Certified Mail Article Number:

_9589 0710 5270 0753 2530 40

Office of the Commissioner
Internal Revenue Service
1111 Constitution Ave. N.W.
Washington, D.C. 20224
Phone: 202-622-9511

Certified Mail Article Number:

9589 0710 5270 1485 2400 01__

Enclosure(s):

1. Cover Letter
2. Legal Notice of Resignation From Social Security and Demand for Rebuttal
3. SSA form 521
4. IRS Form 56
5. SSA Form SS-5 (amendment to original application)
6. Form SS-5 Attachment
7. Verification of Identity by Public Official

---

Verification of Identity by Public Official                                      Page 1 of 1

Legal Notice of
Resignation From Social Security

From:
Secured Party/Creditor
Deuntavious- DeCorey: Arnold
c/o 3104 Yelpes
Grand Prairie, Texas [ 75054 ]
Non-Domestic / Non-Assumpsit

## Section 1. - General Overview
## Legal Notice of Resignation from Social Security and Demand for Rebuttal

This is a formal lawful request for permanent full withdrawal from the Social Security System. Details concerning this withdrawal are as follows:

1. DO NOT attempt to delay or convince me otherwise as this decision is PERMANENT, FINAL and irrevocable.
2. "SSA Form 521" and this "Legal Notice of Resignation from Social Security" are submitted pursuant to Social Security (SS) Program Operations Manual System (POMS) Section GN 00206.050.
3. The Instructions for processing this request can found in SS POMS GN 00206.000 and following.
4. Enclosure "SSA Form SS-5" is provided in accordance with 20 CFR §422.110(a), which stipulates that any change to an original SS application can only be accomplished using SSA Form SS-5. Foresaid enclosure does the following:
   a. **REPLACES** and does not **modify** any original or proceeding application(s) you have on file.
   b. Is a request to REVOKE a previously issued card that was issued ILLEGALLY and which is and has always been FALSE, FRAUDULENT, and a CRIME to apply for, receive, or use as documented later in this document.
   c. Identification in accordance with SSA SS-5 Form instructions is provided in the included "Verification of Identity by Public Official", as the SS-5 form establishes INELIGIBILITY, not ELIGIBILITY it therefore NEEDS NOT meet your requirements for ID under the ELIGIBILITY application of the form. If it is rendered that said ID is insufficient, please:
      i. Identify the STATUTE/REGULATION setting the requirement (s) you are enforcing to revoke a FRAUDULENT application. ONLY LAW is adequate as proof of authority.
      ii. Establish how your conditions can be fulfilled WITHOUT applying for any government "benefit" or "privilege" thereby creating a nexus/contract between myself and the government as I CANNOT and WILL NOT consent. Furthermore I cannot be compelled to consent/contract without committing grand theft, eminent domain, and involuntary servitude as well as vitiating the contract. The law CANNOT REQUIRE an act that is UNFEASIBILE.
5. SSA POMS Section GN 00206.100 necessitates those who have received benefits before withdrawal pay them back, as I have not received any benefits from you there is nothing to pay back pursuant to POMS GN 00206.100. If you feel this statement is made in error and you believe that I have, then please deduct what you believe was paid to me from the amount I paid you and send me the difference. Equity and equal protection of the law requires that those, such as yourself, who receive premium payments and do not pay all of them back to the payor are equally liable. Therefore, I demand that you pay back the unused portion of the premiums that were involuntarily paid to you through my compelled participation in the program. If the

Legal Notice of
Resignation From Social Security

foresaid premiums cannot be paid back in a cash settlement then please contact me in regards to reaching another arrangement such as an established private 401K, bonds, CD's another private holding of the like.

6. The enclosure "IRS Form 56" removes me formally, legally, and officially from liability as the trustee of the trust and necessitates that your records respect said correspondingly to ensure that I do not receive any more notices or statements, or become the object of unlawful IRS collections directed at the SS Trust and its trustee.

7. All further "course of dealing and usage of trade" will be pursuant to UCC 1-303 between myself and the government and its agents as private individuals and not agents of the government.

8. I Demands that all government records in relation to myself be purged as you do not have my consent to maintain any records and the Privacy Act prohibits the keeping of such records without consent. 5 U.S.C. §552a(b).

9. Please note respondent that you may not assert official, sovereign, or judicial immunity in connection with any facet of our interactions as in later in this document you will notice that the SS System is being unlawfully administered and that my continued unlawful participation is proof of that unlawful administration. Those who are violation of the law cease to represent the government as they have breached their duty, and become private trespassers and usurpers who must be held individually and personally responsible for their usurpations.

"The officer may be sued only if he acts in excess of his statutory authority or in violation of the Constitution for then he ceases to represent the Government."
[U.S. ex. rel. Brookfield Const. Co. v. Stewart, 284 F.Supp. 94 (1964)]

10. If it is decided that you will not honor this request, I demand that you rebut this documentation point for point in full and that any responsive correspondence clearly establish an answer for your violations of law and your willful decision to exceed your lawful delegated authority.
The following documents the government's own laws, statements, and statutes which bind your conduct as law applicable to this situation if not rebutted. In other words, if you do not rebut, or ignore this lawful demand to solve this controversy administratively, then by your default tacit agreement, and acquiescence, Answer of "Admit" shall be established to each question and the default answers shall then act as an equitable estoppel if or when this issue is litigated in the future.
If you render that you do not have an obligation to respond, then under equal protection of the law I claim I don't have any responsibility to you. Sovereign immunity cannot be invoked to prejudice ones rights without them having the same sovereign immunity against you. All the powers the government has are delegated from the People, and in turn, the people cannot delegate a power we do not also have. Therefore I can only conclude if no response is given and compliance not given that I too must have sovereign immunity and no legal obligation towards any part of the United States government absent WRITTEN PROOF OF CONSENT to surrender specifically identified rights to the supervision or protection of you, a foreign sovereign. I in relation to you am a foreign government, and the political group I govern is myself, my family, my church, and the foreign state that I participate in called a state of the Union.

"While sovereign powers are delegated to ... the government, sovereignty itself remains with the people.." [Yick Wo v. Hopkins, 118 U.S. 356 (1886)]

Legal Notice of
Resignation From Social Security

"There is no such thing as a power of inherent sovereignty in the government of the United States .... In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld."
[Julliard v. Greenman, 110 U.S. 421 (1884)]

"In common usage, the term 'person' does not include the sovereign, and statutes employing the word are ordinarily construed to exclude it."
[Wilson v. Omaha Indian Tribe, 442 U.S. 653, 667 (1979)]

This submission is a lawful exercise of my Constitutional right to ensure that I am LEFT ALONE enduringly by everyone in the government, and particularly by the SS Administration and the Internal Revenue Service:

"The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the right to be let alone - the most comprehensive of rights and the right most valued by civilized men."
[Olmstead v. United States, 277 U.S. 438, 478 (1928) (Brandeis, J., dissenting); see also Washington v. Harper, 494 U.S. 210 (1990)]

## Section 2. – In Re: Form SS-5
## Request to REPLACE not AMEND original SS-5 Application on File

Form SS-5 is provided pursuant to 20 CFR §422.110(a) in order to modify any SS-5 applications you may have on file connected with my name. Note that:

1. The ONLY thing I desire you to do is to designate the original SS-5 application as NOT eligible and REJECT the application with a correspondence on SSA letterhead stating the following:

"Applicant is NOT eligible for a Social Security Number and application is rejected. We cannot offer government franchises to those domiciled outside of federal territory as held by the U.S. Supreme Court in License Tax Cases, 72 U.S. 462, 18 L.Ed. 497, 5 Wall. 462, 2 A.F.T.R. 2224 (1866). Any attempt to compel him or her or it to use a Social Security Number or Taxpayer Identification Number as an EXCLUSIVELY PRIVATE human being or person domiciled outside our territorial jurisdiction constitutes identity theft and is a crime in violation of 42 U.S.C. §408(a)(8)."

2. I now know the original SS-5 application to be FALLACIOUS, FALSE, FRAUDULENT and perjurious and hence in need of REPLACEMENT, not CHANGE. I was not aware of this at the time of application but I am aware NOW and have a duty to notify you of this fact.

3. The knowingly FALSE information on the original application include the following:
   a. If it was submitted by or for me as a minor, then it was not MY application as the age of majority had not been reached and my parents can't contract on my behalf.
   b. My mother and father do not HAVE a "Social Security number" as indicated in blocks 9 and 10 of the SS-5 Form. 20 CFR §422.103(d) and the back of the SS Card BOTH specifically

Legal Notice of
Resignation From Social Security

express that the card and its associated number are the property of the SS Administration and NOT the holder and must be returned upon request. One cannot "HAVE" or "OWN" that which does not belong to them and IF one claims that it is "THEIR number", then indirectly they are admitting that they are a public officer on official business representing the U.S. government at the time the question was asked. I declare without waver that I AM NOT, and NEVER HAVE BEEN a public officer in/of the U.S. government and I CANNOT lawfully unilaterally "elect" myself into public office by filling out an SS-5 application or ANY tax form of the IRS. It is not only a crime to do so, but in fact specifically in violation of 18 U.S.C. §912.

   c.  Block 5, the Citizenship block, was unintentionally FALSIFIED. It should read: "Legal Alien Allowed to Work", NOT "U.S. citizen". I am not and never have been a STATUTORY "national and citizen of the United States at birth" per 8 U.S.C. §1401, 26 U.S.C. §3121(e), or 26 CFR §1.1-1(c). I am a "non-citizen national" per 8 U.S.C. §1101(a)(21) and 8 U.S.C. §1452. Such a standing converts to an "alien" throughout federal law. It is MY understanding that ALL stations designated on any and all government form are the LEGAL/STATUTORY status and NOT the CONSTITUTIONAL standing. Please if you feel I am in error correct me within 30 days if you disagree or be in default.

4.   The explanation for the significance of citizenship in Block 5 being "Legal Alien Allowed to Work" is:

   a.  The DHS Form I-9 designates that a USA Passport is the STRONGEST indication of a right to work in the USA, and I am either eligible for or have in my possession a USA passport. Consequently, I don't need to FALSELY declare myself to be a STATUTORY "U.S. citizen" in order to be entitled to work in the COUNTRY "United States".

   b.  Congress has NO LEGISLATIVE JURISDICTION over states of the Union or over those in foreign countries unless DOMICILED on federal territory at the time. Therefore, one cannot have any kind of "status" under such civil statutory law, all of which attaches ONLY to federal territory. Under federal civil law I must have a domicile on federal territory not within any state in order to be a "citizen", "resident", or any other status, and I DO NOT have such a domicile. Thus the only viable conclusion that can be reached is that I would fall under a STATUTORY "non-citizen national" per 8 U.S.C. §1101(a)(21) and 8 U.S.C. §1452 is a STATUTORY "alien" but a CONSTITUTIONAL "citizen" who is "alien" is in relation TO federal territory and NOT the COUNTRY "United States".

"It is a well-established principle of law that all federal regulation applies only within the territorial jurisdiction of the United States unless a contrary intent appears."
[Foley Brothers, Inc. v. Filardo, 336 U.S. 281 (1949)]

"The laws of Congress in respect to those matters [outside of Constitutionally delegated powers] do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government."
[Caha v. U.S., 152 U.S. 211 (1894)]

"There is a canon of legislative construction which teaches Congress that, unless a contrary intent appears [legislation] is meant to apply only within the territorial jurisdiction of the United States."
[U.S. v. Spelar, 338 U.S. 217 at 222.]

5.   Consistent with the information in number 4., PLEASE:

Legal Notice of
Resignation From Social Security

    a. Change the "CSP" field in the NUMIDENT record to a value of "B" INSTEAD of "A" and ensure that you push this updated value to the DHS and IRS.

    b. Add a notation in the record NOTES field relating to the citizenship status provided that reads the following:

"CSP Code B not designated in error. Applicant is an American National with a domicile and residence in a foreign state for the purposes of the Social Security Act. Domiciled OUTSIDE the State and United States defined in 42 U.S.C. §1301(a)."

6. The SS-5 form specifies the following: "Deliberately furnishing (or causing to be furnished) false information on this application is a crime punishable by fine or imprisonment, or both". As the records on file I now know to be FALSE, if you refuse to change them, then <u>YOU</u> are "causing to be furnished" false information as indicated on the form and are subject to said he criminal penalties designated.

7. If you fail to effect the changes indicated, then by you knowing and not taking action to correct the error it makes you specifically liable for the following crimes:

    a. Impersonating a public officer in violation of 18 U.S.C. §912.

        i. All statutory "employees" per 5 U.S.C. §2105(a) are public officers, and I am not now and never have lawfully occupied a public office in the U.S. government. 20 CFR Part 422 deals ONLY with these statutory "employees", and therefore CANNOT be applicable to me. Any attempt to connect me with any PUBLIC benefit causes me to criminally impersonate such a public officer and if you refuse to correct your records, the impersonation will thereby be protected and continued, making YOU the only person beyond this point liable for this crime and absolving me of any liability.

    b. Impersonating a STATUTORY "U.S. citizen" per 18 U.S.C. §911.

        i. I am NOT a STATUTORY "U.S. citizen" per 8 U.S.C. §1401, 26 U.S.C. §3121(e), or 26 CFR §1.1-1(c ). Rather, I am a non-citizen national per 8 U.S.C. §1101(a)(21) and 8 U.S.C. §1452.

    c. Causing me to unlawfully remain liable for the compulsions associated with a public office that I do not lawfully hold also constitutes criminal witness tampering under 18 U.S.C. §1512.

        i. Because these obligations include ILLEGAL enforcement of said obligations against an innocent party.

    d. A failure to right the records as designated also constitutes an "officer to procure appointive public office" in criminal violation of 18 U.S.C. §210.

        i. By offering to let me REMAIN in said illegitimate office KNOWINGLY it is felonious and illegal to do so. Ignorance of the law is NO EXCUSE.

    e. A failure to correct the records also creates the a conflict of interest in criminal violation of 18 U.S.C. §208

        i. As both you and your employer now aware of the intent to asseverate myself from SS and are enriched financially or by other means for continuing to protect and perpetuate the CRIME of causing an otherwise EXCLUSIVELY PRIVATE man to impersonate a public officer constitutes the aforesaid.

Legal Notice of
Resignation From Social Security

f.   Additionally, a denial to process this correspondence shall make you guilty of being an accessory after the fact to the crimes described above in violation of 18 U.S.C. §3, and also make you guilty of misprision of felony, in violation of 18 U.S.C. §4.

g.   It is a CRIME to both OFFER or ENFORCE any national franchise within the borders of any CONSTITUTIONAL state of the Union, or to bribe any CONSTITUTIONAL state of the Union to abuse or misuse the people under its care with federal subsidies derived from the above CRIMINAL activities in violation of ALL the same statutes indicated.

  i.   NO such states of the Union are defined as "States" within the SS Act and it MAY NOT PRESUME that they are without committing said crimes and thereby violating the separation of powers doctrine that is the foundation of the USA Constitution.

8.   Any of the aforesaid crimes committed personally and individually by you in rejecting this request could get you convicted of a FELONY and FIRED from federal employment. Therefore, I humbly request that you give this matter your HIGHEST attention. I have maintained legally admissible proof not only that this correspondence was sent, but also authentication of the ENTIRETY of its contents. If you ever have to answer to a jury, you will be HUNG.

Please note that if this "Legal Notice of Resignation From Social Security" or any of its attachment or contents are altered, discarded, or destroyed by you, the SS-5 form provided becomes Null and Void. Please therefore ensure that this entire correspondence is maintained in the records of the SSA AND the IRS ALONG WITH the SS-5 form in EVERY system of records you maintain.

## Section 3. -
## Request for Status Change of Account Number PRIOR to termination

In compliance with 26 CFR §301.6109-1(1)(i), I request that in the records and databases of the IRS and the SS Administration, designate that the SS Number associated with the civiliter mortuus, defunct, dead "trustee" be assigned its correct status as belonging to legally deceased "nonresident alien" who is not engaged in a "trade or business", which is described in 26 CFR §1.871-1(b)(1)(i), and who has no earnings from the "United States" as defined in 26 U.S.C. §7701(a)(9) and (a)(10) and 26 U.S.C. §871. Tax liability of such persons is described in 26 CFR §1.872-2(f), and such persons do not earn "gross income" within the meaning of Subtitle A of the Internal Revenue Code. Full support for this position and request are as set out below.

Treasury regulation 26 CFR §301.6109-1(g)(1)(i) states that; persons are entitled as a matter of law, to request that the IRS designate and classify the fact that a SS number belongs to a nonresident alien.

". . .A person may establish a different status for the number by providing proof of foreign status with the Internal Revenue Service…Upon accepting an individual as a nonresident alien individual, the Internal Revenue Service will assign this status to the individual's social security number. . . [26 CFR §301.6109-1(g)(1)(i)]

Although I have searched extensively I have been unable to locate any government form which accomplishes this purpose, nor which permits people to prescribe which of the three categories of nonresident aliens the person is pursuant to 26 CFR §1.871-1(b). Therefore, this submissions intent is to serve that lawful purpose. This request is not consent or agreement that I own or control said number, or that assumed number refers to me personally or privately. The fact remains that the SSA owns the

Legal Notice of
Resignation From Social Security

number and the trust is legally dead as it is without a consciousness currently, as the trustee has never filled his office consensually, lawfully, or knowingly. I therefore declare that the facts are as follows:

1. I am a "nonresident alien" NON-individual not engaged in a "trade or business" as defined in 26 CFR §1.871-1(b)(1)(i), understand now that I always have been and expect to permanently act as one indefinitely into the future. The Treasury regulations as stated above affirms that nonresident aliens, myself included, are permitted to request that the IRS assign nonresident alien status to the SS number allocated.

2. I have never been domiciled or a "resident" within the "United States" as defined in 26 U.S.C. §7701(a)(9) and (a)(10).

3. I am not a "resident alien" under the IRC at 26 U.S.C. §7701(b)(1)(A) subsequently in accordance to the IRC at 26 U.S.C. §7701(b)(1)(B), I am a non-resident alien. The only other way for a "nonresident alien" to ELECT to be treated as a "resident alien" is pursuant to 26 U.S.C. §6013(h), which requires such a resident alien to be married to a STATUTORY "U.S. citizen" as I am not married to a statutory "U.S. citizen". REGARDLESS of what any person or form may otherwise indicate.

4. I am a "stateless person" and a "transient foreigner" with a legal domicile not within any "State" as defined in 28 U.S.C. §1332(d), 4 U.S.C. §110(d), or 26 U.S.C. §7701(a)(10). See Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989) for a depiction of the repercussions of being a "stateless person". All such "stateless persons" are not subject to the jurisdiction of any federal court as they are domiciled outside of the general jurisdiction of the federal government.

5. At no time have I voluntarily made any "elections" as a "nonresident alien" to have my income treated as "effectively connected to a trade or business" or that of a "U.S. resident alien " as described 26 U.S.C. §7701(b)(4)(B) and 26 U.S.C. §6013(h) or (g).

6. At no time shall I be construed as an "individual" as defined in the Privacy Act, 5 U.S.C. §552a(a)(2), as all such "individuals" are government "employees" or "public officers". Since Title 5 of the U.S. Code pertains solely to such personnel and is entitled "Government Organization and Employees". 5 U.S.C. §552a only allows the government to maintain records about "individuals" who are statutory "U.S. citizens" pursuant to 8 U.S.C. §1401 and/or "resident aliens" as in 8 U.S.C. §1101(a)(3) and hold a position of instrumentalities, officers, and employees and not private citizens, as this would violate their Fourth Amendment right of privacy. I am not now, nor in the past or future or will I ever voluntarily be a federal instrumentality, employee, officer, or "U.S. person" (26 U.S.C. §7701(a)(30)) or a person domiciled within the exclusive territorial jurisdiction of the federal government who is the proper subject of any enactment of Congress. In accordance with the Privacy Act, 5 U.S.C. §552a(b), the government must have my permission to maintain any and all records about me, which it currently does not and never will voluntarily have my consent to maintain. In conclusion, please destroy all records relating to my status other than that indicated in this document as I do not consent and waive the benefit.

7. No permission has been granted to either the government or any private person to use the SS Account number as a substitute for a Taxpayer Identification Number and there is no authority anywhere within the IRC to induce me to do so, nor to accept the legal disabilities associated with the "public office" that the aforesaid number tracks. Therefore, it is forbidden. 26 U.S.C. §7701(a)(41) identifies a "TIN" as that assigned under 26 U.S.C. §6109, and 26 U.S.C. §6109(a)

Legal Notice of
Resignation From Social Security

says that only in the instance where "individuals" are federal "employees" and "public officers" does the SSN also act as an identifying number. Therefore, as I am NOT an "individual" nor do I consent to act in such a capacity, you may not lawfully use such a number against me.

8.  As I am not "federal personnel" as defined in the Privacy Act, 5 U.S.C. §552a(a)(13), I am not and never have been eligible for any deferred federal retirement program(s), including SS. 20 CFR §422.104, states that the only persons who may lawfully participate in such programs are government "employees" and "public officers" domiciled within federal territories, as in 42 U.S.C. §1301(a)(1) and the SS Act, Section 1101(a)(1) and 4 U.S.C. §110(d) of the Buck Act which defines the term "State.

9.  My estate and the property thereof is a "foreign estate" as described in 26 U.S.C. §7701(a)(31) and I live in a "foreign state", as defined in 28 U.S.C. §1332(d), which is what all states of the Union are. Therefore, pursuant to 28 U.S.C. §1332 the federal government may not lawfully assert diversity of citizenship jurisdiction over me or my estate.

10. I do not maintain any financial, fiduciary or commercial relationships with the federal or national government, including that of a "transferee" per 26 U.S.C. §6902, which might consequence in the surrender of sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. §1605(a)(2). Therefore, as an instrumentality of a foreign state I am protected, by definition of "foreign state" is meant the state of the Union which I temporarily occupy but do not maintain a domicile or "residence" within.

11. Any Tax Class 5 Information Returns, such as the W-2, 1042-S, 1098, 1099, K-1 received by the IRS or the SSA for all prior or future years are strictly a product of error created by the originator of the return. In all such instances, submitter of this form requests that the U.S. Government prosecute the submitters of all such false information returns under the authority of the following and return half of the penalty proceeds to the submitter:
    a.  26 U.S.C. §7434: Civil Damages for Fraudulent Filing of Information Returns
    b.  26 U.S.C. §7207: Fraudulent returns, statements, or other documents
    c.  18 U.S.C. §912: Impersonating an officer ["public officer"] or employee of the United States
    d.  18 U.S.C. §371: Conspiracy to commit offense or to defraud the United States.
    e.  18 U.S.C. §287: False, fictitious, or fraudulent claims

12. If the government finds itself in possession of any evidence, forms, or information submitted by me which might contradict any of the statements made herein, it is requested that you promptly notify me and provide the redacted records to me for safekeeping. Please provide the originals and destroy any additional copies as the submission of the included supersedes any and all such erroneous documentation of my status.

If you disagree with this informed determination about my legal status, I demand that you rebut the evidence and admissions within 30 days or forever be equitably estopped from challenging these facts later.

Legal Notice of
Resignation From Social Security

## Section 4.
## Facts pertaining to this correspondence

The following facts stipulated herein this correspondence govern my current and further legal relationship with the IRS, the SS Administration, and the U.S. government. Furthermore pursuant to Federal Rule of Civil Procedure 8(b)(6), a failure to deny these facts within 30 days of sending this document shall constitute an affirmative admission (tacit agreement/acquiescence) of their truthfulness forth hence. 26 U.S.C. §6065 requires that all denials are required to be signed under penalty of perjury by the person denying, and that the person denying must have a personal knowledge of the facts indicated. Furthermore, to wit:

1. I reserve ALL my rights at all times in the past, present, and future and waive none in relation to any government. I insist on ABSOLUTE equality and equity in relation to every government and officer of any government.

2. I do not currently nor ever have I lawfully occupied any public office in the United States government or that of any state government nor have I ever been a STATUTORY "employee" per 5 U.S.C. §2105(a), 20 CFR Part 422, or 26 U.S.C. §3401(c ). At the time of any original SS-5 application this was also true. Thus, I am NOT eligible and never have been eligible to either apply for or receive any government benefits, entitlements, or public property, counting but not limited to a SS Card, SS Numbers, Taxpayer Identification Numbers, etc. I could not lawfully apply, nor can I lawfully ELECT myself into a public office by filling out ANY government form. If I were to it would be a crime in violation of 18 U.S.C. §912.

3. Every form submitted by me to any government at any time is not intended to be construed as evidence of consent to:
   a. Surrender of any right or interest in property of any kind as all rights are reserved, or change the status of ownership of any property in my name from ABSOLUTE to QUALIFIED and/or to transfer any interest in any property or right to any government.
   b. Waive sovereign immunity under 28 U.S.C. Chapter 97.
   c. Be treated as an instrumentality of any government under 26 U.S.C. §6331(a).
   d. Acquire any legal status, public right from any government as all such statuses acquired voluntarily result in the crimes indicated in Section 1 supra. This includes but is not limited to such statuses as:
      i. "U.S. citizen" (8 U.S.C. §1401, 26 U.S.C. §3121(e)),
      ii. "taxpayer" (26 U.S.C. §7701(a)(14)),
      iii. "person" (26 U.S.C. §7343 and 26 U.S.C. §6671(b)).
   e. Participate or create any public office or statutory "employee" position within any government.

4. Everything received from any government shall be considered NOT as a "benefit", "privilege", or "public right", but rather as a PERMANENT GIFT.
   a. As 'equity is equality' If the government can identify everything paid to IT as a "gift" pursuant to 31 U.S.C. §321(d), then under the concept of equal protection and equal treatment, the opposite is equally true. Therefore all receipts as a CONDITION of doing any commercial business with me by any government shall be similarly classified.

Legal Notice of
Resignation From Social Security

b.  There shall be a waiver by agreement by all governments to claim that I am either receiving or eligible to receive any "benefit", "entitlement", "public right", and agree NOT to identify ANYTHING they send me, including any piece of paper such as a SS Card as THEIR property. Instead by subsection a. of this section, sending anything of value to me shall constitute a PERMANENT gift and NOT a loan of any kind. A permanent transference of title and rights shall occur in accordance with the aforesaid and anything that you send will no longer CONTINUE to be YOUR property after receipt, (i.e., a SS Card, SS Card, Stipends Payments etc...) as I am NOT eligible to take custody of public property as a PRIVATE human being not occupying a public office, as such would constitute a crime of theft and embezzlement.

## Section 5.
## Legal Obligations in Re to Your Response

Administrative Procedures Act, 5 U.S.C. §556(d) and 26 U.S.C. §7491 stipulate that you as the moving party declaring a position conflicting to the law documented herein have the burden of proving the facts and statements made herein are false. Furthermore your evidence must satisfy the following requirements in your rebuttal:

1.  Must be admissible, non-prima facie evidence.
    A)  The 1939 code which the present internal revenue code is based has been REPEALED pursuant to 53 Stat 1, Section 4. Not only did the foresaid repeal the 1939 Internal Revenue Code, but it also repealed all prior revenue laws from the Statutes at Large. Consequently nothing from the Statutes at Large prior to 1939 can be cited as positive law.
    B)  According to both 1 U.S.C. §204 legislative notes via the GPO website (http://www.gpoaccess.gov/uscode/about.html), and the House of Representatives website (http://uscode.house.gov/about/info.shtml) the Internal Revenue Code is not presently enacted into positive law. Consequently as positive law is the only type of admissible, non-presumptive evidence having to do with written law; if your evidence consists of cites from the I.R.C., then please also provide proof that every section of the code you cite is enacted as such. As a courtesy we remind you that the way to prove that the cite was enacted, as such would be to make sure to cite a section of the Statutes at Large AFTER 1939 that was enacted into positive law. As it is a violation of due process to "presume" or "assume" anything, the IRS cannot compel the U.S. to "presume" that a section of the I.R.C. is enacted positive law without proving it.

2.  If your evidence is from a witness, then the witness must swear under the penalty of perjury and accept all liability associated therewith upon notarized affidavit, including financial liable that may result for making a false statements. Please also make sure to include their address where they can be served with legal process in case litigation becomes necessary because of misrepresentations.

3.  In accordance with the IRS Internal Revenue Manual (IRM) section 4.10.7.2.8 that states that IRS publications may not be cited to sustain a position your evidence may not come from any such IRS publication(s).

Legal Notice of
Resignation From Social Security

4.  If the evidence is in relation to the liability of a person who does not maintain a domicile on federal property then any court cites must come from a state court pursuant to the following:
    A)  In accordance with The Supreme Court in Erie Railroad v. Tompkins, 304 U.S. 64 (1938) that there is no federal common law in a state of the Union.
    B)  28 USC § 1652 - State laws as rules of decision clearly states that the law applicable in the courts is state law, not federal law, especially when the domicile of the Defendant is on state property and not on federal property.
    C)  IRS IRM section 4.10.7.2.9.8 states that courts below the Supreme Court may only be cited as precedent on behalf of the particular person involved in the proceeding.
    D)  Federal Rule of Civil Procedure 17(b) – Capacity to Sue or Be Sued - is based on the domicile of the Defendant. Thus if they are domiciled in a state, not on land ceded to the federal government or under general federal jurisdiction, then federal statute/judicial precedent may not be cited as authority in the case. The only time foreign law, such as federal law, may be enforced against a person domiciled outside of federal territory is when:
        i.  they are acting in a representative capacity as an officer of the federal corporation called the "United States" and thus
        ii.  have assumed the citizenship of the corporation, which is the District of Columbia in this instance.

5.  the following are not admissible as evidence:
    A)  IRS "The Truth About Frivolous Tax Arguments" and/or
    B)  the Congressional Research Report 97-59A entitled " Frequently Asked Questions About the Federal Income Tax"
    for the following reasons:
    a.  Neither of the above IRS document identify the IRS or anyone in the IRS as a source, it is not signed or authenticated and pursuant to the Federal Rules of Evidence nothing can be used as evidence without at least the identity of the author being known and the author being sworn under oath and held just as accountable as those who relied on his statements. Furthermore the maxim of law that is applicable state: "In law none is credited unless he is sworn. All the facts must, when established by witnesses, be under oath or affirmation."
    b.  Federal courts have repeatedly held that one may not rely upon the statements of public servants in forming a reasonable belief.
    c.  As the Office of the Chief Counsel of the IRS (202-622-3300) refuses to either sign or take personal responsibility in writing for publication of this document nor assume the legal liability associated there with the possible false statements contained therein. Consequently both of these publications are simply excludible hearsay under the Hearsay Rule Federal Rules of Evidence 802. Essentially they amount to "political propaganda" and "false commercial speech" until they are authenticated by the authors identifying a liable party for their dubious and deliberately vague and deceptive statements therein.

Legal Notice of
Resignation From Social Security

## Section 6.
## Significance Your Response & Statements Therein

The First Amendment guarantees a right to communicate with government, encompassed within that right is the right to define the meaning and significance of such correspondence including certain words and actions, which communicate intent. To avoid miscommunication, presumption and avoid being injured by such, words and phrases that dictate our intercourse that may be used by either side for the purposes of this correspondence and your response(s) thereto, the following definitions and protocols shall apply:

1. Under Federal Rule of Civil Procedure 8(b)(6), which states that failure to deny [with evidence rather than just opinion] constitutes an admission. Thus, any issue raised in this correspondence that remain unrebutted shall constitute an admission and an estoppel in pais for all future litigation on this subject. Let it also be known that Federal Courts have made it clear that when a criminal, such as yourself, is confronted with evidence of their misconduct, and either responds with silence or claims the Fifth Amendment, that it constitute an admission and negative inference to a jury or fact finder.

"It is well established that in a criminal trial a judge or prosecutor may not suggest that the jury draw an adverse inference from a defendant's failure to testify. " United States v. Solano-Godines, 120 F.3d. 957, 962 (9th Cir. 1997). However, in civil proceedings adverse inferences can be drawn from a party's invocation of this Fifth Amendment right. See SEC v. Colello, 139 F.3d. 674, 677 (9th Cir. 1998). The seminal case in this area is Baxter v. Palmigiano, 425 U.S. 308 (1976). In Baxter, the Supreme Court was confronted with a prison inmate who had been brought before a prison disciplinary board on charges of inciting a disturbance. When informed that state criminal charges might be brought against him arising out of his conduct while in prison, the inmate was advised that he could remain silent before the board, but that his silence would be used against him. See id. at 312. During the hearing, the inmate was confronted with incriminating evidence, remained completely silent, and as a consequence was given further punishment under the assumption that he perpetrated the acts for which he was being questioned. See id. at 313, 317. The Supreme Court held that the drawing of the adverse inference from the inmate's silence was proper when incriminating evidence had also been presented, and therefore no Fifth Amendment violation had taken place. See id. at 317-18.

The Baxter holding is not a blanket rule that allows adverse inferences to be drawn from invocations of the privilege against self-incrimination under all circumstances in the civil context. Rather, lower courts interpreting Baxter have been uniform in suggesting that the key to the Baxter holding is that such adverse inference can only be drawn when independent evidence exists of the fact to which the party refuses to answer. See, e.g., LaSalle Bank Lake View v. Seguban, 54 F.3d. 387, 391 (7th Cir. 1995); Peiffer v. Lebanon Sch. Dist., 848 F.2d. 44, 46 (3d Cir. 1988). Thus, an adverse inference can be drawn when silence is countered by independent evidence of the fact being questioned, but that same inference cannot be drawn when, for example, silence is the answer to an allegation contained in a complaint. See Nat'l Acceptance Co. v. Bathalter, 705 F.2d. 924, 930 (7th Cir. 1983). In such instances, when there is no corroborating evidence to support the fact under inquiry, the proponent of the fact must come forward with evidence to support the allegation, otherwise no negative inference will be permitted. See LaSalle Bank, 54 F.3d. at 391.
[Doe v. Glanzer, 232 F.3d. 1258, 232 F.3d. 1258 (9th Cir. 11/17/2000)]

Legal Notice of
Resignation From Social Security

2.   Previous correspondence with you has resulted in your utilization of calculatingly ambiguous terms to evade the truth. Therefore the terms below shall be defined consistent with their statutory meanings. If you agree with the definitions, no further action is required. Contrarily, if you differ, please include the statute you use in support of your argument. Please note that the rules of statutory construction forbids arbitrarily extending the definitions or presumptuous inference about what is included within such as it is in violation of due process.

"Expressio unius est exclusio alterius. A maxim of statutory interpretation meaning that the expression of one thing is the exclusion of another. Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d. 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d. 1097, 1100. Mention of one thing implies exclusion of another. When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred. Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."
[Black's Law Dictionary, Sixth Edition, page 581]

   a.   "United States": Means federal territories and possessions and intentionally excludes states of the Union. There is not a definition of "State" within the original Social Security Act of 1935 or any of its successors that has ever included a 'state of the Union'. See:
       i.   SS Act of 1935, Section 1101(a)(2).
       ii.  Current SS Act, Section 1101(a)(2).
       iii. 42 U.S.C. §1301(a)(2).
   Congress cannot legislate for either states of the Union or the people in them without violating the Separation of Powers Doctrine and committing treason punishable by death.
   b.   "State" Means a federal territory or possession thereof and not part of any state mentioned in the United States Constitution. See:
       i.   SS Act of 1935, Section 1101(a)(1)
       ii.  Current SS Act, Section 1101(a)(1).
       iii. 42 U.S.C. §1301(a)(1).
   c.   "Social Security taxes": Means insurance premiums. It can only be considered FRAUD to call withholdings from earnings "taxes". The U.S. Supreme Court which you cite so readily has never made such folly as to call Social Security contributions "taxes":

"The Social Security system may be accurately described as a form of social insurance, enacted pursuant to Congress' power to "spend money in aid of the `general welfare,'" Helvering v. Davis, supra, at 640, whereby persons gainfully employed, and those who employ them, are taxed to permit the payment of benefits to the retired and disabled, and their dependents. "
[Flemming v. Nestor, 363 U.S. 603, 610, 80 S.Ct. 1367 (1960)]

           26 U.S.C. §3101 also identifies Social Security as "insurance" not "tax". As all forms of insurance are voluntary not mandatory we can conclude that only that portion of an "individual's" earnings voluntarily allocated as "wages" (legally defined as such by signing a W-4 or similar form absent duress) constitute earnings subject to the payment of SS withholding pursuant to 26 CFR §31.3401(a)-1(a) and 26 CFR §31.3402(p)-1.

3.   Research into previous correspondence with others is Indicative that you will use one or more of the following FALSE, MISLEADING and FRAUDULENT arguments or "schemes", as you refer to them, in your response. Antecedent such a responses I have taken the time to rebut these obviously FALSE statements IN ADVANCE. Again I remind you that silence is agreement

Legal Notice of
Resignation From Social Security

pursuant to Federal Rule of Civil Procedure 8(b)(6) and failure to rebut will be acquiescence. Rebuttal to arguments we anticipate you may state are as follows:

a. **"People cannot voluntarily end their participation in the program.":**
Yes they can, and if not then why does the SSA offer the following:
    i. SSA Form 521
    ii. procedures for quitting in the POMS Section GN 00206.000

Furthermore as we know you will fail to cite the legal authority that specifically authorizes you to DISALLOW people to quit in your response this is a reminder not to fail to do so if you choose to rebut. As we are sure after extensive research that such a law does not exist we are aware that you don't have the legal authority to deny withdrawal. As this decision and stall tactic is based solely on internal policy you are communicating to me that you are legally ignorant as your policy is not binding as it is NOT LAW. Once again, ALL I WANT IS THE STATUTE AND THE IMPLEMENTING REGULATION THAT AUTHORIZES YOU TO MAKE SUCH A CLAIM, as everything else you say is irrelevant

b. **"Under Federal law, the payment of SS taxes is mandatory, regardless of the citizenship or place of residence of either the employer or the employee.":**
The aforesaid is a blatant LIE and/or a cunning DECEPTION. Contract with and/or Domicile on federal territory is a requirement for the collection of any and all federal income taxes. That fact is exhaustively proven throughout this document, and you are demanded to rebut this document within 30 days or be estopped from later contradicting yourself. Further proof is offered to wit:

20 CFR §422.104 states only statutory and NOT constitutional "U.S. citizens" pursuant to 8 U.S.C. §1401 and permanent residents pursuant to 26 U.S.C. §7701(b)(1)(A) may lawfully participate in SS. The term "U.S." contained within the term "U.S. citizen" can only mean the federal zone and no part of a state of the Union.

"It is no longer open to question that the general government, unlike the states, Hammer v. Dagenhart, 247 U.S. 251, 275 , 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724, possesses no inherent power in respect of the internal affairs of the states; and emphatically not with regard to legislation."
[Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)]

"The difficulties arising out of our dual form of government and the opportunities for differing opinions concerning the relative rights of state and national governments are many; but for a very long time this court has steadfastly adhered to the doctrine that the taxing power of Congress does not extend to the states or their political subdivisions. The same basic reasoning which leads to that conclusion, we think, requires like limitation upon the power which springs from the bankruptcy clause. United States v. Butler, supra."
[Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513, 56 S.Ct. 892 (1936)]

I am NEITHER
    1) a statutory "U.S. citizen"
    2) nor a statutory "U.S. resident"
as I do not have a domicile on federal territory within the statutory "United States".
I am
    1) a "nonresident alien" as defined in 26 U.S.C. §7701(b)(1)(B)
    2) not engaged in a "trade or business" as defined in 26 U.S.C. §7701(a)(26)

Legal Notice of
Resignation From Social Security

and therefore not allowed to lawfully participate in SS. It is FRAUD against the United States for you to knowingly allow me to participate under the False Claims Act and accessory after the fact to this FRAUD to allow me to continue to unlawfully participate.

c.   **"Similarly, people cannot withdraw the SS taxes that they have already paid.":** Yet another LIE. Any funds illegally or unlawfully collected by the government by unlawful activity, fraud, coercion or duress (not expressly authorized by law) including that of either you or your agents (including "withholding agents" pursuant to 26 U.S.C. §7701(a)(14)) **MUST** be paid back, according to the courts, regardless if there is no statute authorizing it! Following is case law in support:

"A claim against the United States is a right to demand money from the United States. (United States ex rel. Angarica v. Bayard, 127 U.S. 251, 32 L.Ed. 159, 8 S.Ct. 1156, 4 AFTR 4628 (holding that a claim against the Secretary of State for money awarded under a treaty is a claim against the United States); Hobbs v. McLean, 117 U.S. 567, 29 L.Ed. 940, 6 S.Ct. 870; Manning v. Leighton, 65 Vt. 84, 26 A 258, motion dismd 66 Vt. 56, 28 A 630 and (disapproved on other grounds by Button's Estate v. Anderson, 112 Vt. 531, 28 A.2d. 404, 143 A.L.R. 195.)) Such claims are sometimes spoken of as gratuitous in that they cannot be enforced by suit without statutory consent. (Blagge v. Balch, 162 U.S. 439, 40 L.Ed. 1032, 16 S.Ct. 853.) <u>The general rule of non-liability of the United States does not mean that a citizen cannot be protected against the wrongful governmental acts that affect the citizen or his or her property.</u> Wilson v. Shaw, 204 U.S. 24, 51 L.Ed. 351, 27 S.Ct. 233. <u>If, for example, money or property of an innocent person goes into the federal treasury by fraud to which a government agent was a party, the United States cannot [lawfully] hold the money or property against the claim of the injured party.</u> Bull v. United States, 295 U.S. 247, 79 L.Ed. 1421, 55 S.Ct. 695, 35-1 USTC ¶ 9346, 15 AFTR 1069; United States v. State Bank, 96 U.S. 30, 96 Otto 30, 24 L.Ed. 647."
[American Jurisprudence 2d, United States, §45]

"When the Government has illegally received money which is the property of an innocent citizen and when this money has gone into the Treasury of the United States, there arises an implied contract on the part of the Government to make restitution to the rightful owner under the Tucker Act and this court has jurisdiction to entertain the suit.
90 Ct.Cl. at 613, 31 F.Supp. at 769."
[Gordon v. U. S., 227 Ct.Cl. 328, 649 F.2d. 837 (Ct.Cl., 1981)]

"The United States, we have held, cannot, as against the claim of an innocent party, hold his money which has gone into its treasury by means of the fraud of its agent. While here the money was taken through mistake without element of fraud, the unjust retention is immoral and amounts in law to a fraud of the taxpayer's rights. What was said in the State Bank Case applies with equal force to this situation. 'An action will lie whenever the defendant has received money which is the property of the plaintiff, and which the defendant is obligated by natural justice and equity to refund. The form of the indebtedness or the mode in which it was incurred is immaterial."
[Bull v. United States, 295 U.S 247, 261, 55 S.Ct. 695, 700, 79 L.Ed. 1421]

d.   **"The Supreme Court has upheld the constitutionality of the SS system, as established by the SS Act, and mandatory individual participation.":** Obviously SS is constitutional where it is expressly authorized and enforceable which is ONLY in the federal "States", meaning territories and possessions, that the act may lawfully be offered or enforced within. "State" is not defined to include a state of the Union and cannot be without violating the separation of powers doctrine. As I am domiciled in a "foreign state" per

Legal Notice of
Resignation From Social Security

the determinations of federal statutory law, I am therefore not subject to federal statutory civil law thus there is no jurisdiction, no contract, no consent, and I waive the benefit. The Declaration of Independence states' rights are "unalienable", meaning they cannot lawfully be bargained away through commercial process, Social Security constituting such a commercial process. Please show me the legal cite or a definition of "State" in any version of the SS Act that contains any state of the Union. If you cannot, then STOP PRESUMING that:

    i.   I am domiciled on federal territory;
    ii.   not protected by the Constitution;
    iii.   that I am a "person";
    iv.   that I have no constitutional rights.

As to knowing do so is an act of TREASON! STOP violating the Thirteenth Amendment prohibition against involuntary servitude & treating me as a slave to your false presumptions.

4.    In your response/rebuttal any use of the word "frivolous" will mean "correct and candid". I have a protected First Amendment right to communicate with government as I see fit in a language I understand and define. Just as those who speak Spanish are entitled to interpreters in court, I am entitled to set the similar interpretation of the language used in our correspondence. Anything stated herein identified as incorrect must not only specify exactly what is incorrect but must also do so under the rules of evidence aforementioned using only legally admissible evidence consistent therewith.

5.    In your rebuttal if you provide a general answer rather than specifically address the issues in regards to your coercive and illegal conduct, then this shall constitute fraud, based on the following maxims of law:

    a.   "Fraus latet in generalibus. Fraud lies hid in general expressions."
    b.   "Fraus est celare fraudem. It is a fraud to conceal a fraud. 1 Vern. 270."
    c.   "Lata culpa dolo aequiparatur. Gross negligence is equal to fraud."
       [Bouvier's Maxims of Law, 1856]

6.    The communication of a personal or agency opinion rather than the provision of legally admissible evidence under penalty of perjury will constitute your agreement without objection to the facts stipulated herein that were not rebutted with such. I am not interested in self-serving agency opinions/propaganda/policy only legally admissible evidence relevant in a legal proceeding involving the issues raised herein. All such "rhetoric" only proves that you are mismanaging the "public trust" as a "sham trust" for personal/agency benefit as "trustee" and not for the benefit of the people the trust was formed to serve. My interest is not what "men" such as you have to say, but rather the law and the legally admissible evidence signed by you in representation of your agency under penalty of perjury with demonstrated lawfully delegated authority who agrees to take legal responsibility in court for such statements. The U.S. Supreme Court has stated that we are a "society of law and not men".

"The government of the United States has been emphatically termed a government of laws, and not of men. It will certainly cease to deserve that high appellation, if the laws furnish no remedy [against a

Legal Notice of
Resignation From Social Security

public official such as you] for the violation of a vested legal right."
[Marbury v. Madison, 5 U.S. 137; 1 Cranch 137, 2 L.Ed. 60 (1803)]

> As policy is NOT law this means that we are NOT a "society of policy". An opinion even when based on policy that is not legally "actionable" from a person not responsible for what is said stands meaningless and makes an inadequate basis for belief. It is usually required when communicating with you on a government form that it be under penalty of perjury. For example see 26 U.S.C. §6065, and/or the perjury statement on almost every government form available. As the Fourteenth Amendment section 1 and 42 U.S.C. §1981 both assert that I am legally warranted the same "equal protection" the same is expected from you in either rebuttal or return correspondence. Failure to state law and hold me policy would be indicative of a communist agenda and manifesto in accordance with the Congress of the U.S. which states the main characteristics of all communists is a failure or refusal to recognize the limits placed upon their authority by the Constitution and all laws passed in continuance of it pursuant to 50 U.S.C. 841. - Findings and declarations of fact which reads as follows: .

The Congress finds and declares that the Communist Party of the United States *[consisting of the IRS, DOJ, and a corrupted federal judiciary]*, although purportedly a political party, is in fact an instrumentality of a conspiracy to overthrow the *[de jure]* Government of the United States *[and replace it with a de facto government ruled by the judiciary]*. It constitutes an authoritarian dictatorship *[IRS, DOJ, and corrupted federal judiciary in collusion]* within a *[constitutional]* republic, demanding for itself the rights and privileges *[including immunity from prosecution for their wrongdoing in violation of Article 1, Section 9, Clause 8 of the Constitution]* accorded to political parties, but denying to all others the liberties *[Bill of Rights]* guaranteed by the Constitution. Unlike political parties, which evolve their policies and programs through public means, by the reconciliation of a wide variety of individual views, and submit those policies and programs to the electorate at large for approval or disapproval, the policies and programs of the Communist Party are secretly *[by corrupt judges and the IRS in complete disregard of the tax laws]* prescribed for it by the foreign leaders of the world Communist movement *[the IRS and Federal Reserve]*. Its members *[the Congress, which was terrorized to do IRS bidding recently by the framing of Congressman Traficant]* have no part in determining its goals, and are not permitted to voice dissent to party objectives. Unlike members of political parties, members of the Communist Party are recruited for indoctrination *[in the public schools]* with respect to its objectives and methods, and are organized, instructed, and disciplined *[by the IRS and a corrupted judiciary]* to carry into action slavishly the assignments given them by their hierarchical chieftains. Unlike political parties, the Communist Party *[due to a corrupted federal judiciary]* acknowledges no constitutional or statutory limitations upon its conduct or upon that of its members. The Communist Party is relatively small numerically, and gives scant indication of capacity ever to attain its ends by lawful political means. The peril inherent in its operation arises not from its numbers, but from its failure to acknowledge any limitation as to the nature of its activities, and its dedication to the proposition that the present constitutional Government of the United States ultimately must be brought to ruin by any available means, including resort to force and violence *[and using income taxes]*. Holding that doctrine, its role as the agency of a hostile foreign power *[the Federal Reserve and the American Bar Association]* renders its existence a clear present and continuing danger to the security of the United States. It is the means whereby individuals are seduced into the service of the world Communist movement, trained to do its bidding, and directed and controlled in the conspiratorial performance of their revolutionary services. Therefore, the Communist Party should be outlawed.
[50 U.S.C. 841 – *Clarification Mine* ]

Legal Notice of
Resignation From Social Security

If a public servant as yourself will not acknowledge the limitations and duties imposed upon you by law in complying with this lawful request then you are risking:

  a.   a criminal complaint for conspiracy to violate rights
  b.   constructive fraud
  c.   and civil damages for breach of fiduciary duty as a public officer.

Of this sort of deliberate breach of public duty and law by public servants, the U.S. Supreme Court has said:

"No man in this country is so high that he is above the law. No officer of the law [such as YOU, a "public officer"] may set that law at defiance with impunity [by ignoring or evading his duties under it]. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives," 106 U.S., at 220. "Shall it be said... that the courts cannot give remedy when the Citizen has been deprived of his property [or his earnings from labor, which are also property] by force [and CONSTRUCTIVE FRAUD through OMISSION], his estate seized and converted to the use of the government without any lawful authority, without any process of law, and without any compensation, because the president has ordered it and his officers are in possession? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights," 106 U.S., at 220, 221.
[United States vs. Lee, 106 U.S. 196, 1 S.Ct. 240 (1882)]

## Section 7.
## Conclusion

Please provide in your response:

  1.   So we can discuss your response if I have any questions or further action is necessary please provide your:
       a.   phone number
       b.   email address and
       c.   return mailing address .
  2.   Your delegation of authority mandate that specifically authorizes you to make the assertion you are making.
  3.   So that I have a reasonable cause to believe what you say, please also make sure you provide proof that you are legally responsible for what you say as a government employee. This proof must come in the form of a perjury jurat including a court cite proving that if you say something untruthful to me, you can be held legally responsible.

As you, a "public servant" is here to serve the public and I am the public you are here to serve ME, and not yourself. I should reasonably be able to expect my servants to follow the law and be just as responsible to answer to the law for everything they say as I myself would be. Please note that any communication I have with you by telephone will be recorded and may be used as legal evidence and furthermore that by placing the call or answering the phone shall constitute "proof of consent" to aforementioned recording.

Legal Notice of
Resignation From Social Security

Sincerely,

By: _____

Deuntavious-DeCorey: Arnold,
Secured Party/Creditor
All Rights Reserved
Non-Domestic / Non-Assumpsit

Declared under penalty of perjury WITHOUT the "United States" pursuant to 28 U.S.C. §1741(1) that the information provided herein is truthful, accurate, and complete to the best of my knowledge and ability. All rights reserved and waiver of none by submitting this correspondence and all attachments pursuant to UCC 1-308/UCC 1-207.

### ACKNOWLEDGEMENT

County of __Tarrant__            )
                                 ) Scilicet
__Texas Republic__ State        )

SUBSCRIBED AND SWORN TO before me this ___25th_ day of January A. D. 2024.

_____                    Seal
Notary Public Signature

My Commission Expires_____4-16-2024_____

```
MONIQUE ARMON
Notary Public, State of Texas
Comm. Expires 04-16-2024
Notary ID 132439253
```

NOTICE TO AGENT IS [imputed notice] NOTICE TO PRINCIPAL IS [imputed Notice] NOTICE TO ALL AGENTS AND GOVERNMENTAL UNITS 11 U.S.C, 101(27) OF THE SUBJECT MATTER HEREIN PRESENTED IN GOOD FAITH U.C.C. 1-201(19), U.C.C. 1-203, without prejudice.

Form **56**
(Rev. July 2004)

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

## Part I    Identification

Name of person for whom you are acting (as shown on the tax return)
**DEUNTAVIOUS DECOREY ARNOLD, Federal "trustee and "public officer"**

| Identifying number | Decedent's Taxpayer Ident. No. |
|---|---|
| **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** | |

Address of person for whom you are acting (number, street, and room or suite no.)
**1111 Constitution Ave, N.W. (domicile of "public office" pursuant to Fed.R.Civ.P. 17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Washington, District of Columbia  20224; "United States" (District of Columbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Unlawfully appointed fiduciary's name
**Deuntavious-DeCorey: Arnold, unnumbered private human being protected by the Constitution**

Address of fiduciary (number, street, and room or suite no.)
**3104 Yelpes, (Non-Domestic/Non-Assumpsit)**

City or town, state, and ZIP code
**Grand Prairie, Texas united States of America (not "United States")**

Telephone number (optional)
(     )

## Part II    Authority

1  Authority for fiduciary relationship. Check applicable box:

a(1) ☐  Will and codicils or court order appointing fiduciary . . . . . . . . (2) Date of death ........................

b(1) ☐  Court order appointing fiduciary . . . . . . . . . . . (2) Date (see instructions) ................

c  ☐  Valid trust instrument and amendments

d  ☑  Other. Describe ► **Resignation From Social Security (see attached)** ..........................

## Part III    Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ► **All** ...........................

3  Federal tax form number (706, 1040, 1041, 1120, etc.) ► **All** ...........................

4  Year(s) or period(s) (if estate tax, date of death) ► **All** ...........................

5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . ► ☐

6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ► ☐ and list the applicable Federal tax form number and the year(s) or period(s) applicable ...........................

## Part IV    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ► ☑

Reason for termination of fiduciary relationship. Check applicable box:

a  ☐  Court order revoking fiduciary authority

b  ☐  Certificate of dissolution or termination of a business entity

c  ☑  Other. Describe ► **Never lawfully appointed or elected to a public office.  It is a crime to claim I do pursuant to 18 USC 912.**

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ► ☑

b  Specify to whom granted, date, and address, including ZIP code.

► ...........................

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . ► ☐

► **No assignees or trustees identified to occupy the unlawfully created public office.**

For Paperwork Reduction Act and Privacy Act Notice, see back page.

Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004)                                                                                                          Page **2**

## Part V    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
| --- | --- |
| **NA** | |

| Address of court | Docket number of proceeding |
| --- | --- |

| City or town, state, and ZIP code | Date | Time | a.m. / p.m. | Place of other proceedings |
| --- | --- | --- | --- | --- |

## Part VI    Signature

**Please Sign Here**

I certify that I have the authority to execute this notice concerning destruction of unlawful fiduciary relationship on behalf of the nontaxpayer.

*without Recourse*

Signature of Submittter — **Authorized Representative in Behalf of:** DEUNTAVIOUS DECOREY ARNOLD

Human being never lawfully a fiduciary. — Title, if applicable

Date: 1/25/2024

Form **56** (Rev. 7-2004)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"Lawful"**, open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(8); U.S.C.A. .Const. Art. 1:8:17-18, by the real party in interest; Trustee/TRUST & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF GA, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State in order to That Congress <u>cannot</u> create a trade or business, [i.e., "as defined within 26 U.S.C. § 7701(a)(26),"] tax it; [See: inter alia, <u>License Tax Cases</u>, 72 U.S. 462; 18 L.E. 497 (1866); <u>M'Ilvaine</u> v. <u>Coxe's Lessee</u>,8 U.S. 209; 2 L.E. 598 (1808); and <u>Yick Wo</u> v. <u>Hopkins</u>, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/110-87-078252 or the like Accounts are accepted with Claim [11 U S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in DEUNTAVIOUS DECOREY ARNOLD TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause,

By: _____

Trustee/Secured Party: Deuntavious-DeCorey: Arnold
**on behalf of** DEUNTAVIOUS DECOREY ARNOLD TRUST©
All Rights Reserved, Without Prejudice. UCC 1-308

**JURAT**

County of __Tarrant___        )
                                             ) **Scilicet**
____Texas____ State         )

SUBSCRIBED AND SWORN TO before me this __25th__ day of __January__ A. D. 2024.

_____ Seal
Notary Public Signature

My Commission Expires____4-16-2024____

MONIQUE ARMON
Notary Public, State of Texas
Comm. Expires 04-16-2024
Notary ID 132439253

X) Notary Acknowledgment FRE 902(B); I the Notary hereto this (International) Commercial Affidavit, duly depose, that the person executing this document, is personally known to me, or has presented sufficient evidence to establish his lawful identity & status; I accept same as evidence of the facts presented, I depose nothing more; executed by My signature & Seal, as authorized under My Commission.

# SOCIAL SECURITY ADMINISTRATION
## Application for REVOCATION of false Social Security Card

Form Approved
OMB No. 0960-0066

| | | First | Full Middle Name | Last |
|---|---|---|---|---|
| **1** | **NAME** TO BE SHOWN ON CARD | Deuntavious- | DeCorev: | Arnold |
| | **FULL NAME AT BIRTH** IF OTHER THAN ABOVE | First DEUNTAVIOUS | Full Middle Name DECOREY | Last ARNOLD |
| | **OTHER NAMES USED** | | Never lawfully consented to apply and cannot consent to apply without committing a crime in violation of 20 CFR 422.104, 18 USC 911, & 18 USC 912. All rights reserved from birth to death UCC 1-308./1-207 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2** | Social Securing number previously ILLEGALLY assigned to the INELIGIBLE person listed in item 1 (crime if not revoked) | 2 | 5 | 9 | – | 5 | 9 | – | 7 | 6 | 9 | 2 |

| | | | Office Use Only | | |
|---|---|---|---|---|---|
| **3** | **PLACE OF BIRTH** (Do Not Abbreviate)  City | X ATLANTA    X GEORGIA  State or Foreign Country | FCI | **4 DATE OF BIRTH** | 09/24/1987  MM/DD/YYYY |

| | | | |
|---|---|---|---|
| **5** | **CITIZENSHIP** ( Check One ) | ☐ U.S. Citizen   ☒ Legal Alien Allowed To Work   ☐ Legal Alien Not Allowed To Work(See Instructions On Page 3)   ☐ Other (See Instructions On Page 3) | |

| | | | | |
|---|---|---|---|---|
| **6** | **ETHNICITY** Are You Hispanic or Latino? (Your Response is Voluntary) ☐ Yes   ☐ No | **7** | **RACE** Select One or More (Your Response is Voluntary) | ☐ Native Hawaiian   ☒ American Indian   ☐ Other Pacific Islander ☐ Alaska Native   ☐ Black/African American   ☒ White ☐ Asian |

| | | |
|---|---|---|
| **8** | **SEX** | ☒ Male   ☐ Female   This form REPLACES rather than AMENDS any previous SS-5 forms on file. All previous forms are FALSE and FRAUDULENT. Applicant NEVER ELIGIBLE for Social Security. |

| | | First | Full Middle Name | Last | |
|---|---|---|---|---|---|
| **9** | **A. PARENT/ MOTHER'S NAME AT HER BIRTH** | MELISSA | ELINA | ARNOLD | |
| | **B. PARENT/ MOTHER'S SOCIAL SECURITY NUMBER** (See Instructions for 9 B on Page 3) | | | | ☒ Unknown |

| | | First | Full Middle Name | Last | |
|---|---|---|---|---|---|
| **10** | **A. PARENT/ FATHER'S NAME** | UNKNOWN | | | |
| | **B. PARENT/ FATHER'S SOCIAL SECURITY NUMBER** (See instructions for 10B on Page 3) | | | | ☒ Unknown |

| | |
|---|---|
| **11** | Has the person listed in item 1 or anyone acting on his/her behalf ever filed for or received a Social Security number card before? ☐ Yes (If "yes" answer questions 12-13)   ☒ No   ☐ Don't Know (If "don't know," skip to question 14.) |

| | | First | Full Middle Name | Last |
|---|---|---|---|---|
| **12** | Name shown on the most recent Social Security card issued for the person listed in item 1 | Same. Person on card in connection with SSN is an ILLEGALLY CREATED public office that I don't consent to represent and can't lawfully represent (straw man). | | |

| | |
|---|---|
| **13** | Enter any different date of birth if used on an earlier application for a card _____ MM/DD/YYYY |

| | | | | |
|---|---|---|---|---|
| **14** | **TODAY'S DATE** 1/25/2023  MM/DD/YYYY | **15** | **DAYTIME PHONE NUMBER** | 987  Area Code   6543210  Number |

| | | | |
|---|---|---|---|
| **16** | **MAILING ADDRESS** (Do Not Abbreviate) | City | 3104 Yeltes, Grand Prairie, Texas [ 75054 ] Non-Domestic / Non-Assumpsit See attached Legal Notice of Resignation From Social Security and Demand for Rebuttal.  State/Foreign Country   ZIP Code This document is false, fraudulent, and PERJURIOUS unless accompanied by Resignation From Social Security document signed and attached |

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best to my knowledge.

| | | | |
|---|---|---|---|
| **17** | **YOUR SIGNATURE** without Recourse  X _____ © | **18** | **YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:** ☒ Self   ☐ Natural Or Adoptive Parent   ☐ Legal Guardian   ☐ Other  Specify |

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY )

| NPN | | | DOC | NTI | CAN | | ITV |
|---|---|---|---|---|---|---|---|
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

| | |
|---|---|
| EVIDENCE SUBMITTED | SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW |
| | _____  DATE |
| | DCL   DATE |

Form SS-5 (08-2011) ef (08-2011)    Destroy Prior Editions    Page 5

Form **SSA-521** (07-2023) UF
Discontinue Prior Editions
Social Security Administration

Page 1 of 2
OMB No. 0960-0015

TOE 420

## REQUEST FOR WITHDRAWAL OF APPLICATION

Do not write in this space

IMPORTANT NOTICE - This is a request to withdraw your application. If we approve it, the decision we made on your application will have no legal effect. You will forfeit all rights attached to an application, including the rights of appeal. You will have to return any payment we made to you or anyone else on the basis of that application. You must then reapply if you want a determination of your Social Security rights at any time in the future. Any subsequent application may not involve the same retroactive period. We intend for you to use this procedure only when your decision to file has resulted, or will result, in a disadvantage to you. Your local Social Security office will be glad to explain whether, and how, this procedure will help you.

| NAME OF WAGE EARNER, SELF-EMPLOYED INDIVIDUAL, OR ELIGIBLE INDIVIDUAL | SOCIAL SECURITY NUMBER |
|---|---|
| DEUNTAVIOUS DECOREY ARNOLD | 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 |

| IF DIFFERENT, PRINT YOUR NAME (*First name, middle initial, last name*) | YOUR SOCIAL SECURITY NUMBER |
|---|---|
| Deuntavious-Decorey: Arnold Human Being and Non-Resident | N/A |

| TYPE OF BENEFIT YOU WANT TO WITHDRAW | DATE OF APPLICATION | IF APPLICABLE, DO YOU WANT TO KEEP |
|---|---|---|
| Social Security / All | 01/25/2024 | MEDICARE BENEFITS? ☐ Yes ☒ No |

I hereby request the withdrawal of my application, dated as above, for the reasons stated below. I understand that (1) this request may not be canceled after 60 days from the mailing of notice of approval; and (2) if a determination of my entitlement has been made, there must be repayment of all benefits paid on the application I want withdrawn, and all other persons whose benefits would be affected must consent to this withdrawal. I further understand that the application withdrawn and all related material will remain a part of the records of the Social Security Administration and that this withdrawal will not affect the proper crediting of wages or self-employment income to my Social Security earnings record.

Give reason for withdrawal. *(If you need more space, see additional remarks)*

1. ☐ I intend to continue working. (I have been advised of the alternatives to withdrawal for applicants under full retirement age and still wish to withdraw my application.)

2. ☒ Other (Please explain fully):

I have never been eligible to participate in the program because:(1) I never explicitly consented to participate (2) I was lied to about the affects of participation; (3) I never maintained a egal domicile in the "United States" s defined in the current Social Security Act section 1101(a)(2) and 42 U.S.C. 1301(a)(2) See Additional Remarks

☐ See additional remarks

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false statement about a material fact in this information, or causes someone else to do so, commits a crime and may be subject to a fine or imprisonment.

### SIGNATURE OF PERSON MAKING REQUEST

| Signature *(First name, middle initial, last name) (Write in ink)* | Date *(Month, day, year)* |
|---|---|
| *without Recourse* **SIGN HERE** By: *[signature]* © | 01/25/2024 |
| | Telephone Number *(include area code)* 913-333-2034 |

Mailing Address *(Number and Street, Apt. No., P.O. Box, or Rural Route)*
3104 Yeltes

| City and State | ZIP Code | Enter Name of County (if any) in which you now live |
|---|---|---|
| Grand Prairie Texas Republic | [75054] | near Tarrant |

**Witnesses are required ONLY if this request has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the request must sign below, giving their full addresses.**

| 1. Signature of Witness *[signature]* | 2. Signature of Witness *[signature]* |
|---|---|
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |
| 3104 Yeltes Grand Prairie Texas 75054 | 3104 Yeltes Grand Prairie Texas 75054 |

### FOR USE OF SOCIAL SECURITY ADMINISTRATION

☐ APPROVED   ☐ NOT APPROVED BECAUSE   ☐ BENEFITS NOT REPAID   ☐ CONSENT(S) NOT OBTAINED   ☐ OTHER *(Attach special determination)*

| Signature Field | TITLE | ☐ OTHER *(Specify)* | DATE |
|---|---|---|---|
| | ☐ CLAIMS SPECIALIST | | |

Form **SSA-521** (07-2023) UF                                                                                          Page 2 of 2

Additional Remarks: as required by 20 CFR 422.104. I therefore permanently and irrevocably wish to terminate participation and any number that was unlawfully issued under the program and all contributions illegally withheld or sent in to be returned to me as requested in the attached Resignation From Social Security document.

### Privacy Act Statement
### Collection and Use of Personal Information

Sections 202, 205, 223 and 1872 of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent withdrawal of the application for benefits.

We will use the information you provide to cancel your application for benefits. We may also share the information for the following purposes, called routine uses:

- To contractors and other Federal Agencies, as necessary, for the purpose of assisting us in the efficient administration of our programs. We will disclose information under this routine use only in situations in which we may enter into a contractual or similar agreement to obtain assistance in accomplishing an SSA function relating to this system of records; and,

- To student volunteers, individuals working under a personal services contract, and other workers who technically do not have the status of Federal employees, when they are performing work for us, as authorized by law, and they need access to personally identifiable information (PII) in our records in order to perform their assigned agency functions.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notice (SORN) 60-0089, entitled, Claims Folders System, as published in the Federal Register (FR) on October 31, 2019, at 84 FR 58422. Additional information, and a full listing of all of our SORNs, is available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, ar answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can fii your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing t burden to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate or other aspects of this collection to this address, not the completed form.*

# Verification of Identity by Public Official

BEFORE ME, the undersigned Notary Public, for the County of _Tarrant_, Republic of __Texas__ (state), on this ___25th___ day of _January_, 2024, state that <u>Deuntavious-Decorey: Arnold</u> did appear and was identified by (circle one):  Driver's license / Passport / Other:_International Driver License__.

Who, upon first being duly sworn and/or affirmed, deposes and says that:

1.   He/she is an exclusively private human being NOT representing any office or exercising any agency on behalf of any government such as "citizen" or "resident" or "person" (under civil statutory law), "taxpayer" (under tax code), "driver" (under vehicle code), "spouse" (under family code) etc.

2.   Whose identity is described herein whose father's name is:_UNKNOWN_ whose Mother's name is:_Melissa Elanie Arnold_____

3.   Born at: ____8:40pm____ on __24th__ day of __September_, in the year of _1987.

## 5. Whose Picture Appears in this Box

4.   Whose Eyes are the color of: <u>Brown</u>
     Standing at a Height of: _5'6_ with Hair the color of: <u>Black</u>



6.   The affixed picture and all information on this affidavit are true to the best of his/her knowledge and belief.

7.   The human being who appeared before me provided the following signature:

By: _____

I certify under PENALTY OF PERJURY under the laws of the State of <u>Texas</u> that the foregoing is true and correct.

WITNESS my hand and official seal.

_____    SEAL:
Notary Public

SEAL:

MONIQUE ARMON
Notary Public, State of Texas
Comm. Expires 04-16-2024
Notary ID 132439253

My Commission Expires On: ____4-16-2024____

Certificates of Non Citizen Nationality

Public Law 94 – 241, Section 302

"As the Department has received few requests, there is no justification for the creation of a non-citizen national certificate. Designing a separate document that includes anti-fraud mechanisms was seen as an inefficient expenditure of resources. Therefore, the Department determined that those who would be eligible to apply for such a certificate may instead apply for a United States passport that would delineate and certify their status as a national but not a citizen of the United States.

If a person believes he or she is eligible under the law as a non-citizen national of the United States and the person complies with the provisions of section 341(b) of the INA, 8 USC 1452(b), he/she may apply for a passport at any Passport Agency or acceptance facility in the United States. When applying, applicants must execute a Form DS-11 and show documentary proof of their non-citizen national status as well as their identity."

**[properly filled Fonn DS-11, your CoLB, and proper passport-size photo]**

**8 U.S. Code § 1452 - Certificates of citizenship or U.S. non-citizen national status; procedure**
**(b)** Application to Secretary of State for certificate of non-citizen national status; proof; oath of allegiance A person who claims to be a national, but not a citizen, of the United States may apply to the Secretary of State for a certificate of non-citizen national status. Upon –

> **(1)** proof to the satisfaction of the Secretary of State that the applicant is a national, but not a citizen, of the United States, and *[this is my CoLB - Certificate of Live Birth]*

> **(2)** in the case of such a person born outside of the United States or its outlying possessions, taking and subscribing, before an immigration officer within the United States or its outlying possessions, to the oath of allegiance required by this chapter of a petitioner for naturalization, *[see oath below]*

the individual shall be furnished by the Secretary of State with a certificate of non-citizen national status, but only if the individual is at the time within the United States or its outlying possessions.

**Section 302 of Public Law 94 - 241:**
Any person ... become a national but not a citizen of the United States by making a declaration under oath before any court established by the Constitution or laws of the United States or any other court of record in the Commonwealth in the form as follows:

*'I* Deuntavious-Decorey: Arnold *being duly sworn, hereby declare my intention to be a national but not a citizen of the United States.'*

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT;
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

### WITHOUT RECOURSE/ NON-ASSUMPSIT
All Rights Reserved - Errors & Omissions Excepted

### JURAT AFFIDAVIT:
### Acceptance, Declaration, Recognition and Acknowledgement

I, the living man with the given-appellation ©Deuntavious-Decorey: Arnold™; do say and swear that I accept, recognize, and acknowledge the above Definitive Treaty of Peace 1783 (aka: Treaty of Paris 1783) as a private American national.

*"I, ©Deuntavious-Decorey: Arnold™; being duly sworn, hereby declare my intention to be a. national but not a citizen of the United States. My Certificate of Live Birth is proof of my status as a natural born Georgian and National state Citizen of Georgia in its constitutional capacity, as one of the several states of the Union."*

By: _____

@Deuntavious-Decorey: of the family Arnold™
Living Man Principal Secured Party, Power of
Attorney-in-Fact; Holder-In-Due-Course, Master
Account Holder, Copyright/ Trademark/ Trade name/
Patent owner Holder of Title, Lien and Bond of the
private property

State of the <u>Texas</u> Republic
County of <u>Tarrant</u>

Subscribed and sworn before me on 28th January, 2024

_____
Notary public

MONIQUE ARMON
Notary Public, State of Texas
Comm. Expires 04-16-2024
Notary ID 132439253

Notary Seal

# AFFIDAVIT OF OWNERSHIP

Deuntavious-Decorey: Arnold
c/o 3104 Yeltes
Grand Paririe, Texas Republic [75054]
**Affiant**

**RE**: Birth Certificate # 110-87078252 for DEUNTAVIOUS DECOREY, Estate

I, the undersigned affiant, of lawful age and being first duly sworn on my oath, depose and state that I am familiar with the facts recited, and the party named in said Birth Certificate is the same party as one of the owners named in said certificate of title.

Further affiant sayeth not.

All Rights Reserved.

_____
Deuntavious-Decorey: Arnold, Affiant

TEXAS REPUBLIC                )
                             ) ss.
COUNTY OF TARRANT             )

On this 16th day of Januarys, 2024, before me, the undersigned, a Notary Public in and for said county, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he/she has executed the same.

_____
Public Notary

_____
My Commission Expires
4/16/2024

MONIQUE ARMON
Notary Public, State of Texas
Comm. Expires 04-16-2024
Notary ID 132439253

(seal)

1





## GEORGIA SUPERIOR COURT
## CLERKS' COOPERATIVE AUTHORITY
*Notary and Authentications Division*
*1875 Century Boulevard, Suite 100*
*Atlanta, Georgia 30345*
*(404) 327-6023*

### APOSTILLE
(Convention de La Haye du 5 Octobre 1961)

1.   Country: **UNITED STATES OF AMERICA**

2.   This public document
     has been signed by **CHRISTOPHER JP HARRISON**

3.   acting in the capacity of **STATE REGISTRAR AND CUSTODIAN, STATE OFFICE OF VITAL RECORDS**

4.   bears the seal/stamp of

     **GEORGIA STATE OFFICE VITAL RECORDS**


     **CERTIFIED**

5.   at **ATLANTA, GEORGIA**          6.   the **27TH DAY OF DECEMBER, 2023**

7.   by **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8.   No. **I-740649**

9.   Seal/Stamp                    10.  Signature:



JOHN E. EARLE
EXECUTIVE DIRECTOR

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears. This Apostille does not certify the content of the document for which it was issued. This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

11-D    0409388-9

## STATE OF GEORGIA—CERTIFICATE OF LIVE BIRTH

TYPE OR PRINT IN PERMANENT BLACK OR BLUE-BLACK INK

Local File Number   018004

State File Number   110- 07 078252

**CHILD**

CHILD'S NAME   FIRST   MIDDLE   LAST

1. Deuntavious   DeCorey   ARNOLD

SEX   2. Male

DATE OF BIRTH (Mo, Day, Year)   3a. Sept. 24, 1987

TIME OF BIRTH   3b. 8:40 P. M.

THIS BIRTH (Single, Twin, Triplet, Etc.)   4a. Single

IF NOT SINGLE BIRTH, SPECIFY BIRTH ORDER   4b.

CITY, TOWN, OR LOCATION OF BIRTH   5a. Atlanta

HOSPITAL NAME (If not Hospital, give Street and Number)   5b. Grady Memorial Hospital

COUNTY OF BIRTH   5c. Fulton

**MOTHER**

MOTHER (MAIDEN NAME)   FIRST   MIDDLE   LAST

6a. Melissa   Elaine   Arnold

AGE (At time of this birth)   6b. 17

DATE OF BIRTH (Mo, Day, Year)   6c. August 17, 1970

STATE OF BIRTH (If not U.S.A. name Country)   6d. Georgia

RESIDENCE—STATE   7a. Georgia

COUNTY   7b. Fulton

CITY, TOWN, OR LOCATION   7c. East Point

STREET AND NUMBER OF RESIDENCE   7d. 2145 Stanton Circle, Apt. B-2

INSIDE CITY LIMITS (Yes or No)   7e. Yes

MOTHER'S MAILING ADDRESS—IF SAME AS ABOVE, ENTER ZIP CODE   8. 30344

**FATHER**

FATHER'S NAME   FIRST   MIDDLE   LAST   9a.

AGE (At time of this birth)   9b.

DATE OF BIRTH (Mo, Day, Year)   9c.

STATE OF BIRTH (If not U.S.A. name Country)   9d.

I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF (Signature of Parent or other Informant)   10a. X Melissa Elaine Arnold

RELATION TO CHILD   10b. Mother

**CERTIFIER**

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE. (Signature)   11a. X Miley MD

DATE SIGNED (Mo, Day, Year)   11b. 9/24/87

ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print)   11c. (Name)   11d. (Title)

CERTIFIER—NAME AND TITLE (Type or Print)   11e. Gerald Malnar (MD)

CERTIFIER—MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip)   11f. 80 Butler Street, S.E., Atlanta, Georgia 30335

**REGISTRAR**

REGISTRAR (Signature)   12a.

DATE RECEIVED BY LOCAL REGISTRAR (Mo, Day, Year)   12b. 5 1987

Form 3901 (Rev. 8-83) DEPARTMENT OF HUMAN RESOURCES VITAL RECORDS SERVICE

STATE COPY

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE GEORGIA DEPARTMENT OF PUBLIC HEALTH, STATE OFFICE OF VITAL RECORDS. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3, DPH RULES AND REGULATIONS. Any reproduction of this document is prohibited by statute. Do not accept unless on security paper with seal of Vital Records clearly embossed. Chapter 31-10, Code of Georgia as amended.

OCT 19 2023

BY   OCT 23 2023

S2350437

State Registrar

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, EMBOSSED SEAL AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT.

Form 3972 (Rev.5/15)



# ACT OF EXPATRIATION
# DOMICILE DECLARATION AND ALLEGIANCE



**civil flag of the united states**

WHEREAS DEUNTAVIOUS DECOREY ARNOLD, ARNOLD, DEUNTAVIOUS DECOREY, ARNOLD, DEUNTAVIOUS, DEUNTAVIOUS ARNOLD, and any/all other similarly named vessels in trade or commerce are all presumed to be "naturalized CITIZENS of the UNITED STATES" under the Diversity Clause and the Agent / Authorized Representative / Attorney in Fact is of legal age of majority; WHEREAS such citizenship was never desired nor intended nor voluntarily entered into upon the lawful contractual conditions of full disclosure, DEUNTAVIOUS DECOREY ARNOLD willingly and purposefully renounces all citizenship or other assumed political status or obligation related to the UNITED STATES as defined as "a federal corporation" [see 28 U.S.C. § 3002 (15)(a)] and its government doing business variously as the UNITED STATES, the UNITED STATES OF AMERICA, the DISTRICT OF COLUMBIA MUNICIPAL CORP., *et al.*, etc. The undersigned hereby declares a permanent domicile upon and repatriates the soil of his birth known as Georgia and freely affirms his allegiance to the same, organic, and actual state of the Union [see 8 U.S.C. § 1101 (a)(21)] and does accept and reclaims his true nationality as an American State National and operates his vessel as an American State Vessel in international and maritime commerce including all operations under Article X of the Constitution for the united States of America and Article X of the United States of America, owned and operated by:

Deuntavious-Decorey: Arnold
c/o 3104 Yeltes
Grand Prairie, Texas Republic [Postal Code Exempt – D.M.M. 602, 1.3 (e)(2)]

Respectfully submitted without prejudice,

Deuntavious-Decorey: Arnold, Attorney in Fact

1

COUNTY RECORDER,
PLEASE RETURN TO:

    Deuntavious-Decorey: Arnold
      c/o 3104 Yelts
      Grand Prairie, Texas [75054]

## DECLARATION OF POLITICAL STATUS AND ALLEGIANCE

I; a man; Deuntavious-Decorey: Arnold; Deuntavious Decorey Arnold, have personal knowledge of the following facts and state those facts under the penalty of perjury.

1. I was born on September 24, 1987, on the land of Fairfield, "Georgia," one of the several States of the American Union, and not this STATE OF GEORGIA, a, Federally legislated state, described in Title 28 United States Code Section 124, and commonly known as" GA."

2. I have no disabilities in which would prevent me from making this Declaration, which right to make this Declaration, is recognized by the United States in the United Nations Covenant on Civil and Political Rights, Section 9, Article 1.

3. I am one of the "people of the United States" and NOT an "inhabitant of the United States" in accordance with Article 3: of the Definitive Treaty of Peace of 1783.

4. According to the Government Styling Manual, located at the following Internet URL (address), http://www.gpoaccess.gov/stylemanual/2000/chapter txt-5.html, and printed by the United States Government, as a result of my birth in "Georgia," I am an Georgian, pursuant to Section 5.23, as a "native of the several States" of the American Union.

5. I am an Georgian domiciled on the land of "Texas," one of the several States of the American Union. See Mitchell V. U.S., 88 U.S. 350 (1874).

6. My nationality is that of a Texan determining my political status and political allegiance to "Texas" and not to the UNITED STATES OF AMERICA. See Black's 4th, Edition Law Dictionary, page 1176, under "NATIONALITY."

7. I only recognize the jurisdiction of Texas or any of the several States of the American Union, whose land I happen to be living upon or sojourning through.

8. I am not now a United States Citizen and have never been a United States Citizen.

9. I am not subject to the jurisdiction of the United States.

10. I am a Beneficiary of the 1789 Constitution of the United States for the United States of America, with its Preamble, minus its Amendments.

11. Any officer of the United States of America, who has taken an Oath of Office pursuant to Article VI of the 1789 Constitution, listed in Paragraph Number 9, is a fiduciary of Deuntavious Decorey Arnold, to protect Deuntavious Decorey Arnold absolute, fundament and substantial rights, his property rights and his property.

**I DECLARE FURTHER NOT.**

By: _____

                Deuntavious Decorey Arnold; Deuntavious-Decorey Arnold
                      Without Prejudice, Only Nation Texas

STATE OF TEXAS, COUNTY OF NUECES

BEFORE ME, appeared ; Deuntavious-Decorey Arnold, a Texan, a living, breathing man, who is known to me, and who swore/affirmed the foregoing facts are true and correct under the penalty of perjury, on the 25th day of January 2024.

_____
Texas Notary Public Signature

_____
Texas Notary Public Printed Name

My Commission expires on:        4/16/2024

Notary Seal



MONIQUE ARMON
Notary Public, State of Texas
Comm. Expires 04-16-2024
Notary ID 132439253

| U.S. Office of Personnel Management<br>Guide to Personnel Data Standards | **ETHNICITY AND RACE IDENTIFICATION**<br>(Please read the Privacy Act Statement and instructions before completing form.) |
|---|---|

| Name (Last, First, Middle Initial)<br><br>**Arnold, Deuntavious-Decorey** | Social Security Number<br><br>**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** | Birthdate (Month and Year)<br><br>**09/1987** |
|---|---|---|

Agency Use Only

### Privacy Act Statement

Ethnicity and race information is requested under the authority of 42 U.S.C. Section 2000e-16 and in compliance with the Office of Management and Budget's 1997 Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity.  Providing this information is voluntary and has no impact on your employment status, but in the instance of missing information, your employing agency will attempt to identify your race and ethnicity by visual observation.

This information is used as necessary to plan for equal employment opportunity throughout the Federal government.  It is also used by the U. S. Office of Personnel Management or employing agency maintaining the records to locate individuals for personnel research or survey response and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies.

Social Security Number (SSN) is requested under the authority of Executive Order 9397, which requires SSN be used for the purpose of uniform, orderly administration of personnel records. Providing this information is voluntary and failure to do so will have no effect on your employment status. If SSN is not provided, however, other agency sources may be used to obtain it.

**Specific Instructions**: The two questions below are designed to identify your ethnicity and race.  **Regardless of your answer to question 1, go to question 2.**

**Question 1.  Are You Hispanic or Latino?**  (A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.)
☐ Yes  ☒ No

**Question 2.**  Please select the racial category or categories with which you most closely identify by placing an "X" in the appropriate box.  Check as many as apply.

| RACIAL CATEGORY<br>(Check as many as apply) | DEFINITION OF CATEGORY |
|---|---|
| ☒ American Indian or Alaska Native | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ☐ Asian | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ Black or African American | A person having origins in any of the black racial groups of Africa. |
| ☐ Native Hawaiian or Other Pacific Islander | A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. |
| ☒ White | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. |

Standard Form 181
Revised August 2005
Previous editions not usable

42 U.S.C. Section 2000e-16

NSN 7540-01-099-3446

**Affidavit of US National Identification -- Public & Private Use -- Official File # UCC20232104999**

Given name of US National: _Deuntavious-Decorey_ of the clan/

family/tribe: _Arnold_

Date of mortal creation    _12/24/1986_

Place of mortal free birth    _Atlanta, Georgia Republic_    USA

Sex: _Male_  Nationality: [ X ] us national [ X ] state citizen of _Texas_

Status: Non-Assumpsit, Non-Resident Alien, Non-Person, Non Combatant, Non Taxpayer, Non-Federal Employee, Non-Driver, Non-Inhabitant, Non-Statutory

Names of Association: _DEUNTAVIOUS DECOREY ARNOLD_ no liability

Eye(s): _Brown_ Hair: _Brown_ Height: _5'6_ Weight _140_

Distinguishing Traits _____

**Parental Information**

Mother name: _Melissa-Elaine: Arnold_        Fathers name: _Unknown_

Emergency contact Info: ___SueAnne Johnson    317-437-8300_____

**Location:** Rural Free Delivery Address -- Domiciled without the United States

___c/o 3104 Yeltes Grand Prairie Texas_____ Zip code: 00000

Private travel plate_____ VIN_____

**Contact Information**

Name: _Deuntavious-Decorey: Arnold_   ph# _913-333-2034_    @ _andcertifiedadjusters@pm.me_

**Witness:** _____        Print_ SueAnne: Johnson_

**Other Info:**_____

## Affidavit of Jurat - NON NEGOTIABLE-RECORD # _____

> By the Constitution of the USA Republic and Jurisdiction take due notice that I am a US National.

Texas Republic                )
                              )
Tarrant County                )

On _16th January 2024_ before me, _____Monique Arnon_____
        Date                         *Here Insert Name and Title of the Notary*

Personally appeared _Deuntavious-Decorey Arnold_ has declared to be a **Constitutional national of the United States** (22) The term "national of the United States" means (A) a citizen of the United States, or (B) a person who, though **not** a citizen of the United States, owes permanent allegiance to the United States of America Republic. **8 USC § 1101(22)(b).** Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in their authorized capacity(ies). Use of Notary Public doesn't construe any jurisdiction. A private national of The United States of America, domiciling within a non-military/federal zone occupied private estate not subject to the jurisdiction of the "United States." Domicile in the "united States of America" -- "no residence" without the U.S. **All forms of prior contractual consent or implied license is revoked.**

I Authenticate under PENALTY OF GOD & the laws of the USA Republic that the foregoing paragraph is true and correct. WITNESS my hand and official seal. I am of the age of the Majority. Freedom, liberty, and perpetuity. My Blue Thumb Print.

UCC1-308

By:_____

## NOTARY / JUSTICE OF PEACE

For the purpose of verification only, on the 18th day of January, 2024, Deuntavious Decorey Arnold personally appeared before me and proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed hereto and acknowledged to me that he or she executed the same. Subscribed before me on this day. Witness my hand and seal this 18th day of January, 2024.

Notary name: _Monique Armon_

Notary signature: _Monique Armon_

MONIQUE ARMON
Notary Public, State of Texas
Comm. Expires 04-16-2024
Notary ID 132439253

_____

NOTARY SEAL



DEUNTAVIOUS DECOREY ARNOLD, ESTATE
Office of the Executor
General Post Office
c/o 3104 Yeltes,
Grand Prairie [Non-domestic], Texas, near [75054].

Case Number:  DDA-110-87078252
18th January, 2024

## NOTICE OF ACCEPTANCE TO GENERAL EXECUTOR'S OFFICE

From: Office of the General Executor, DEUNTAVIOUS DECOREY ARNOLD, ESTATE

To: Certificate of Service.

Subj: GRANTOR'S / TESTATOR'S ASSERTION OF RIGHT AND ACCEPTANCE TO OFFICE OF GENERAL EXECUTOR AND CHIEF ADMINISTRATOR FOR THE ESTATE OF DEUNTAVIOUS DECOREY ARNOLD.

Ref: A Last Will and Testament for DEUNTAVIOUS DECOREY ARNOLD, ESTATE, filed at the COUNTY OF TARRANT Courthouse in Superior Court Case Number DDA-110-87078252 .

1. Situation and purpose. To confirm by acknowledgment the appointment of Deuntavious-Decorey: Arnold to the office of General Executor and Chief Administrator for the Trust and all matters governing the Estate of DEUNTAVIOUS DECOREY ARNOLD as per the intentions of the Grantor and Testator's last will and testament filed within the Tarrant Judicial Circuit, STATE OF TEXAS, and the COUNTY OF TARRANT Register / Recorder of Deeds.

1(a). Let it be known to all that by this duly recorded Notice that the Office of General Executor for the DEUNTAVIOUS DECOREY ARNOLD, Estate is hereby occupied, *Nunc Pro Tunc.*

1(b). The Divine Creator as Grantor/Creator of Deuntavious-Decorey: Arnold, the Triune of Body-Mind- Spirit as the original Trust Corpus, did gift, grant and convey the Divine Right of Use into Trust for Our Benefit.

1(c). As witnessed before all Heaven and Earth the Creator granted to Us at birth the immutable and irrevocable Rights over Our name, Our Free Will, Our flesh, Our energy, Our labor, Our mind, and Our Divine spirit. Deuntavious-Decorey: Arnold, the Triune of Body-Mind-Spirit with Authority and Dominium from the Divine Creator, do hereby pronounce, claim and occupy the Office of General Executor for the DEUNTAVIOUS DECOREY ARNOLD, Estate, *Nunc Pro Tunc.*

1

1(d). As We have accepted the appointment of occupant of the Office of General Executor, no office, nor officers possess any lawful rights or Our recognition to continue as agents, administrators and guardians on Our behalf. Therefore, whether they had acted through an office of custodian, protector, steward, keeper, guardian, attorney-in-fact or any other title, We hereby pronounce their acts null and void, *Nunc Pro Tunc*.

1(e). As for any assumed filial claims of the State over Us, let it be known to all that We hereby disavow the State having any filial rights over Us for the first time; We disavow the State having any filial rights over Us for the second time; and We disavow the State has any filial rights over Us before the Divine Creator and all Heaven and Earth for the third and final time.

2. Cancellation. This assertion cancels, voids, rescinds, revokes, and repudiates all policy, statutes, contracts, and presumptions of presumed executorial or administrative authority. This appointment is valid from your receipt of this notice, *Nunc Pro Tunc*.

3. Mission/Objective. To publish and promulgate the Testator's and Grantor's Assertion of Right and affirming the office of General Executor and Chief Administrator for the Estate of DEUNTAVIOUS DECOREY ARNOLD / DEUNTAVIOUS D, ARNOLD / DEUNTAVIOUS ARNOLD, and every variation of an artificial entity, i.e., "Collective Entity," known herein both jointly and severally herein as the "Estate" while maintaining a peaceful relationship with those "in care of" persons, serving as trustees, fiduciaries, and public servants appointed by the Executor to serve the interests of the Estate. Let it be known that I hereby appoint public servants: Judges for the SUPERIOR COURT FOR TEXAS, TEXAS Attorney General, Ken Paxton, the District Attorney's offices for TEXAS, Governor of TEXAS, Greg Abbot, and TEXAS Secretary of State, Jane Nelson, as fiduciaries over the Estate; and they are hereby ordered to withdraw all charges against the Estate, grant the Estate a full pardon of all charges against the Estate, and award the relief sought in Petitioner's Motion for Default Judgment which was filed in the Superior Court of the COUNTY OF TARRANT Judicial Circuit, State of TEXAS, on 19TH January, 2024. This is the said public servants' only orders and responsibilities. Any other action is unauthorized and will be deemed null and void by this Court which is the Executor's Office. As the General Executor, I, Deuntavious-Decorey: Arnold, give the said public servants 10 days to execute my orders. Failure to do so will result in breach of fiduciaries' duties which is Trust Law, the highest law, being violated and total disregard towards the highest office which is the Office of General Executor, the Court.

a. All officials and government servants have taken an oath. Even if they have not taken an oath on record, they have cashed a paycheck and accepted the responsibility. The fiduciary duty of all officials is to serve and protect the Estates and the occupant of the Executor Office. A fiduciary responsibility is the highest responsibility in law.

2

4. <u>Execution</u>. As of the date of this notice, Deuntavious-Decorey: Arnold, who is a Moor, possessing Free-hold by inheritance and Primogeniture Status, a natural person, identified in the Will, assumes the Office of General Executor and Chief Administrator for the Estate and is granted full faith and credit to execute the duties of this office as outlined in the Will.

5. <u>Administration</u>.

a. All Courts of Record, Courts of Equity, Administrative Courts, Legislative Courts, and the Officers of Public Trust have a duty and responsibility to acknowledge the Office of General Executor and Chief Administrator for all matters regarding administration of claims against DEUNTAVIOUS DECOREY ARNOLD, DEUNTAVIOUS D. ARNOLD, DEUNTAVIOUS ARNOLD, and any and all spelling variations of the said Estate.

b. Any use or reference to the title Deuntavious-Decorey: Arnold by the Executor or Chief Administrator, including the titles, Governor/Grantor/Executor/ Director/Sole Beneficiary/Sole Shareholder/Chief Executive Officer/Guardian, in any format and/or rendering is always to refer to the General Executor's Office.

c. The Chief Administrator and General Executor is not subject to lien, levy, submission to jurisdiction, or acquisition at any moment or in any situation, and shall enjoy all privileges, benefits, and immunities afforded by the United States Constitution, Treaty of Peace, and the Will.

d. The Chief Administrator and General Executor is not a public servant and any claim to the contrary must be proven by payroll records to include the alleged public servant title and sworn under the penalty of perjury and under full commercial liability. The Grantor claims common law jurisdiction at every moment and at all time(s).

e. The Grantor waives all compelled benefits of every type and kind.

f. Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit sworn to under penalty of perjury with an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information and/or unproven misleading statements or assertions. No other refuting documents will be accepted. Failure to respond within 10 days will be agreement and estoppel.

g. <u>Claims against the Estate</u>. All claims against the Estate for payment or usage of credits or interest of any kind and in any amount, whether it be for tax, or fee, or collection, or charge, or discharge, ***shall not be paid*** without being presented to the office of General Executor for approval.

(1) When approval is given for administration or probation of the Estate, it shall be made evident in writing by this office, and as per requirement, anyone who claims authority to act on behalf of the estate shall be required to be in possession of the letter affirming the Fiduciary authority to do so. Continuing unauthorized use of credits or interests without express consent

3

and upon being noticed by this order constitutes fraud against the estate and the commission of perjury by the individuals acting.

h. Notice to Trustees and Fiduciaries. Trustees and Fiduciaries may not assert any management power over the Estate without delegation in writing by authority from this office. Fiduciaries shall at no time improperly use the Estates money, assets, property, services, or credit in the performance of, or as a result of their official duties for activities that have not been approved by this office.

i. Notice to Public Officials and Trustees.

(1) Every person who, under color of law or any statute, ordinance, regulation, custom, or usage of any state or territory interferes, obstructs, deprives any rights, privileges, or immunities of the Estate shall be liable to the Estate without immunity in an action at suit or other proper proceeding for redress.

(2) Public officials wishing to present a claim against the Estate shall, in accordance with the law and administrative policy established by this office, comply with requirement to disclose personal assets and liabilities as well as those of their spouses and/or dependents to the administration office of the Estate.

j. Response to this Notice. Response is not required; however, any response received of which purports the inability or refusal to perform in accordance with the guidance set forth in this notice must be submitted to our office including a signed PSQ1 or with affirmation signed under penalty of perjury in accordance with requirements set forth in the Privacy Act of 1974 (Public Law 93-579) which shall serve to ensure high standards of honesty, impartiality, moral character, and honorable conduct as in accordance with Title 5 C.F.R. Part 735. The Estate is relying on your silence as consent and assent to bind this agreement and the duties and obligations set forth herein.

## MEMORANDUM OF LAW

1) The Executor Office is the "Court" as the Sovereign is in equality. Definition of Court in the Black's Law Dictionary, 4th edition, states that, "The Sovereign with their real retinue - wherever they may be – is the Executor Office."

2) The Executor Office always deals with the administrative office because the Executor's Office is a Court. It is an administrative office, but it is a judicial office, also.

3) The Executor Office is or appears to be as high or higher than the term of Sovereign, i.e. ruler, Pope, King, or any other illusion of Man's superiority as some understand it; therefore, the Executor Office has no reason or need to ever consider a legal action from a lower system as the Office has the authority to submit either an order or request to lower office enforcement holders to perform corrective actions.

4

**EXECUTOR:**
**(a) General Executor:** "A general executor is one who is appointed to administer the whole estate without any limit of time or place or of the subject matter." *[Bouvier's Law Dictionary, 1856 edition]*
**(b) General Executor:** "One whose power is not limited either territorially or as to the duration or subject of his trust." *[Black's Law Dictionary, 1st Ed.]*
**(c) Executor:** "He to whom another commits by will the execution of his last will and testament." *[William C. Anderson, A Dictionary of Law (1893)]*
**(d) General Executor:** "An executor whose power is unlimited as to time, place, or subject matter."*[William C. Anderson, A Dictionary of Law (1893)]*
**(e) Executor De Son Tort:** "Executor of his own wrong. A person who assumes to act as executor of an estate without any lawful warrant or authority but who, by his intermeddling, makes himself liable as an executor to a certain extent. If a stranger takes upon him to act as executor without any just authority, (as by intermeddling with the goods of the deceased, and many other transactions,) he is called in law an 'executor of his own wrong', de son tort. 2 B1. Comm. 507." *[Black's Law Dictionary, 1st Ed.]*
**(f) Probate:** "The actor process of proving a will. The proof before an ordinary, surrogate, register, or other duly authorized person that a document produced before him for official recognition and registration and alleged to be the last will and testament of a certain deceased person is such in reality."*[Black's Law Dictionary, 4th Ed.]*
**(g) Estate:** "The word 'estate' is a word of the greatest extension and comprehends every species of property, real and personal. It describes both the *corpus* and the extent of interest. …It signifies everything of which riches or fortune may consist." *[Black's Law Dictionary, 4th Ed.]*

**G (1)** The Estate is in the nature of a trust but is not a trust. The Estate is subject to trust law and is affected by probate law. Probate Law is the highest form of law. Scripture is trust and estate law and trumps all other law, i.e., Treaty, Civil, Criminal, Law of Nations, Domestic, Probate, Equity. It is just made-up rules for the world game for lawyers to control everything. True law has to be simple and must work equally for everyone, i.e., equality.

**G (2)** The Estate is a realm of action that is a combining of the physical and spiritual aspects of each individual. The Estate is older than any form of law or legal issue that is in or around the world today and has been passed down through generations, having come from God. As such, no form of law, other than scripture, can access or penetrate the truth of the Estate.

**G (3)** A trust is a contract and pursuant to the constitution for the united states of America, Article 1, Section 10 which reads, "No state shall pass any law impairing the obligation of contracts." In essence, an Estate or trust (contract) is private law between the parties thereto. No one, not even the courts, have the authority to look into the business of the Estate.

**G (4)** The courts do not have jurisdiction (in *personam* or in subject matter) over the Estate. The only probate court possible to bring a claim into is the one described on the Birth Certificate of DEUNTAVIOUS DECOREY ARNOLD, ESTATE.

**G (5)** By using the words "Executor" or "Estate", I, Deuntavious-Decorey: Arnold, am the Creditor. Creditors have immunity from the debtor.

5

**G (6)** Notice is hereby given by the General Executor and Guardian of the Estate. No other office or other officer except those duly appointed by the General Executor and Guardian possesses any lawful rights or authority as an agent, administrator, trustee, or guardian of the Estate. Therefore, whether or not a person has acted for the Estate through a position of custodian, protector, steward, keeper, guardian, attorney-in-fact, or any other title or capacity, we hereby pronounce any and all assumed authority and all positions who have acted, now and then, without written consent or proof of a deceased Estate as a De Son Tort, thereby making any and all acts and liabilities null and void, *Nunc Pro Tunc*. Any administration on the Estate of a living person is void especially if it is made to appear that the person was in fact alive at the time administration was granted. The administration is absolutely void.

**G (7)** The ALL CAPS NAME is foreign to the U.S. and the States. It is immune under the Foreign Immunities Act because it has been reclaimed for cause by the Executor in Trust. In 28 U.S.C. § 1300, *et al* (F.S.I.A.), "Foreign State" means "Foreign Estate".

Anyone refuting any of the aforementioned issues must do so on the public record in writing by way of sworn written affidavit under penalties of an assessment of $1,000,000.00 for each issue and occurrence of perjury, false and misleading information, and/or unproven misleading statements or assertions. No other refuting documents will be accepted. Failure to respond within ten **(10)** days will be agreement and estoppel.

## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS.

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL.

### CERTIFICATION OF SPECIAL ACKNOWLEDGMENT.

I, Deuntavious-Decorey: Arnold, attest and affirm that the aforementioned is true and correct, attested to and submitted by The Chief Administrator / Grantor / Settlor / Creditor, Deuntavious-Decorey: Arnold, a living, breathing, self-aware Man (not deceased) who is also the Executor / Director / Sole Beneficiary / Sole Shareholder / Chief Executive Officer of any associated Trust, Estate, Legal Name, State (Foreign or otherwise), and/or corporation of the Legal Person known by, referred to, or rendered as DEUNTAVIOUS DECOREY ARNOLD.

I further acknowledge that this is an act of my free will and Deed to execute my acknowledgement of my acceptance of the Trust / real property / Estate as well as lawful control of the real property / Estate / Corporation / Trust. Be it said. Be it documented done in/on/and for the record, in this lawful court of record on this 18th day of January, 2024.

Respectfully submitted,

By: Executor

DEUNTAVIOUS DECOREY ARNOLD, ESTATE
Office of the Executor,
General Post Office,
c/o 3104 Yeltes,
Grand Prairie [Non-domestic], Texas, near [75054].

6

## <u>VERIFICATION</u>

STATE OF TEXAS          )
                                           )                    SS: <u>NOTICE</u>
COUNTY OF TARRANT   )


Pursuant to title 28 U.S.C. Section 1746 (1) and executed "Without the United States", I, **<u>Deuntavious-Decorey: Arnold</u>**, affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my belief and informed knowledge.

Signed on this ___18th___ day of _____January_____, 2024, by the undersigned authority:


Respectfully submitted,

By: Executor _____

DEUNTAVIOUS DECOREY ARNOLD, ESTATE
Office of the Executor,
General Post Office,
c/o 3104 Yeltes,
Grand Prairie [Non-domestic], Texas, near [75054].

7























