IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DEUNTAVIOUS-DECOREY ARNOLD, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | CIVIL NO. 4:24-CV-99-P |
| | § | |
| UNKNOWN DEFENDANT, | § | |
| *Defendant.* | § | |

## ORDER RECOMMENDING DISMISSAL
## AND RETURNING CASE TO DISTRICT JUDGE

On January 31, 2024, *pro se* Plaintiff Deuntavious-Decorey Arnold filed a Complaint in

the above-styled and numbered cause. (ECF 1). Thereafter, on February 1, 2024, as a part of the

Court's preliminary screening pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court entered an Order

Directing Plaintiff to File a Form Amended Complaint, no later than February 15, 2024, that met

the requirements set forth in the Court's order. (ECF 6). As of the date of this order, Plaintiff has

wholly failed to comply with the Court's February 1, 2024 order by filing an Amended Complaint.

Consequently, the Court **RECOMMENDS** that the above-styled and numbered cause be

**DISMISSED** for failing to comply with the Court's order.

## NOTICE OF RIGHT TO OBJECT TO PROPOSED
## FINDINGS, CONCLUSIONS AND RECOMMENDATION
## AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific

written objections in the United States District Court to the United States Magistrate Judge's

proposed findings, conclusions and recommendation within fourteen (14) days after the party has

been served with a copy of this document. The United States District Judge need only make a *de*

1

*novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

## ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until March 1, 2024** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED February 16, 2024.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

2